**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TAIWAN DICKERSON and KIM KING-MACON, Individually and on Behalf of All Those Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:22-cv-519-HEA |
| v. | ) ) | |
| CENTENE MANAGEMENT COMPANY, LLC and CENTENE CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

Colby Qualls
Ark. Bar. No. 2019246
cqualls@foresterhaynie.com