IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**TAIWAN DICKERSON, KIM KING-MACON, and TIFFANY RUSSELL**      **PLAINTIFFS**

vs.     No. 4:22-cv-519-HEA

**CENTENE MANAGEMENT COMPANY, LLC, and CENTENE CORPORATION**     **DEFENDANTS**

### NOTICE OF SELECTION OF MEDIATOR AND REQUEST FOR EXTENSION OF TIME TO COMPLETE ADR

Plaintiffs Taiwan Dickerson, Kim King-Macon and Tiffany Russell ("Plaintiffs"), and Defendants Centene Management Company, LLC and Centene Corporation, by and through their respective undersigned counsel, and for their Notice of Selection of Mediator and Request for Extension of Time to Complete ADR, they state and allege as follows:

1. The parties, pursuant to the Court's Order Referring Case to Alternative Dispute Resolution (ECF No. 49), notify the Court that the parties have designated by agreement Frank Neuner to serve as the parties' neutral for mediation.

2. The current deadline to complete ADR is April 19, 2024. However, the earliest availability for Mr. Neuner and the parties is May 2024. Therefore, the parties request an extension of time through Friday, May 31, 2024, to complete ADR.

3. The parties are still in the process of determining the earliest date they are available for mediation given Mr. Neuner's availability and request through Monday, March 18, 2024, to submit their designation of neutral and ADR conference report.

Page 1 of 3
Taiwan Dickerson, et al. v. Centene Management Company, LLC, et al.
U.S.D.C. (E.D. Mo.) No. 4:22-cv-519-HEA
Notice of Selection of Mediator and
Request for Extension of Time to Complete ADR

WHEREFORE, premises considered, Plaintiffs Taiwan Dickerson, Kim King-Macon and Tiffany Russell and Defendants Centene Management Company, LLC and Centene Corporation respectfully notify the Court of their selection of mediator, request an extension of time to submit their ADR conference report through March 18, 2024, and request an extension of time to complete ADR through May 31, 2024, and for such other relief as may be just and proper.

Respectfully submitted,

**PLAINTIFFS TAIWAN DICKERSON and KIM KING-MACON**

*/s/ Josh Sanford*
Josh Sanford
*Admitted Pro Hac Vice*
Ark. Bar No. 2001037
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

and

*s/ Breanne Sheetz Martell*
Breanne Sheetz Martell
*Admitted Pro Hac Vice*
WA Bar No. 39632
bsmartell@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-3300
Facsimile: (206) 447-6965

Patricia J. Martin
MO Bar No. 57420

Page 2 of 3
Taiwan Dickerson, et al. v. Centene Management Company, LLC, et al.
U.S.D.C. (E.D. Mo.) No. 4:22-cv-519-HEA
Notice of Selection of Mediator and
Request for Extension of Time to Complete ADR

pmartin@littler.com
LITTLER MENDELSON, P.C.
600 Washington Avenue, Suite 900
St. Louis, Missouri 63101
Telephone: (314) 659-2000
Facsimile: (314) 659-2099

Eva C. Madison
*Admitted Pro Hac Vice*
Ark. Bar No. 98183
emadison@littler.com
LITTLER MENDELSON, P.C.
217 E. Dickson St., Suite 204
Fayetteville, Arkansas 72701
Telephone: (479) 582-6100
Facsimile: (479) 582-6111

**ATTORNEYS FOR DEFENDANTS CENTENE MANAGEMENT COMPANY, LLC and CENTENE CORPORATION**

**Page 3 of 3**
**Taiwan Dickerson, et al. v. Centene Management Company, LLC, et al.**
**U.S.D.C. (E.D. Mo.) No. 4:22-cv-519-HEA**
**Notice of Selection of Mediator and**
**Request for Extension of Time to Complete ADR**