UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Taiwan Dickerson, Kim King-Macon, and Tiffany Russell

)
)
Plaintiff(s), )
)
vs. )     Case No. 4:22-cv-519-HEA
Centene Management Company, LLC, and Centene Corporation )
)
)
Defendant(s). )

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated <u>October 10, 2023</u> the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Frank Neuner

Firm Name and Address:
NEUNER MEDIATION & DISPUTE RESOLUTION
PNC Center
120 South Central Avenue, Suite 1250
Clayton, Missouri 63105

Telephone & FAX Number: Telephone: (314) 748-1680

**The attorneys of record in this case are:**

Name of Lead Counsel: Josh Sanford

Firm Name and Address:
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211

Telephone & FAX Number: Telephone: (800) 615-4946, Facsimile: (888) 787-2040

Name of Other Counsel: Breanne Sheetz Martell

Firm Name and Address:  LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101

Telephone & FAX Number:  Telephone: (206) 623-3300, Facsimile: (206) 447-6965

**The completion deadline for this ADR referral is** May 31, 2024

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:  May 3                                                    2024

Time of Conference:  9:00 a.m.                                                a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:  Zoom

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

3/14/24
Date

s/ Josh Sanford

Josh Sanford
Signature of Plaintiff(s)

s/ Breanne Sheetz Martell

Breanne Sheetz Martell
Signature of Defendant(s)