UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAIWAN DICKERSON, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:22-CV-00519-HEA |
| | ) |
| CENTENE MANAGEMENT COMPANY, LLC, et al., | ) |
| | ) |
| Defendant(s). | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

    Name of Neutral/Firm:   NEUNER JR., FRANCIS X.

    Firm Address:   120 S.Central Avenue Suite 1250 St. Louis, MO  63105

    Email:   frank@neunermediation.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

    Lead Counsel:   Josh Sanford (for pla)
    SANFORD LAW FIRM PLLC
    10800 Financial Centre Pkwy.
    Suite 510
    Little Rock, AR  72211
    Ph: 479-880-0088  FAX: 888-787-2040

    Other Counsel:   Breanne Sheetz Martell (for dft)
    LITTLER MENDELSON PC - Seattle
    600 University Street
    Suite 3200
    Seattle, WA  98101
    Ph: 206-623-3300  FAX: 206-299-9598

**The completion deadline for this ADR referral is May 31, 2024.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>March 15, 2024.</u>   <u>*Nathan M. Graves*           /</u>
Date                                              Clerk of Court

                              By:    <u>/s/ Chelsea Hutson       /</u>
                                         CHELSEA HUTSON
                                         Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAIWAN DICKERSON, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:22-CV-00519-HEA |
| | ) |
| CENTENE MANAGEMENT COMPANY, LLC, et al., | ) |
| | ) |
| Defendant(s). | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [☐ did   ☐ did not]  achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

NEUNER JR., FRANCIS X.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAIWAN DICKERSON, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   No. 4:22-CV-00519-HEA |
| | ) |
| CENTENE MANAGEMENT COMPANY, LLC, et al., | ) |
| | ) |
| Defendant(s). | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                                Email address:

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

Date_____  Neutral_____