IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **TAIWAN DICKERSON, KIM KING-MACON, and TIFFANY RUSSELL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CENTENE MANAGEMENT COMPANY, LLC, and CENTENE CORPORATION,**<br><br>Defendants. | Case No. 4:22-cv-00519-HEA |

# [PROPOSED] ORDER

This matter comes for the Court's consideration on the Motion for Leave to File an Overlength Memorandum in Support of Motion for Summary Judgment filed by Defendants Centene Management Company, LLC, and Centene Corporation, (collectively "Defendants").

Upon consideration of the pleadings, Defendants' Motions and Memoranda, and otherwise being fully advised in the premises, the Court hereby grants Defendants' Motion for Leave to File an Overlength Memorandum in Support of Motion for Summary Judgment in its entirety; and

The Court directs Defendants to file their Motion for Summary Judgment.

SO ORDERED this ___ day of May, 2024.

_____
Hon. _____
United States District Judge

4868-5722-7194.1 / 095402-1034