Exhibit C

## Employee Information

| Job Details Overview | |
|---|---|
| **Employee Name:** | Taiwan Dickerson |
| **Employee ID:** | 227109 |
| **Job Title:** | Care Coordinator |
| **Job Profile:** | 211037 - Care Coordinator |
| **Company:** | Centene Management Company LLC |
| **Employee Type:** | Regular |
| **Time Type:** | Full time |
| **Hire Date:** | Apr 9, 2018 |
| **Original Hire Date:** | Apr 9, 2018 |
| **Termination Date:** | Jul 29, 2021 |
| **Years of Service:** | 3.3 |
| **Time in Position:** | 3.3 |
| **Work Email:** | taiwan.j.dickerson@arkansastotalcare.com |

## Contact Information

| Home Address | Home Phone Number | Work Address |
|---|---|---|
| ██████████<br>North Little Rock, AR 72118<br>United States of America | ██████8687 | Various<br>Various, AR 99999 |

| Priority | Emergency Contact | Relationship | Primary Contact Information | Alternate Contact Information |
|---|---|---|---|---|
| 1 | Kimberly Dickerson | Spouse | ██████9312 | |

If no data populates - No Data Available

## Compensation

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 45,281.60 | 45,281.60 | USD | Annual |

**Exhibit 0004**

Dickerson

## Pay Change History

| Effective Date | Reason | Change Amount | Total Salary Current |
|---|---|---|---|
| Mar 14, 2021 | Request Compensation Change > Base Salary Change > Merit | 945.17 | 45,281.60 |
| Jun 21, 2020 | Merit > Merit > Base Increase | 1,291.35 | 44,336.43 |
| Jun 23, 2019 | Merit > Merit > Base Increase | 1,049.88 | 43,045.08 |
| Apr 9, 2018 | Hire Employee > Hire Employee > New Hire | 41,995.20 | 41,995.20 |

If no data populates - No Data Available

## Bonus & One Time Payments

| Effective Date | Reason | Actual Amount |
|---|---|---|
| Mar 26, 2021 | One-Time Payment > One-Time Payment > Annual Bonus | 2,233.44 |
| Mar 27, 2020 | One-Time Payment > One-Time Payment > Annual Bonus | 1,690.00 |
| Mar 29, 2019 | One-Time Payment > One-Time Payment > Annual Bonus | 678.00 |

If no data populates - No Data Available

## Merit

| Effective Date | Reason | Actual Amount | Change Amount | Total Salary Current |
|---|---|---|---|---|
| Mar 14, 2021 | Request Compensation Change > Base Salary Change > Merit | 44,336.43 | 945.17 | 45,281.60 |

If no data populates - No Data Available

## Job History

| | |
|---|---|
| **Effective Date:** | Jul 30, 2021 |
| **Position:** | P130276 Care Coordinator - Taiwan Dickerson (227109) |
| **Process - Job Change Reason:** | Terminate: Taiwan Dickerson (227109) |
| **Supervisory Organization:** | Supervisor, Med Management (Non-Clinical) (Shantonio Elliott (266280)) |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Remote-AR (-10) |
| **Scheduled Weekly Hours:** | 40.0 |
| **Effective Date:** | May 19, 2019 |
| **Position:** | P130276 Care Coordinator - Taiwan Dickerson (227109) |
| **Process - Job Change Reason:** | Data Change: Taiwan Dickerson (227109) |
| **Supervisory Organization:** | Supervisor, Med Management (Non-Clinical) (Shantonio Elliott (266280)) |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Remote-AR (-10) |
| **Scheduled Weekly Hours:** | 40.0 |
| **Effective Date:** | Jan 1, 2019 |
| **Position:** | P130276 Care Coordinator - Taiwan Dickerson (227109) |
| **Process - Job Change Reason:** | Data Change: Taiwan Dickerson (227109) |
| **Supervisory Organization:** | Supervisor, Medical Management (Non-Clinical) (Katricia Deckard (275708)) (inactive) |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Little Rock - One Allied Dr, Ste 2520 (AR Total Care)(10412) |
| **Scheduled Weekly Hours:** | 40.0 |
| **Effective Date:** | Nov 12, 2018 |
| **Position:** | P130276 Care Coordinator - Taiwan Dickerson (227109) |
| **Process - Job Change Reason:** | Data Change: Taiwan Dickerson (227109) |
| **Supervisory Organization:** | Supervisor, Medical Management (Non-Clinical) (Samantha Stroud (227975)) |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Little Rock - One Allied Dr, Ste 2520 (AR Total Care)(10412) |
| **Scheduled Weekly Hours:** | 40.0 |
| **Effective Date:** | Jun 18, 2018 |
| **Position:** | P130276 Care Coordinator - Taiwan Dickerson (227109) |

| | |
|---|---|
| **Process - Job Change Reason:** | Data Change: Taiwan Dickerson (227109) |
| **Supervisory Organization:** | Supervisor, Medical Management (Non-Clinical) (Lauren Grounds (262094)) (inactive) |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Little Rock - One Allied Dr, Ste 2520 (AR Total Care)(10412) |
| **Scheduled Weekly Hours:** | 40.0 |
| **Effective Date:** | Apr 9, 2018 |
| **Position:** | P130276 Care Coordinator - Taiwan Dickerson (227109) |
| **Process - Job Change Reason:** | Hire: Taiwan Dickerson (227109) |
| **Supervisory Organization:** | Supervisor, Care Coordination (Eugenia McCurrie (205890)) |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Little Rock - One Allied Dr, Ste 2520 (AR Total Care)(10412) |
| **Scheduled Weekly Hours:** | 40.0 |

## Job Profile

| | |
|---|---|
| | |
| **Date** | Jul 30, 2021 |
| **Reason** | Terminate: Taiwan Dickerson (227109) |
| **Job Profile** | Care Coordinator |
| **Job Change Reason:** | Terminate Employee > Voluntary > Career Opportunity |
| **Job Profile Name** | Care Coordinator |
| **Job Code** | 211037 |
| **Job Profile Summary/ Education/ Experience** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance.<br><br>For PA Health & Wellness Plan: High school diploma or equivalent. 1+ years of experience working in a Managed Care Organization or Healthcare organization.<br><br>For New Jersey: High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients preferred. |
| **Management Level** | 15 Individual Contributor |
| **Job Family** | Med Management<br>Health Plans |
| **Job Category** | Non-Officer |
| **Job Classification** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |
| | |
| **Date** | May 19, 2019 |
| **Reason** | Data Change: Taiwan Dickerson (227109) |
| **Job Profile** | Care Coordinator |
| **Job Change Reason:** | Data Change > Data Changes > Change Location |
| **Job Profile Name** | Care Coordinator |
| **Job Code** | 211037 |

| Job Profile Summary/ Education/ Experience | Position Purpose: Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience: High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance. |
|---|---|
| Management Level | 15 Individual Contributor |
| Job Family | Health Insurance Operations<br>Health Plans |
| Job Category | Non-Officer |
| Job Classification | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| Responsibilities | |
| Responsibility | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |

| Date | Jan 1, 2019 |
|---|---|
| Reason | Data Change: Taiwan Dickerson (227109) |
| Job Profile | Care Coordinator |
| Job Change Reason: | Data Change > Transfer > Change Manager |
| Job Profile Name | Care Coordinator |
| Job Code | 211037 |
| Job Profile Summary/ Education/ Experience | Position Purpose: Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience: High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance. |
| Management Level | 15 Individual Contributor |
| Job Family | Health Insurance Operations<br>Health Plans |
| Job Category | Non-Officer |
| Job Classification | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| Responsibilities | |

| Responsibility | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
|---|---|
| | If no data populates - No Data Available |
| | |

| Date | Nov 12, 2018 |
|---|---|
| Reason | Data Change: Taiwan Dickerson (227109) |
| Job Profile | Care Coordinator |
| Job Change Reason: | Data Change > Transfer > Change Manager |
| Job Profile Name | Care Coordinator |
| Job Code | 211037 |
| Job Profile Summary/ Education/ Experience | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance. |
| Management Level | 15 Individual Contributor |
| Job Family | Health Insurance Operations<br>Health Plans |
| Job Category | Non-Officer |
| Job Classification | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| Responsibilities | |
| Responsibility | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |

| Date | Jun 18, 2018 |
|---|---|
| Reason | Data Change: Taiwan Dickerson (227109) |
| Job Profile | Care Coordinator |
| Job Change Reason: | Data Change > Transfer > Change Manager |
| Job Profile Name | Care Coordinator |
| Job Code | 211037 |

| | |
|---|---|
| **Job Profile Summary/ Education/ Experience** | Position Purpose: Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience: High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance. |
| **Management Level** | 15 Individual Contributor |
| **Job Family** | Health Insurance Operations<br>Health Plans |
| **Job Category** | Non-Officer |
| **Job Classification** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |
| | |
| **Date** | Apr 9, 2018 |
| **Reason** | Hire: Taiwan Dickerson (227109) |
| **Job Profile** | Care Coordinator |
| **Job Change Reason:** | Hire Employee > Hire Employee > New Hire |
| **Job Profile Name** | Care Coordinator |
| **Job Code** | 211037 |
| **Job Profile Summary/ Education/ Experience** | Position Purpose: Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience: High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance. |
| **Management Level** | 15 Individual Contributor |
| **Job Family** | Health Insurance Operations<br>Health Plans |
| **Job Category** | Non-Officer |
| **Job Classification** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |

| Responsibity | Provide health education and coaching to members tailored to issues identified within treatment and service plans |
| | Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services |
| | Assist members with social determinants of health including access to exercise and healthy food |
| | Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management |
| | Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |

## Job and Position History from Previous System

| JobHist Effective Date | Reason | Description |
|---|---|---|

If no data populates - No Data Available



## Compensation History from Previous System

| Effective Date | Reason | Amount | Frequency | Amount Change | Description |
|---|---|---|---|---|---|
| | | | | | |

If no data populates - No Data Available

## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Compliance: Fraud, Waste, and Abuse Annual Learning | Web Based | Jun 28, 2021 | \<p>Upon completion of this training, you will be able to: \</p>\<p> - Understand the major laws and regulations pertaining to Fraud, Waste, and Abuse. \</p>\<p> - Recognize potential consequences and penalties associated with violations. \</p>\<p> - Identify methods of preventing and reporting Fraud, Waste, and Abuse.\</p> |
| PCT Refresher Series – Part 1 | Blended | May 19, 2021 | \<p>Centene Corporation  supports Person Centered Practices as the foundation for how we support others.   This course helps us to better understand and empower a person to live the life they choose. \</p>\<p>Objectives:\</p>\<p>1. Identify the difference between  what is Important To and Important For a person  .\</p>\<p>2. Support a person to determine a functional balance between Important To and For\</p>\<p>3. Empower an individual to make informed choices about the life they choose to live\</p> |
| Person Centered Thinking Refresher- Participant Guide | Document Based | May 19, 2021 | Person Centered Thinking   Participant Guide |
| Compliance: Administrative Firewalls Annual Learning | Web Based | Apr 27, 2021 | \<p>Upon completion of this training you will be able to:\</p><br><br>\<ul><br> \<li>Define administrative firewalls and the relevant controls designed to protect confidential information\</li><br> \<li>Explain your responsibilities related to administrative firewalls\</li><br> \<li>Identify the procedures for reporting a known or suspected breach of confidential information\</li><br> \</ul> |
| Person Centered Thinking - Initial CM Training | Classroom | Apr 12, 2021 | Initial exposure to Person Centered Thinking (PCT).  Required for all Case Management employees who have not completed PCT during their onboarding training. |
| Person Centered Thinking - Initial CM Training | Classroom | Apr 12, 2021 | Initial exposure to Person Centered Thinking (PCT).  Required for all Case Management employees who have not completed PCT during their onboarding training. |
| Person Centered Thinking - Moving to Support | Web Based | Apr 8, 2021 | This is the final segment of the Person Centered Thinking lecture series. It covers how to move from fixing to supporting.<br><br>Upon completion of this lecture, you will be able to define the difference between fixing and supporting a person, support a person to find purpose and meaning in their life, conduct a meaningful conversation to discover better information about a person, and identify and reflect on your own personal biases. |
| Person Centered Thinking - Promoting Positive Control | Web Based | Apr 8, 2021 | \<p>This is the third video of the Person Centered Thinking Refresher series.\</p><br><br>\<p>Objectives:\</p><br><br>\<p> After completing this lecture, you will be able to:\</p><br><br>\<ul><br> \<li>Describe power over and power with environments. \</li><br> \<li>Explain how boundaries are imposed on choice for all.  \</li><br> \<li>Empower other to make informed choices.\</li><br> \</ul> |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Person Centered Thinking - Core Concepts | Web Based | Apr 8, 2021 | <p>This is the second video of the Person Centered Thinking Refresher series.</p><br><br><p>Objectives:</p><br><br><p> After completing this lecture, you will be able to:</p><br><br><ul><br> <li>Define what is important to a person and what is important for a person. </li><br> <li>Connect what is important for a person to what is important to a person to support a better balance between them.  </li><br> <li>Explain how Person Centered Thinking is for all</li><br></ul> |
| PCT Lecture Series - Part 1- Participant Guide | Document Based | Apr 8, 2021 | Person Centered Thinking   Participant Guide |
| Person Centered Thinking - Overview | Web Based | Mar 22, 2021 | <p>This video provides an overview of Person Centered Thinking. It is the first video in the series.</p> |
| ARTC: CM Referrals Training | Classroom | Feb 24, 2021 | This training is for Arkansas Total Care Care Coordinators and will discuss Case Manager (CM) Referrals in TruCare. |
| ARTC: CM Referrals Training | Classroom | Feb 24, 2021 | This training is for Arkansas Total Care Care Coordinators and will discuss Case Manager (CM) Referrals in TruCare. |
| Compliance: Privacy and Confidentiality Annual Learning | Web Based | Feb 15, 2021 | In this course, you will learn about how Centene Corporation has established policies and procedures designed to manage Confidential Information and prevent the inadvertent disclosure and misuse of such information.<br><br>Learning Objectives:<br>1.Recognize key data privacy regulations.<br>2.Demonstrate how to safeguard and protect confidential information.<br>3.Describe your role in recognizing and reporting data privacy incidents. |
| Person Centered Thinking (PCT) | Classroom | Jan 19, 2021 | PCT is a fundamental training offered to provide participants with the basic knowledge on how to facilitate the use of PCT skills to discover what is important to and important for and finding the balance needed to best support them in achieving their desired outcomes. |
| Centene SECURE: Outwitting Internet Phishers | Web Based | Jan 13, 2021 | <p>Because today's computers and networks are heavily defended from a direct assault, hackers are now much more likely target end-users when trying to break in. If hackers can trick you into divulging your username and password or inadvertently infecting your computer with malicious software, they can use your computer as a launching point to further penetrate your organization's network. This HTML5-based, iPad-compatible course uses high-quality video and real-world simulations to teach best practices for recognizing and preventing phishing attacks. Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com.</p> |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Inclusive and Responsible Workplace Learning for Individual Contributors | Web Based | Dec 17, 2020 | Centenes HR Compliance team, in partnership with the Diversity &amp; Inclusion office and Centene University delivers the Inclusive and Responsible Workplace Learning to ensure employees have been exposed to best practices and policies to sustain an equitable workplace. Centene values diversity of thought and an inclusive working environment, and is committed to creating and maintaining a respectful workplace free of discrimination and harassment of any kind. Every Centene employee has a personal responsibility for maintaining an inclusive and responsible workplace culture.<br><br>This learning enables employees to identify the following aspects of an inclusive workplace culture and implement these core values in their everyday work and interactions:<br>  Understand your role in ensuring an inclusive and responsible workplace<br>  Avoid interactions that could put you or the organization at risk regarding harassment or discrimination<br>  Solve real-life situations through simulations and provide solution-based guidance |
| Member Connections Community Health Training 2019 | Blended | Dec 16, 2020 | This curriculum encompasses all training for Member Connections' Community Health Training. |
| Module 23-Community Resource Navigation Self Reading 3 | Document Based | Dec 16, 2020 | Referrals Make a Difference: Ten Ways to Provide High-Quality Resources and Referrals |
| Module 23-Community Resource Navigation Self Reading 2 | Document Based | Dec 16, 2020 | Needy Patients Get "Prescriptions" for Food and Shelter Through Volunteer Program |
| Module 23-Community Resource Navigation Self Reading 1 | Document Based | Dec 16, 2020 | Linking Clinical Delivery to Community Resources |
| Module 23-Community Resource Navigation Video 3 | Web Based | Dec 16, 2020 | Strengthening Communities: Changing Lives in Central Florida |
| Module 23-Community Resource Navigation Video 2 | Web Based | Dec 16, 2020 | Providing a Client-Centered Referral: Role Play, Demo Foundations for Community Health Workers |
| Module 23-Community Resource Navigation Video 1 | Web Based | Dec 16, 2020 | Developing a List of Referrals: CHW Interview: Foundations for Community Health Workers |
| Module 22-Social Determinants of Health Self Reading 8 | Document Based | Dec 16, 2020 | Why Social Determinants of Health Is The Future of Value-Based Care |
| Module 22-Social Determinants of Health Self Reading 7 | Document Based | Dec 16, 2020 | Why Big Health Systems Are Investing in Community Health |
| Module 22: Social Determinants of Health Self-Reading 6 | Document Based | Dec 16, 2020 | What Are Health Disparities and health Equity? We Need to Be Clear |
| Module 22-Social Determinants of Health Self Reading 5 | Document Based | Dec 16, 2020 | Social Determinants-How Class and Wealth Affect Our Health |
| Module 22-Social Determinants of Health Self Reading 4 | Document Based | Dec 16, 2020 | Health Impact Assessment: An Introduction |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 22-Social Determinants of Health Self Reading 3 | Document Based | Dec 16, 2020 | Inequality and Health |
| Module 22-Social Determinants of Health Self Reading 2 | Document Based | Dec 16, 2020 | The Determinants of Health: Factors that Determine Good or Poor Health |
| Module 22-Social Determinants of Health Self Reading 1 | Document Based | Dec 16, 2020 | Beyond Health Care: The Role of Social Determinants in Promoting Health and Health Equity |
| Module 22: Social Determinants of Health Training Video 10 | Web Based | Dec 16, 2020 | Food Insecurity is a Public Health Concern |
| Module 22: Social Determinants of Health Training Video 9 | Web Based | Dec 16, 2020 | Close the Health Gap:  Michael Marmot |
| Module 22: Social Detrerminants of Health Training Video 8 | Web Based | Dec 16, 2020 | Sir Michael Marmot:  Social Determinants of Health (2014 WORLD.MINDS) |
| Module 22: Social Determinants of Health Training Video 7 | Web Based | Dec 16, 2020 | The #1 Public Health Issue Doctors Arent Talking About-Lissa Rankin-TedxFargo |
| Module 22: Determinants of Health Training Video 6 | Web Based | Dec 16, 2020 | Social Determinants of Health-Data Dialogues |
| Module 22-Social Determinants of Health Video 5 | Web Based | Dec 16, 2020 | The Social Determinants of Health-UBC Medicine-Educational Media |
| Module 22-Social Determinants of Health Video 4 | Web Based | Dec 16, 2020 | The Social Determinants of Health |
| Module 22-Social Determinants of Health Video 3 | Web Based | Dec 16, 2020 | Is There Scientific Proof We Can Heal Ourselves? Lissa Rankin TedxAmericanRiviera |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 22-Social Determinants of Health Video 2 | Web Based | Dec 16, 2020 | Social Determinants of Health: Claire Pomeroy at TedxUCDavis |
| Module 22-Social Determinants of Health Video 1 | Web Based | Dec 16, 2020 | Social Determinants of Health: Center for Health Progress |
| Module 21-A Case for the Community Maven Self Reading 3 | Document Based | Dec 16, 2020 | Implementing Health Coaching |
| Module 21-A Case for the Community Maven Self Reading 2 | Document Based | Dec 16, 2020 | Impact of Peer Health Coaching on Glycemic Control in Low-Income Patients with Diabetes:  A Randomized Controlled Trial |
| Module 21-A Case for the Community Maven Self Reading 1 | Document Based | Dec 16, 2020 | Are Low-Income Peer Health Coaches Able to Master and Utilize Evidence-Based Health Coaching? |
| Module 21: A Case for the Community Maven Training Video 2 | Web Based | Dec 16, 2020 | Why We Do What We Do |
| Module 21-A Case for the Community Maven Video 1 | Web Based | Dec 16, 2020 | Working Backward to Solve Problems |
| Module 20-Self Management Skills Self Reading 5 | Document Based | Dec 16, 2020 | Rheumatoid Arthritis Self-Management Programs:  What to Know |
| Module 20-Self Management Skills Self Reading 4 | Document Based | Dec 16, 2020 | Identifying Patients' Health Self-Management Skills |
| Module 20-Self Management Skills Self Reading 3 | Document Based | Dec 16, 2020 | Diabetes Self-Management, Support Improve Health Outcomes in Underserved Communities |
| Module 20-Self Management Skills Self Reading 2 | Document Based | Dec 16, 2020 | Community Health Workers as Allies in Hypertension Self-Management and Medication Adherence in the United States, 2014 |
| Module 20-Self Management Skills Self Reading 1 | Document Based | Dec 16, 2020 | Bruyere Continuing Care Is The First Canadian Customer of Diabetes Self-Management Program |
| Module 20-Self Management Skills Video 4 | Web Based | Dec 16, 2020 | Self-Management Education: Skills for Managing Chronic Conditions |
| Module 20- Self-Management Skills Video 3 | Web Based | Dec 16, 2020 | Self-Management Education: Confidence to Manage Your Chronic Condition |
| Module 20-Self-Management Skills Video 2 | Web Based | Dec 16, 2020 | Self-Management Education: Managing Your Chronic Condition |
| Module 20-Self-Management Skills Video 1 | Web Based | Dec 16, 2020 | Self-Management Education: Learn More, Feel Better |
| Module 18-Healthcare Coordination and Navigation Self Reading 8 | Document Based | Dec 16, 2020 | What is Primary Care? |
| Module 18-Healthcare Coordination and Navigation Self Reading 7 | Document Based | Dec 16, 2020 | What is Coordinated Specialty Care (CSC)? |
| Module 18-Healthcare Coordination and Navigation Self Reading 6 | Document Based | Dec 16, 2020 | Understanding the U.S. Health Care System |
| Module 18-Healthcare Coordination and Navigation Self Reading 5 | Document Based | Dec 16, 2020 | The Role of Patient Navigators in Eliminating Health Disparities |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 18-Healthcare Coordination and Navigation Self Reading 4 | Document Based | Dec 16, 2020 | Is it an Emergency? |
| Module 18-Healthcare Coordination and Navigation Self Reading 3 | Document Based | Dec 16, 2020 | Health Care Systems:  Four Basic Models |
| Module 18-Healthcare Coordination and Navigation Self Reading 2 | Document Based | Dec 16, 2020 | Health Care System Overview |
| Module 18-Healthcare Coordination and Navigation Self Reading 1 | Document Based | Dec 16, 2020 | Defining Service Coordination:  A Social Work Perspective |
| Module 18-Healthcare Coordination and Navigation Video 8 | Web Based | Dec 16, 2020 | Patient Navigators: A Step in the Right Direction |
| Module 18-Healthcare Coordination and Navigation Video 7 | Web Based | Dec 16, 2020 | Healthcare Should Be a Team Sport |
| Module 18-Healthcare Coordination and Navigation Video 6 | Web Based | Dec 16, 2020 | What are the Differences Between HMO, PPO, and EPO Health Plans? |
| Module 18-Healthcare Coordination and Navigation Video 5 | Web Based | Dec 16, 2020 | How Health Insurance Works |
| Module 18-Healthcare Coordination and Navigation Video 4 | Web Based | Dec 16, 2020 | The Difference Between Emergency Room and Urgent Care |
| Module 18-Healthcare Coordination and Navigation Video 3 | Web Based | Dec 16, 2020 | What is Primary Care? |
| Module 18-Healthcare Coordination and Navigation Video 2 | Web Based | Dec 16, 2020 | What is Care Coordination? |
| Module 18-Healthcare Coordination and Navigation Video 1 | Web Based | Dec 16, 2020 | The Future of US Healthcare Part II: Care Coordination-The Key to Sustainable Healthcare |
| Module 17-Organizational Skills Self Reading 3 | Document Based | Dec 16, 2020 | Understanding Procrastination |
| Module 17-Organizational Skills Self Reading 2 | Document Based | Dec 16, 2020 | Time Management:  A Realistic Approach |
| Module 17-Organizational Skills Self Reading 1 | Document Based | Dec 16, 2020 | Ten Easy Organizing Steps for More Focus, Time, and Success |
| Module 17-Organizational Skills Video 2 | Web Based | Dec 15, 2020 | How 2 Organize Your Office Space |
| Module 17-Organizational Skills Video 1 | Web Based | Dec 15, 2020 | Procrastination |
| Module 16-Business Writing Self Reading 6 | Document Based | Dec 15, 2020 | Written Communication-Encyclopedia-Business Terms |
| Module 16-Business Writing Self Reading 5 | Document Based | Dec 15, 2020 | Writing Skills |
| Module 16-Business Writing Self Reading 4 | Document Based | Dec 15, 2020 | Sharpening Your Writing Skills |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 16-Business Writing Self Reading 3 | Document Based | Dec 15, 2020 | Practical Guide to Effective Written Communication |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 16-Business Writing Self Reading 2 | Document Based | Dec 15, 2020 | Improve Your Writing Skills |
| Module 16-Business Writing Self Reading 1 | Document Based | Dec 15, 2020 | 5 Keys to Effective Writing Skills |
| Module 16-Business Writing _Video 3 | Web Based | Dec 15, 2020 | Taking Notes:  Role Play, Demo, Foundations |
| Module 16-Business Writing Video 2 | Web Based | Dec 15, 2020 | 5 Tips to Improve Your Writing Skills |
| Module 16-Business Writing Video 1 | Web Based | Dec 15, 2020 | Effective Writing Skills |
| Module 15-HIPPA Self Reading 3 | Document Based | Dec 15, 2020 | Your Rights Under HIPPA |
| Module 15-HIPPA Self Reading 2 | Document Based | Dec 15, 2020 | Summary of the HIPPA Security Rule |
| Module 15-HIPPA Self Reading 1 | Document Based | Dec 15, 2020 | HIPPA Privacy Rule |
| Module 15-HIPPA Video 1 | Web Based | Dec 15, 2020 | Confidentiality: Role Play, Demo, Foundations |
| Module 14-Safety Self Reading 3 | Document Based | Dec 15, 2020 | Staff Safety Guide Hostel Services:  Dealing with Aggressive Individuals |
| Module 14-Safety Self Reading 2 | Document Based | Dec 15, 2020 | Questioning Techniques:  Asking Questions Effectively |
| Module 14-Safety Self Reading 1 | Document Based | Dec 15, 2020 | 5 Ways Our Body Language Speaks Loud and Clear |
| Module 14-Safety Video 1 | Web Based | Dec 15, 2020 | Home Visiting Safety: Staying Safe and Aware on the Job |
| Module 13-Assessment Skills Self Reading 2 | Document Based | Dec 15, 2020 | Breaking Barriers:  Concrete Communication Tools for Working With People In Poverty |
| Module 13-Assessment Skills Self Reading 1 | Document Based | Dec 15, 2020 | Assessing and Addressing Health Literacy |
| Module 13: Assessment Skills Training Video 3 | Web Based | Dec 15, 2020 | Social Work Initial Assessment With A Client |
| Module 13-Assessment Skills Video 2 | Web Based | Dec 15, 2020 | If We Could See Inside Each Other's Hearts and Life in 4 Minutes |
| Module 13-Assessment Skills Video 1 | Web Based | Dec 15, 2020 | Poor Communication |
| Medical Management: Assessment Skills | Web Based | Dec 15, 2020 | |
| Module 12-Advocacy Self Reading 3 | Document Based | Dec 15, 2020 | Defining Patient Advocacy and Support Infographic |
| Module 12-Advocacy Self Reading 2 | Document Based | Dec 15, 2020 | How to be an Advocate |
| Module 12-Advocacy Self Reading 1 | Document Based | Dec 15, 2020 | Community Health Worker Advocacy Toolkit |
| Module 12-Advocacy Video 6 | Web Based | Dec 15, 2020 | Health Advocate, Patient Advocacy |
| Module 12-Advocacy Video 5 | Web Based | Dec 15, 2020 | Health Advocacy |
| Module 12-Advocacy Video 4 | Web Based | Dec 15, 2020 | What is a Health Advocate? |
| Module 12: Advocacy Training Video 3 | Web Based | Dec 15, 2020 | Patient Advocate Regina Holliday tells her story to SC Health Care Providers |
| Module 12-Advocacy Video 2 | Web Based | Dec 15, 2020 | What Does a Patient Advocate Do? |
| Module 12-Advocacy Video 1 | Web Based | Dec 15, 2020 | The Intersection of Health and Community Advocacy |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| CHW 2017: Advocacy Skills Assessment | Document Based | Dec 15, 2020 | |
| Community Health-Module 12-Advocacy Skills | Web Based | Dec 15, 2020 | |
| Module 11: Documentation Training Video 5 | Web Based | Dec 15, 2020 | The Good, the Bad, and the Ugly:  How Strong is your Documentation |
| Module 11-Documentation Self Reading 2 | Document Based | Dec 14, 2020 | Reporting and Documenting Client Care |
| Module 11-Documentation Self Reading 1 | Document Based | Dec 14, 2020 | Community Health Worker Encounter Forms:  A Tool to Guide and Document Patient Visits and Worker Performance |
| Module 11: Documentation Training Video 4 | Web Based | Dec 14, 2020 | How to Document in a Home Care Setting |
| Module 11-Documentation Video 3 | Web Based | Dec 14, 2020 | Documentation Training |
| Module 11-Documentation Video 2 | Web Based | Dec 14, 2020 | Documentation for Home Health Care |
| Module 11-Documentation Video 1 | Web Based | Dec 14, 2020 | Documentation: Avoiding the Pitfalls |
| PHCO Documenting the Correct Way | Web Based | Dec 14, 2020 | |
| Module 10-Behavioral Change Counseling Self Reading 3 | Document Based | Dec 14, 2020 | Stages of Change |
| Module 10-Behavioral Change Counseling Self Reading 2 | Document Based | Dec 14, 2020 | Personal Health Engagement Model and Conversation Map Programs-Enabling Effective Behavior Change to Impact Health |
| Module 10-Behavioral Change Counseling Self Reading 1 | Document Based | Dec 14, 2020 | Changing Patient Behavior:  The Next Frontier in Healthcare Value |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 10: Behavioral Change Counseling Training Video 2 | Web Based | Dec 14, 2020 | Improving Patient Adherence Through Health Behavior Change |
| Module 10-Behavioral Change Counseling Video 1 | Web Based | Dec 14, 2020 | How To Change People Who Don't Want to Change-The Behavioral Science Guys |
| CHW 2017: Stages of Change Assessment | Document Based | Dec 14, 2020 | |
| Community Health-Module 10-Stages of Change | Web Based | Dec 14, 2020 | |
| Module 09-Trauma Informed Care Self Reading 2 | Document Based | Dec 14, 2020 | Concept of Trauma and Guidance for a Trauma-Informed Approach |
| Module 09-Trauma Informed Care Self Reading 1 | Document Based | Dec 14, 2020 | Changing Communities, Changing Lives |
| Module 9: Trauma Informed Care Training Video 5 | Web Based | Dec 14, 2020 | Trauma Informed Care Role Plays with Dr. Laurie Markoff |
| Module 09-Trauma Informed Care Video 4 | Web Based | Dec 14, 2020 | Through Our Eyes: Children, Violence, and Trauma an Introduction |
| Module 09-Trauma Informed Care Video 3 | Web Based | Dec 14, 2020 | Drowning in Empathy: The Cost of Vicarious Trauma |
| Module 09-Trauma Informed Care Video 2 | Web Based | Dec 14, 2020 | The Paradox of Trauma Informed Care |
| Module 09-Trauma Informed Care Video 1 | Web Based | Dec 14, 2020 | How Childhood Trauma Affects Health Across a Lifetime |
| CHW 2017: Trauma Informed Care Assessment | Document Based | Dec 14, 2020 | |
| Community Health-Module 9-Trauma Informed Care | Web Based | Dec 14, 2020 | |
| Module 08-Poverty Training Self Reading 5 | Document Based | Dec 14, 2020 | Why Health, Poverty, and Community Development Are Inseparable |
| Module 08-Poverty Training Self Reading 3 | Document Based | Dec 14, 2020 | Homelessness and Health-What's the Connection? |
| Module 08-Poverty Training Self Reading 2 | Document Based | Dec 14, 2020 | Care of The Homeless-An Overview |
| Module 08-Poverty Training Self Reading 1 | Document Based | Dec 14, 2020 | Can a Single Question Help Families Confront Poverty ? |
| Module 8: Poverty Trainig Video 4 | Web Based | Dec 14, 2020 | Bridges Out of Poverty-San Juan College |
| Module 8: Poverty Training Video 3 | Web Based | Dec 14, 2020 | It is Easy to Talk About PovertyHard to Live It |
| Module 08-Poverty Training Video 2 | Web Based | Dec 14, 2020 | Standing up to Poverty: The Impact of Health & Wellness on a Child's Ability to Learn |
| Module 08-Poverty Training Video 1 | Web Based | Dec 14, 2020 | The New Face of Poverty: The Paycheck to Paycheck Town Hall |
| CHW 2017: Poverty Assessment | Document Based | Dec 14, 2020 | |
| Community Health Module 8 Poverty Part 2 | Web Based | Dec 14, 2020 | |
| Community Health Module 8 Poverty Part I | Web Based | Dec 14, 2020 | |
| Module 07-Cultural Competency Self Reading 5 | Document Based | Dec 14, 2020 | Strategies for Addressing CLAS Adherence |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 07-Cultural Competency Self Reading 4 | Document Based | Dec 14, 2020 | Effective, Cross-Cultural Communication Skills Worksheet |
| Module 07-Cultural Competency Self Reading 3 | Document Based | Dec 14, 2020 | National Standards for Culturally and Linguistically Appropriate Services in Health Care |
| Module 07-Cultural Competency Self Reading 2 | Document Based | Dec 14, 2020 | Responding to Cultural-Beyond Cultural Competence Training |
| Module 07-Cultural Compentency Self Reading 1 | Document Based | Dec 14, 2020 | 10 Demographic Trends that are Shaping the U.S. and the World |
| Module 07-Cultural Competency Video 3 | Web Based | Dec 14, 2020 | What is Culturally Competent Healthcare? |
| Module 07-Cultural Compency Video 2 | Web Based | Dec 14, 2020 | Nurturing Cultural Competence in Nursing: Promising Practices for Education and Healthcare |
| Module 07-Cultural Competency Video 1 | Web Based | Dec 14, 2020 | Cultural Diversity in Healthcare: Cultural Competency Training |
| Centene: Cultural Sensitivity 101 | Web Based | Dec 14, 2020 | <p>Cultural sensitivity within Centene allows us to improve productivity, reduce communication barriers and fully engage in the workplace environment. This empowers all associates to be better able to serve each other and our members.</p> <p>By the conclusion of this course, you should be able to complete each of the following:</p> <ul> <li>Define cultural sensitivity and identify the impacts of cultural differences in healthcare across at-risk populations.</li> <li>Describe laws and tools available that can be used to provide culturally sensitive care.</li> <li>Outline next steps you can take in your role to provide culturally relevant care and support.</li> <li>Apply what you have learned by appropriately resolving practice scenarios.</li> </ul> |
| Module 06-Motivational Interviewing Self Reading | Document Based | Dec 11, 2020 | Motivational Interviewing:  An Emerging Trend in Medical Management |
| Module 6: Motivational Interviewing Training Video 1 | Web Based | Dec 11, 2020 | Community Health Worker  Introduction to Motivational Interviewing |
| CHW 2017: Motivational Interviewing Assessment | Document Based | Dec 11, 2020 | |
| Module 05-Interpersonal Communication Self Reading | Document Based | Dec 11, 2020 | Effective Interpersonal Communication:  A Handbook for Health Care Providers |
| Module 05-Interpersonal Communication Video | Web Based | Dec 11, 2020 | How Effective Healthcare Communication Contributes to Health Equity |
| CHW  2017: Interpersonal Communication Assessment | Document Based | Dec 10, 2020 | |
| Module 04-Listening Skills Self Reading | Document Based | Dec 10, 2020 | Listening Skills 1:  How to Improve your Listening Skills |
| CHW 2017: Listening Skills Assessment | Document Based | Dec 9, 2020 | |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 03-Conflict Resolution Self Reading 3 | Document Based | Dec 9, 2020 | Emotional Hijacking:  Why Logic Doesn't Work With Angry Customers |
| Module 03-Conflict Resolution Self Reading 2 | Document Based | Dec 9, 2020 | 7 Strategies for Managing Conflict |
| Module 03-Conflict Resolution Self Reading 1 | Document Based | Dec 9, 2020 | 5 Types of Conflict Resolution |
| Module 02-Customer Service Self Reading 2 | Document Based | Dec 9, 2020 | What is the "Patient Experience"? |
| Module 02-Customer Service Self Reading 1 | Document Based | Dec 9, 2020 | The Silver Lining of Customer Problems |
| Module 02-Customer Service Video 4 | Web Based | Dec 9, 2020 | The Next Revolution in Health Care? Empathy |
| Module 02-Customer Service Video 3 | Web Based | Dec 9, 2020 | TEDxMaastricht-Fred Lee-'Patient Satisfaction on Patient Experience?' |
| Module 02-Customer Service Video 2 | Web Based | Dec 9, 2020 | Creating an Unmatched Customer Experience |
| Module 02-Customer Service Video 1 | Web Based | Dec 9, 2020 | Essentials For Creating a Differentiated Customer Experience |
| Skills for Inclusive Conversations | Web Based | Dec 9, 2020 | Organizations reap the benefits of diversitywhen employees bring their whole, authentic selves to work. Diverse teams are more productive, innovative, and engaged. Authenticity at work includes sharing and speaking up about work and life experiences that may be different based on ones identity. Developing the skills to conduct meaningful conversations on potentially polarizing topics such as race, religion, and gender is critical for human resources professionals, managers, and team leaders. Mary-Frances Winters offers a multistep process for building the skills necessary to engage in inclusive conversations. Find out how to conduct an exploratory self-assessment to better understand yourself and your team, learn tactics to go from polarization to common ground, and discover practical techniques for discussing difficult topics. |
| Module 01-Community Health Training Self Reading | Document Based | Dec 1, 2020 | The C3 Project:  Understanding Scope and Competencies: A Contemporary Look at the United States Community Health Worker Field: BUILDING NATIONAL CONSENSUS ON CHW CORE ROLES, SKILLS, AND QUALITIES |
| Module 03-Conflict Resolution Video 4 | Web Based | Nov 16, 2020 | How to Stay Calm When You Know You'll Be Stressed |
| Module 03-Conflict Resolution Video 3 | Web Based | Nov 16, 2020 | Conflict is a Place of Possibility |
| Module 03-Conflict Resolution Video 2 | Web Based | Nov 16, 2020 | Responding to Anger: Role Play, Counter, Foundations |
| Module 03-Conflict Resolution Video 1 | Web Based | Nov 16, 2020 | Responding to Anger: Role Play, Demo, Foundations |
| CHW 2017: Conflict Resolution Assessment | Document Based | Nov 13, 2020 | |
| Module 01-Community Health Training Video 4 | Web Based | Nov 13, 2020 | Making the Business Case: Community Health Investments Yield Results |
| Module 01-Community Health Training | Web Based | Nov 13, 2020 | Making the Business Case: Community Health Workers Bridge Health Care Gap |
| Module 01-Community Health Training Video 2 | Web Based | Nov 13, 2020 | Filling the Gap with Community Health Workers |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 01-Community Health Training Video 1 | Web Based | Nov 13, 2020 | Can Ordinary Citizens Help Fill Gaps In U.S. Health Care? |
| Community Health-Module 6-Motivational Interviewing Part 3 | Web Based | Nov 13, 2020 | |
| Community Health: Module 6 Motivational Interviewing Part 2 | Web Based | Nov 13, 2020 | Module 6 Motivational Interviewing Part 2 |
| Community Health-Module 6-Motivational Interviewing Part 1 | Web Based | Nov 13, 2020 | |
| Community Health-Module 5-_Interpersonal Communication | Web Based | Nov 13, 2020 | |
| Community Health: Conflict Resolution Module | Web Based | Nov 13, 2020 | |
| CHW 2017:  Customer Service Assessment | Document Based | Nov 13, 2020 | |
| Community Health: Customer Service Module | Web Based | Nov 13, 2020 | |
| CHTraining 2017: Community Health Worker | Document Based | Nov 13, 2020 | |
| APEX: Propelling Centene Forward \| Unstoppable Tracy | Web Based | Nov 13, 2020 | <p>Learn to be resilient and persevere through adversity from the APEX: Propelling Centene Forward keynote speaker, Unstoppable Tracy. Tracys 3 Keys to an Unstoppable You prove that determination, a positive mindset, and believing in yourself and your abilities are the cornerstones of success.   </p> |
| Creative Collaboration | Web Based | Nov 12, 2020 | Despite the prevalent myth of the lone creative genius, many of the most innovative contributions spring from the creative chemistry of a group and the blending of everyones ideas and concepts. How can you best leverage your teams collective wisdom? Join international speaker and trainer Denise Jacobs for a fresh approach to creative collaboration that makes the process productive and fun. Learn how to recognize and remove personal creative blocks, connect and communicate with others, combine ideas using play, and construct a collaborative environment to tap into a groups creative brilliance. With these techniques and exercises, youll be able to embrace and leverage a diverse range of ideas and create better together. |
| APEX: Propelling Centene Forward \| Introduction to Disciplined Execution & Change Management | Blended | Nov 12, 2020 | This episode in your APEX: Propelling Centene Forward digital learning experience will help you turn strategy and ideas into action while implementing and sustaining a successful adoption of the desired change. This episode also provides you tools to further enhance your customer-centric mindset by showing you how to implement end-to-end execution and sustain the change over time. |
| Case for Change | Web Based | Nov 12, 2020 | |
| Disciplined Execution Worksheet | Web Based | Nov 12, 2020 | |
| Ideation and Solution Selection Matrix | Web Based | Nov 12, 2020 | |
| What Is Change Management? | Web Based | Nov 12, 2020 | |
| What Is Disciplined Execution? | Web Based | Nov 12, 2020 | |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Introduction to Disciplined Execution and Change Management | Web Based | Nov 12, 2020 | |
| Remote Employee HIPAA Desk Audit Attestation & Agreement | Document Based | Nov 12, 2020 | An attestation for all Arkansas Health and Wellness, Arkansas Total Care, and QualCoice employees to agree to comply with Remote employee HIPAA policy.<br><br>Learning Objectives:<br>1.Read and agree with remote employee HIPAA policy.<br>2.Comply with remote employee HIPAA policy.<br>3.Recall criteria for compliance of the remote employee HIPAA policy. |
| Centene Physical Security: What We All Need To Know_Annual Learning | Web Based | Nov 5, 2020 | Upon completion of this training you will:<br> Recall the roles and services provided by Centene Corporate Physical Security and identify where to get the help you need.<br> Explain physical security policies and why they are vital to the success, safety and security of the company.<br> Recall the badge process and how to request changes to access levels.<br> Describe the options for reporting emergencies, threats or other security concerns. |
| Compliance: Conflict of Interest and Gifts Annual Learning | Web Based | Nov 2, 2020 | <p>COI and Gifts Learning Objectives: 1. Identify conflicts 2. Explain disclosure process 3. Understand when to disclose</p> |
| Compliance: General Compliance and Code of Conduct Annual Learning | Web Based | Oct 12, 2020 | This course will introduce employees to the Code of Conduct and topics that will guide them to uphold the Companys policy of conducting itself in an ethical manner. The learning will share Compliance resources and reiterate that all employees have an obligation to immediately report anything that may be a questionable practice Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporations Code of Conduct Policy (CC.COMP.00). |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| ARTC: Care Coordinator Training | Classroom | Sep 21, 2020 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| Centene SECURE: Security Awareness Essentials Annual Learning(TO) | Web Based | Sep 16, 2020 | This security awareness training course covers key security best practices end users should follow so they can prevent, detect, and respond to information security threats. It is designed to cover all of the essential topics in approximately 35-40 minutes, such as, password management, identity theft, malware, social engineering, phishing, spear phishing, physical security, Business Email Compromise (BEC), Internet of Things (IoT), travel safety, mobile data, privacy and acceptable use. Course Duration: 35-40 mins |
| TruCare 8.0 Upgrade: Core Fundamentals Part A | Classroom | Sep 4, 2020 | <p>This virtual instructor-led event is intended for TruCare Classic end users. This session is not intended for TruCare Cloud end users. This session will include topics on basic, system navigation.</p><p> </p> |
| Adversity Quotient | Web Based | Aug 25, 2020 | <p>APEX, Adversity Quotient, Resilience, Perseverance</p> |
| TruCare 8.0 Menu Bar | Web Based | Aug 20, 2020 | *THIS COURSE MUST BE COMPLETED IN GOOGLE CHROME* Viewing in any other browser may cause errors with the module.

This course is a high level overview of how to navigate and basic information about the TruCare 8.0 Menu Bar.  Centene has customized TruCare 8.0 to fit our needs and there may be some slight differences in our Production environment from what is contained in this eLearning. |
| Centene SECURE: Outwitting Internet Phishers | Web Based | Aug 18, 2020 | Because today's computers and networks are heavily defended from a direct assault, hackers are now much more likely target end-users when trying to break in. If hackers can trick you into divulging your username and password or inadvertently infecting your computer with malicious software, they can use your computer as a launching point to further penetrate your organization's network. This HTML5-based, iPad-compatible course uses high-quality video and real-world simulations to teach best practices for recognizing and preventing phishing attacks. Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com. |
| Compliance: Fraud, Waste and Abuse Annual Learning | Web Based | Jul 6, 2020 | This course is designed to help employees to meet their Fraud, Waste, and Abuse annual training requirment. |
| ARTC Authorization to Release PHI Submission Process | Web Based | May 7, 2020 | The Arkansas Total Care Compliance Team has created an online form to aid its staff and Care coordinators with the submission and tracking of Authorization to Disclose PHI forms. The video will demonstrate how to complete and submit the Authorization to Disclose PHI form. |
| Compliance: Privacy and Confidentiality Learning | Web Based | Mar 30, 2020 | This mandatory course will assist employees in complying with applicable privacy rules, regulations and requirements. The course will also help employees apply concepts to their role. The course will cover defining the term data privacy, recognizing key data privacy regulations, demonstrate how to safeguard and protect confidential information and describe your role in recognizing and reporting data privacy incidents. |
| Inclusive and Responsible Workplace Learning for Employees | Web Based | Feb 10, 2020 | <p>Inclusive and Responsible Workplace Learning for Employees </p> |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Physical Security 101 | Web Based | Nov 4, 2019 | <p>Physical Security 101 will help you: </p><br><br><ul><br> <li>Better understand resources available to you through the Corporate Physical Security team. </li><br> <li>Understand your role in helping recognize and prevent workplace violence incidents. </li><br> <li>Help you navigate our badging processes.</li><br></ul> |
| Centene SECURE: Security Awareness Essentials Test-Out | Web Based | Jul 17, 2019 | <p>This security awareness training course covers key security best practices end users should follow so they can prevent, detect, and respond to information security threats. While it is designed to cover all of the essential topics, such as, password management, identity theft, malware, social engineering, phishing, spear phishing, physical security, Business Email Compromise (BEC), travel safety, mobile data, privacy and acceptable use, this course is adaptive which means you can test out of sections for topics you already know well with an exam at the beginning of the course. Course Duration: 10-40 mins. depending on Information Security knowledge. Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com.</p> |
| ARTC: Care Coordinator Training | Classroom | Jun 27, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| ARTC: Care Coordinator Training | Classroom | Jun 27, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| Compliance: General Compliance & Business Ethics Training | Web Based | Jun 18, 2019 | This course will help employees understand compliance requirements and apply related concepts in their daily roles. The training will reiterate that all employees have an obligation to immediately report anything that may be a questionable practice. Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporation's Business Ethics & Code of Conduct Policy. |
| ARTC: Care Coordinator Training | Classroom | May 15, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| APEX: Igniting Leadership \| Talent Multiplier | Web Based | May 7, 2019 | <p>In this course, you will explore Centene's leadership model pillar <strong>Talent Multiplier </strong>, which includes building a personalized leadership action plan to ensure your continued success in being a <strong>Talent Multiplier Leader</strong>.</p> |
| APEX: Igniting Leadership \| Principled Agility | Web Based | Mar 21, 2019 | <p>In this module you will explore Centene's leadership model pillar <strong>Principled Agility </strong>building a personalized leadership action plan to ensure your continued success in being a <strong>Principled Agility Leader</strong>.</p> |
| Person Centered Thinking (PCT) | Classroom | Mar 21, 2019 | PCT is a fundamental training offered to provide participants with the basic knowledge on how to facilitate the use of PCT skills to discover what is important to and important for and finding the balance needed to best support them in achieving their desired outcomes. |
| Person Centered Thinking (PCT) | Classroom | Mar 21, 2019 | PCT is a fundamental training offered to provide participants with the basic knowledge on how to facilitate the use of PCT skills to discover what is important to and important for and finding the balance needed to best support them in achieving their desired outcomes. |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Email Retention Training 2.0 | Web Based | Mar 21, 2019 | Upon completion of the course, participants will be able to: Locate Email Retention Policy Identify which email to retain and how long: and demonstrate how properly retain email |
| Centene Chat: Introducing Chat Option for Members - Procedures and Best Practices | Web Based | Mar 21, 2019 | Introduction to chat, procedures and best practices |
| NCQA 101: The Journey to Health Plan Accreditation | Web Based | Mar 21, 2019 | |
| Compliance: Privacy and Confidentiality Training | Web Based | Mar 12, 2019 | This mandatory training course will assist employees in complying with applicable privacy rules, regulations and requirements. The course will also help employees apply concepts to their role. The course will cover defining the term data privacy, recognizing key data privacy regulations, demonstrate how to safeguard and protect confidential information and describe your role in recognizing and reporting data privacy incidents. |
| Customer Service Skills: Quick Tips - Displaying a Willingness to Assist | Web Based | Mar 12, 2019 | This course is a quick guide on the how and why to display a willingness to assist. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Expressing Empathy | Web Based | Mar 12, 2019 | This module is a quick guide on how call center agents can better express empathy to callers. There is no audio with this module. |
| Customer Service Skills: Quick Tips - HIPAA Verification | Web Based | Mar 12, 2019 | An overview of the HIPAA verification process for call center agents. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Promoting Web Options | Web Based | Mar 12, 2019 | A quick guide on how call center agents can promote web options over the phone. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Thanking the Caller | Web Based | Mar 12, 2019 | A quick guide on how call center agents can better thank the caller. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Verifying Primary Care Physicians (PCP) | Web Based | Mar 12, 2019 | This is a quick course on the importance of verifying callers' primary care providers. |
| Diversity, Inclusion and You | Web Based | Feb 11, 2019 | A cultural diversity course. |
| Inclusive and Responsible Workplace Training | Web Based | Jan 16, 2019 | Inclusive and Responsible Workplace Training |
| Compliance: Gifts, the Workplace, and You Training | Web Based | Nov 20, 2018 | The purpose of this training course is to assist you in becoming more familiar with applicable policies and procedures regarding giving and receiving gifts in the workplace. Our compliance with these policies and procedures helps reduce risk to the Company and protects our business integrity. |
| Compliance: Fraud, Waste and Abuse Annual Training | Web Based | Oct 30, 2018 | Compliance: Fraud, Waste and Abuse Annual Training |
| Centene SECURE: Security Awareness Essentials | Web Based | Aug 24, 2018 | This security awareness training course covers key security best practices end users should follow so they can prevent, detect, and respond to information security threats. It is designed to cover all of the essential topics in approximately 35-40 minutes, such as, password management, identity theft, malware, social engineering, phishing, spear phishing, physical security, Business Email Compromise (BEC), Internet of Things (IoT), travel safety, mobile data, privacy and acceptable use. Course Duration: 35-40 mins |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| APEX: Igniting Leadership \| Purpose-Driven | Web Based | Aug 21, 2018 | In this module you will explore Centene's leadership model pillar Purpose-Driven building a personalized leadership action plan to ensure your continued success in being a Purpose Driven Leader. |
| Compliance: General Compliance and Business Ethics Training | Web Based | Jul 18, 2018 | This course will help employees understand compliance requirements and apply related concepts in their daily roles. The training will reiterate that all employees have an obligation to immediately report anything that may be a questionable practice. Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporation?s Business Ethics & Conduct Policy. |
| Centene SECURE-Information Security Awareness | Web Based | Jun 6, 2018 | |
| Email Retention Policy Overview | Web Based | May 17, 2018 | This course is designed to provide an overview of Centene's Email Retention Policy, as well as how to properly retain email in accordance with company policy. |
| Records and Information Management Training 2.0 | Web Based | May 17, 2018 | This course will provide an overview of records management and show you how to tell the difference in records from non-records. This course is intended for all employees both regular and contingent. |
| Cornerstone: End User Skills | Web Based | May 3, 2018 | This course prepares you with the skills to take full advantage of the Cornerstone OnDemand (CSOD) Learning Management System (LMS) and should take about 35 minutes to complete as it includes a timed 20 min test. |

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Workday: Personal and Contact Information | Document Based | May 3, 2018 | This Workday quick guide provides instructions for maintaining and modifying: contact information, personal information, emergency contact information, photos, and legal and preferred names.  This information is maintained in the Workday Personal Information worklet. Employees are responsible for keeping their information current. If printing, it is best printed in landscape orientation. Saving Workday printed materials is not recommended since the materials are subject to change with Workday updates. |
| Workday: Managing Your Benefits | Document Based | May 3, 2018 | This course provides an overview of how to manage benefits information such as: Adding Dependents, Reporting a Qualifying Event, Viewing Benefits Elections, Dependents and Beneficiaries. |
| Cornerstone: How to Assign Training to Direct Reports - Managers | Document Based | May 3, 2018 | This document will show managers how to assign training to their direct and indirect reports. |
| Welcome to Centene: My Development- Module 4 | Blended | May 3, 2018 | This curriculum comprises module four of the Welcome to Centene new hire orientation series focusing on professional development software and skills such as:<br>  Workday<br>  Cornerstone OnDemand<br>  Interpersonal Communication |
| Compliance:  Fraud, Waste and Abuse Annual Training | Web Based | Apr 17, 2018 | |
| Welcome to Centene Module One | Blended | Apr 16, 2018 | This curriculum includes the Who we Are module and essential Workday information for your new journey at Centene. |
| Workday: Employee - Getting Started in Workday | Web Based | Apr 16, 2018 | |
| Compliance: Business Ethics & Conduct Policy Annual Training | Web Based | Apr 16, 2018 | Revised 11 03 17 Final Version |
| Welcome to Centene: Who We Are - Module 1 | Web Based | Apr 16, 2018 | Module One of Welcome to Centene |
| Compliance: Conflict of Interest Training Course | Web Based | Apr 16, 2018 | |
| Compliance: Privacy and Confidentiality Training | Web Based | Apr 13, 2018 | The mandatory training will assist employees in complying with applicable requirements and applying concepts in their role. The course will cover:<br>-The definition of the term privacy;<br>-The laws that govern privacy;<br>-The concept of confidentiality;<br>-How to safeguard and protect sensitive information; and<br>-Your role in reporting a privacy or security incident. |
| Workday:  Required Onboarding Steps for Day One | Document Based | Apr 9, 2018 | Initial onboarding of new hires or rehires requires the completion of tasks in Workday.  This document provides instructions for the necessary tasks  in Workday, |

If no data populates - No Data Available

## Performance Review - Completed

| Review Category | Start Date | End Date | Overall Rating - Manager |
|---|---|---|---|
| 2020 Performance Review | Jan 1, 2020 | Dec 31, 2020 | ME – Meets Expectations |
| 2019 Performance Review | Jan 1, 2019 | Dec 31, 2019 | ME – Meets Expectations |
| 2018 Performance Review | Jan 1, 2018 | Dec 31, 2018 | Valued Performer |

If no data populates - No Data Available

**Disciplinary Action**

| | |
|---|---|
| | **Performance Improvement (PIP)** |
| Attendance (United States of America) | **Review - Start Date** |
| | Jul 26, 2019 |
| | **Review - End Date** |
| | Oct 26, 2019 |
| **Manager Acknowledgement** | **Employee Acknowledgement** |
| **Comment** | **Comment** |
| | Shantonio, as my supervisor should be more cognizant when it comes to addressing any issues that concerns me and also give me adequate time to fix the problem; as opposed to not letting me know that I could be facing a penalty due to me reaching my limit.  It's important that I know what I can improve to do my job more effectively and efficiently. |
| | This statement I do not agree with , "Taiwan has been coached on several occasions regarding technological challenges with his cell phone. It has been months in which he has failed to follow-up with the proper parties to rectify this circumstance including failure to follow-up with Supervisor for addtional support." |
| **Entered By** | **Entered By** |
| Shantonio Elliott (266280) | Taiwan Dickerson (227109) |
| **Date Initiated** | **Date Initiated** |
| Sep 4, 2019 | Aug 16, 2019 |
| **Overview** | **Overview** |
| You are expected to meet the requirements of this Performance Improvement Plan and consistently maintain performance at an acceptable level on an ongoing basis.  Failure to do so may result in further disciplinary action up to and including termination of employment.  The following standards are expected of you in the future: | The following have been identified as gaps in your performance: |

Attendance Policy CC.HUMR.15
Code of Ethics CC.COMP.00
Standards of Conduct Employee Handbook (2018) page 10
Performance CC.HUMR.17
Related Disciplinary Actions:  Coaching _5_/_23_/_19_ on excessive mileage, clocking in/out, and getting work phone repaired
Coaching _6_/_6_/_19_ on  clocking in/out and discussed physically working while on the clock
Coaching _7_/_11_/_19_ on the Attendance Policy and clocking in only from your workstation when coming into the office

Taiwan contineously clocks in using his phone and/or Chromebook instead of at his workstation. During the July 11th team meeting expectations were set that employees were to accurately report their time on a daily basis using the timekeeping system EmpCenter unless unforseen circumstances occurred. In addition,
he has continued to go on unauthorized appointments with members without getting prior approval from supervisor.

Taiwan has been coached on several occasions regarding technological challenges with his cell phone. It has been months in which he has failed to follow-up up with the proper parties to rectify this circumstance including failure to follow-up with Supervisor for addtional support.

Answer
Arkansas Total Care office hours are 8:00am – 5:00pm Monday – Friday. The expectation is that you arrive at work on time and clock in from your assigned work station using EmpCenter. It is expected that all travel members outside of the Central Arkansas radius require prior approval by the supervisor. Arkansas Total Care Leadership Team require's that all employees maintain a working work cell phone and Chromebook at all times and repairs must be reported immediately.

We will plan to meet as a follow up to this Plan bi-weekly in order to gauge your progress.

---

Violating company policy (United States of America)

**Warning**

**Review - Start Date**

Mar 5, 2019

**Review - End Date**

Apr 5, 2019

### Manager Acknowledgement

**Comment**

Met with employee regarding performance.

**Entered By**

Chaz England (Terminated) (159989)

**Date Initiated**

Mar 11, 2019

### Employee Acknowledgement

**Comment**

**Entered By**

Taiwan Dickerson (227109)

**Date Initiated**

Mar 11, 2019

### Overview

We have discussed the expectations for your position in the areas identified below, and expect immediate and sustained improvement.

### Overview

The purpose of this warning is to define performance, including competency regarding our departmental metrics and expectations (f2fs, documentation, scheduling) and allow you the opportunity to demonstrate improvement and commitment. The issues identified within this warning must be improved immediately:

The following gaps have been identified in your performance:
Inability to successfully satisfy departmental goal of having a F2F equivalent for all members on caseload each month.
Inability to accurately schedule member visits before the visit is conducted at least 24 hours prior to the visit.
Inability to meet various deadlines without supervisory intervention.

In previous coaching sessions, we have discussed the importance of the aforementioned items, specifically regarding your performance. Recently, there has been increased latency in your performance regarding f2f visits.  In a report from 2/22, it was identified that you completed 13 f2f visits successfully.  In a report from 3/4, it was identified that you'd only seen 3 additional members, bringing your total to 16 f2f visits. You have consistently received advisement as to where you should stand regarding your visits.  Most recently, you received advisement on 2/15 during the mid-month reporting and it was advised that everyone should have at least achieved 25 "Y" designations for their f2f reporting.  During that time, you were still at 13.  Very little progress has been made regarding your performance.

Regarding your scheduling, there have been a number of instances where you have not had items scheduled on your calendar but were out of the office and have not responded to messaging or calls concerning your whereabouts.  This was most recently witnessed on 1/30.  I'd ask to receive a response as to where you were during that time but did not receive one.

Employee agrees to ensure that the aforementioned items are satisfied moving forward.  Supervisor will meet with the employee on a weekly basis to track progress with the aforementioned concerns as a means to provide support to the development in these areas.

There have been a number of other concerns regarding your failure to meet departmental deadlines without supervisory intervention.  This has been a concern regarding weekly reports and other directives remitted from the supervisor.  All of these instances have been documented.

Reviewed departmental goals: Yes, departmental goals have been reviewed with the employee

Employee understands that an additional infraction will result in the next step of corrective action up to and including termination.

Violating company policy (United States of America)

**Warning**

**Review - Start Date**
Jan 28, 2019
**Review - End Date**
Mar 28, 2019

**Manager Acknowledgement**                    **Employee Acknowledgement**

**Comment**                                    **Comment**

| | |
|---|---|
| Met with employee to discuss disciplinary concern. | This behavior will not happen ever again. |
| **Entered By** | **Entered By** |
| Chaz England (Terminated) (159989) | Taiwan Dickerson (227109) |
| **Date Initiated** | **Date Initiated** |
| Jan 30, 2019 | Jan 30, 2019 |

<div align="center">

**Overview**

</div>

We have discussed the expectations for your position in the areas identified below, and expect immediate and sustained improvement.

On Tuesday, January 22, it was reported that the employee relayed a message to a female coworker stating, "Christy I just wanted to say that you are an amazing woman and is so gorgeous ma'am!  Have a wonderful day."  Advisement was provided to the employee as to how this item is against Centene's Anti-Harassment Policy and the employee was provided with a refresher course entitled, "Business Ethics and Conduct Policy Attestation."   Prior to this instance, the employee has underwent comprehensive, ongoing training concerning anti-harassment for which he has previously acknowledged and he is aware of how his actions and communication may either directly or indirectly impact others.  The employee acknowledges these facts.

<div align="center">

**Overview**

</div>

If no data populates - No Data Available