Exhibit E



# Employee Handbook

**Exhibit**
0005



# Table of Contents

Table of Contents ........................................................................................................................... i

**Overview** ....................................................................................................................................... 1

**Need More Information?** ................................................................................................................ 2

**Employment Practices and Policies** ............................................................................................ 3

   Equal Employment Opportunity ................................................................................................... 3

   At-Will Employment ..................................................................................................................... 3

   Inclusive and Responsible Workplace ........................................................................................ 3

      Sexual Harassment Defined ................................................................................................... 4

      Other Types of Harassment .................................................................................................... 4

      Protection Against Retaliation ................................................................................................. 5

      Discrimination, Harassment, and Retaliation Complaint Procedure ........................................ 5

   Employee Complaint and Investigation Process ......................................................................... 5

   Disability Accommodation ............................................................................................................ 6

   Religious Accommodation ............................................................................................................ 6

   Nursing Mother Accommodation .................................................................................................. 6

   Employee Classifications ............................................................................................................. 7

   Employee Categories ................................................................................................................... 8

   Anniversary Date ......................................................................................................................... 8

   Transfers/Promotions .................................................................................................................. 8

   Separation from Employment ....................................................................................................... 9

   Eligibility for Re-employment ....................................................................................................... 9

   Employment Verifications and References ................................................................................... 9

**Workplace Conduct** ..................................................................................................................... 10

   Standards of Conduct ................................................................................................................ 10

   Business Ethics and Code of Conduct Policy ............................................................................ 11

   Confidential Information .............................................................................................................. 11

   Drugs and Alcohol ..................................................................................................................... 11

   Health and Safety ...................................................................................................................... 12

   Reporting Work-Related Injuries or Accidents ........................................................................... 12

   Workplace Violence ................................................................................................................... 12

   Attendance and Punctuality ....................................................................................................... 12

   Appearance ................................................................................................................................ 13

   Performance Management ......................................................................................................... 13

**Pay Practices and Performance** ................................................................................................ 14

Compensation Philosophy .................................................................................... 14

Pay Day Policies .................................................................................................. 14

Payroll Deductions ............................................................................................... 14

Reporting Errors and Obtaining More Information ................................................. 14

Timekeeping ........................................................................................................ 15

    Non-exempt Employees .................................................................................. 15

    Managers of Non-exempt Employees .............................................................. 15

    Exempt Employees ......................................................................................... 15

Overtime and Holiday Pay .................................................................................... 16

Work Hours .......................................................................................................... 16

Meal and Rest Breaks .......................................................................................... 16

Make-Up Time ...................................................................................................... 17

Business Travel and Expense Management .......................................................... 17

Performance Evaluation ....................................................................................... 17

Annual Increases ................................................................................................. 18

**Employee Benefits** ........................................................................................... **19**

Benefits Overview ................................................................................................ 19

Employee Development & Centene University ....................................................... 19

Employee Education Tuition Reimbursement ........................................................ 19

Referral Bonus ..................................................................................................... 20

**Paid Time Off** ................................................................................................... **20**

Vacation/Personal Time and Paid Sick Time ......................................................... 21

    Full-time Employees ....................................................................................... 21

    Carry Over ..................................................................................................... 21

    Borrowing time ............................................................................................... 22

    Upon Termination: .......................................................................................... 22

Holidays ............................................................................................................... 22

Jury Duty Leave / Witness Leave ......................................................................... 22

Bereavement Leave .............................................................................................. 22

**Leaves of Absence** .......................................................................................... **23**

    Understanding Leaves of Absence .................................................................. 23

Family and Medical Leave Act (FMLA) .................................................................. 24

Non-FMLA Medical/Disability Accommodation Leave ............................................ 24

Personal Leave .................................................................................................... 24

Military Leave ....................................................................................................... 25

Income Replacement during Medical Leaves Of Absence (Short and Long Term Disability Benefits) .. 25

**Other Policies** .................................................................................................. **25**

Bulletin Boards, Computer, Electronic Mail and Voice Mail .................................. 25

Personal Data Changes .................................................................................................................. 26

Personnel Records and Confidentiality ........................................................................................... 26

Telephone Usage ........................................................................................................................... 26

Tobacco Usage .............................................................................................................................. 26

Solicitation ..................................................................................................................................... 26

Employment of Relatives/Domestic Partners/Significant Others ..................................................... 27



# Overview

Centene is committed to transforming the health of the communities we serve, one person at a time.  We focus on the individual, providing a portfolio of innovative health solutions to meet each person's unique needs.  We invest in communities to improve the lives of our members, beneficiaries, employees and the community at large.

Whether you recently joined our team or have been at Centene ("the Company") for a while, we are confident that you will find our Company a dynamic and rewarding place in which to work, and we look forward to a productive and successful association.  This handbook, along with the Company Policies and Procedures on CNET, serves as the guide for the employment relationship.  In the event that any policy or statement in the handbook conflicts with a state or local law that provides greater rights or benefits to employees, the company will follow the applicable state or local law.

Upon hire, employees are provided access to the handbook as a tool to support their transition to Centene and throughout their career.  Employees are expected to know and abide by the Company policies outlined in this handbook and those on CNET.

# Need More Information?

In addition to this Handbook and the Policies and Procedures posted on CNET, your manager, and your local Human Resources Business Partner (HRBP), there are a number of resources that can help you locate the answers to many of your questions or get the assistance you need quickly.

**Life & Career page on CNET**: **https://cnet.centene.com/LifeAndCareer/**

The Life & Career page hosts information about your employee benefits, pay & time reporting, professional development and much more.

_____

**Ask HR:** Human Resources hosts a variety of options to assist employees with questions, those choices include:

- Request Central, available 24/7 to assist with HR related questions and inquiries. Enter "HR" in the Request Central search bar, followed by selecting "HR Customer Support" to submit an inquiry at your convenience and HR will respond within 48 hours.
- HR can also be contacted directly via phone at 1-855-735-4393 (Monday – Friday; 7:30 a.m.-7:00 p.m. CST).
- Your local HR Business Partner is also available for additional assistance.

_____

**Payroll Questions:**

The Payroll team uses Request Central for pay or time reporting assistance and inquiries. Enter "payroll" or "time reporting" in the Request Central search bar and then follow the prompts to submit inquiries.

Submit a ticket to payroll for:

* General payroll questions (i.e. paycheck delivery, non-benefit deductions, forms, and tax deductions)
* ADP  payroll questions
* Time reporting including available vacation/PTO, sick, and holiday
* EmpCenter time recording system questions

_____
**Family Leave or Medical Questions**:

Requests for FMLA leave, disability accommodations, STD benefits, leaves of absence – Ask Human Resources for information on how to get in touch with our third-party disability, leaves and accommodations vendor.

Need guidance due to a workplace injury? Please contact your manager.



# Employment Practices and Policies

## Equal Employment Opportunity

It is the policy of the Company to provide equal employment opportunities to all employees and employment applicants without regard to unlawful considerations of actual or perceived: race, religious creed, color, national origin, ancestry, physical or mental disability, medical condition, genetic information, marital status (including registered domestic partnership status where applicable), sex (including pregnancy, childbirth, lactation and related medical conditions), gender (including gender identity and expression), age (as defined by state law), sexual orientation, military and veteran status and any other consideration protected by federal, state or local law (sometimes referred to, collectively, as "protected characteristics"). This policy applies to all aspects of employment, including, but not limited to, hiring, job assignment, compensation, promotion, benefits, training, discipline and termination. To the extent applicable, the Company also complies with executive orders regarding discrimination.

## At-Will Employment

All employment with the Company is "at will," which means that the Company or an employee has the right to terminate employment with or without cause, and with or without notice, at any time, at the option of either the Company or the employee, except as limited by applicable law. In addition, the Company reserves the right to exercise its managerial discretion in imposing any form of discipline it deems appropriate.

Except as otherwise stated with regard to the Company's "at-will" employment policy, this handbook contains only general information and guidelines. It is not comprehensive nor does it address all the possible applications of, or exceptions to, the general policies and procedures described. The full text of the policies, which can be found on CNET, contain additional information and are controlling. The policies, procedures or contents of this handbook do not create any contractual obligations.

The Company, at its discretion, may change, delete, suspend or discontinue any part or parts of the policies in this handbook or in the Policies and Procedures listed on CNET at any time without prior notice. No statement or promise by any member of management may be interpreted as a change in policy, nor will it constitute an agreement with an employee. This handbook supersedes and replaces all former handbooks.

## Inclusive and Responsible Workplace

The Company is committed to providing a work environment that is free of illicit harassment, discrimination, or retaliation based on any protected characteristics. As a result, the Company maintains a strict policy prohibiting sexual harassment and harassment against employees, applicants for employment, individuals providing services in the workplace pursuant to a contract, unpaid interns or volunteers based on any legally-recognized basis, including, but not limited to, their actual or perceived race, religious creed, color, national origin, ancestry, physical or mental disability, medical condition, genetic information, marital status (including registered domestic partnership status where applicable), sex (including pregnancy, childbirth, lactation and related medical conditions), gender (including gender identity and expression), age (as defined by state law), sexual orientation, military and veteran status and any other consideration protected by federal, state or local law (sometimes referred to, collectively, as "protected characteristics"). All such harassment is prohibited.



This policy applies to all persons involved in our operations, including coworkers, supervisors, managers, temporary or seasonal workers, agents, clients, vendors, customers, or any other third party interacting

with the Company ("third parties") and prohibits proscribed harassing conduct by any employee or third party of the Company, including nonsupervisory employees, supervisors and managers. If such harassment occurs on the Company's premises or is directed toward an employee or a third party interacting with the Company, the procedures in this policy should be followed.

## Sexual Harassment Defined

Sexual harassment includes unwanted sexual advances, requests for sexual favors or visual, verbal or physical conduct of a sexual nature when:

- Submission to such conduct is made a term or condition of employment; or
- Submission to, or rejection of, such conduct is used as a basis for employment decisions affecting the individual; or
- Such conduct has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment also includes various forms of offensive behavior based on sex and includes gender-based harassment of a person of the same sex as the harasser. The following is a partial list:

- Unwanted sexual advances.
- Offering employment benefits in exchange for sexual favors.
- Making or threatening reprisals after a negative response to sexual advances.
- Visual conduct: leering; making sexual gestures; displaying sexually suggestive objects or pictures, cartoons, posters, websites, emails or text messages.
- Verbal conduct: making or using derogatory comments, epithets, slurs, sexually explicit jokes, or comments about an employee's body or dress.
- Verbal sexual advances or propositions.
- Verbal abuse of a sexual nature; graphic verbal commentary about an individual's body; sexually degrading words to describe an individual; suggestive or obscene letters, notes or invitations.
- Physical conduct: touching, assault, impeding or blocking movements.
- Retaliation for reporting harassment or threatening to report sexual harassment.

## Other Types of Harassment

Prohibited harassment on the basis of any legally protected classification, including, but not limited to: race, color, national origin, ancestry, religion, physical or mental disability, medical condition, genetic information, marital status (including domestic partnership status), age (40 or over), sexual orientation, gender, gender expression and gender identity, Civil Air Patrol status, military and veteran status, citizenship status or any other consideration protected by federal, state or local law, includes behavior similar to the illustrations above pertaining to sexual harassment. This includes conduct such as:

- Verbal conduct including threats, epithets, derogatory comments or slurs based on an individual's protected classification;
- Visual conduct, including derogatory posters, photographs, cartoons, drawings or gestures based on protected classification; and
- Physical conduct, including assault, unwanted touching or blocking normal movement because of an individual's protected status.

4

*Protection Against Retaliation*

Retaliation is prohibited against any person by another employee or by the Company for using the Company's complaint procedure, reporting proscribed discrimination or harassment or filing, testifying, assisting or participating in any manner in any investigation, proceeding or hearing conducted by a Governmental enforcement agency. Prohibited retaliation includes, but is not limited to, termination, demotion, suspension, failure to hire or consider for hire, failure to give equal consideration in making employment decisions, failure to make employment recommendations impartially, adversely affecting working conditions or otherwise denying any employment benefit.

*Discrimination, Harassment, and Retaliation Complaint Procedure*

Any employee who believes that they have been harassed, discriminated against, or subjected to retaliation by a co-worker, supervisor, agent, client, vendor, customer, or any other third party interacting with the Company  in violation of the foregoing policies or who is aware of such behavior against others, should immediately provide a written or verbal report to their supervisor, any other member of management, a Human Resources representative, or may call the Ethics & Compliance Helpline: 1-800-345-1642. Employees are not required to make a complaint directly to their immediate supervisor. Supervisors and managers who receive complaints or become aware of conduct that may have violated this policy must immediately report such complaints. When a report is received, the Company will conduct a fair, timely, thorough and objective investigation that provides all parties appropriate due process and reaches reasonable conclusions based on the evidence collected. The Company expects all employees to fully cooperate with any investigation conducted by the Company into a complaint of proscribed harassment, discrimination or retaliation, or regarding the alleged violation of any other Company policies. The Company will maintain confidentiality surrounding the investigation to the extent possible and to the extent permitted under applicable federal and state law.

Upon completion of the investigation, the Company will communicate its conclusion as soon as practical. If the Company determines that this policy has been violated, remedial action will be taken, commensurate with the severity of the offense, up to and including termination of employment. Appropriate action will also be taken to deter any such conduct in the future.

The Company also recognizes each employee's right to have their complaint investigated by the Equal Employment Opportunity Commission ("EEOC") and/or equivalent state and local agencies and will not retaliate against employees who choose to pursue that course of action. Information on the EEOC may be located by visiting the agency website at www.eeoc.gov.

## Employee Complaint and Investigation Process

It is the Company's policy to develop a work climate that encourages management and employees to openly express ideas and feelings about their employment at the Company. We want to identify causes of dissatisfaction and ensure that all employees receive fair and equitable treatment. It is the intent of the Company to resolve employee concerns at the lowest possible level without external involvement. For this reason, concerns should first be discussed with your Supervisor or departmental leadership, and if they are not resolved, then you should contact your local HRBP.

## Disability Accommodation

To comply with applicable laws ensuring equal employment opportunities for individuals with disabilities, The Company will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an employee, unless undue hardship and/or a direct threat to the health and/or safety of the individual or others would result. Any employee who requires an accommodation in order to perform the essential functions of their job, enjoy an equal employment opportunity, and/or obtain equal job benefits should notify their assigned HRBP and contact the Company's Disability, Leaves and Accommodations Administrator to request such an accommodation. Once the employee has submitted all requested materials to the Disability, Leaves and Accommodations Administrator in a timely manner, the HRBP will communicate with the employee and engage in an interactive process to determine the nature of the issue and what, if any, reasonable accommodation(s) may be appropriate.

In some cases, this interactive process may be triggered without a request from the employee, such as when the Company receives notice from its own observation or another source that a medical impairment may be impacting the employee's ability to perform their essential job functions.

If an identified accommodation is reasonable and will not impose an undue hardship on the Company and/or a direct threat to the health and/or safety of the individual or others, the Company will generally provide the accommodation, or it may propose another reasonable accommodation, which may also be effective.  Employees are required to cooperate with this process by providing all necessary documentation supporting the need for accommodation, and being willing to consider alternative accommodations when applicable. For additional details, consult the Disability Accommodation policy and/or Ask HR Team at 855-735-4393.

The Company will also consider requests for reasonable accommodations for medical conditions related to pregnancy, childbirth and lactation where supported by medical documentation and/or as required by applicable federal, state or local law.

## Religious Accommodation

The Company will provide reasonable accommodation for employees' religious beliefs, observances, and practices when a need for such accommodation is identified and reasonable accommodation is possible.  A reasonable accommodation is one that eliminates the conflict between an employee's religious beliefs, observances, or practices and the employee's job requirements, without causing undue hardship to the Company.

The Company has developed an accommodation process to assist employees, management and Human Resources. Through this process, the Company establishes a system of open communication between employees and the Company to discuss conflicts between religion and work and to take action to provide reasonable accommodation for employees' needs. The intent of this process is to ensure a consistent approach when addressing religious accommodation requests. Any employee who perceives a conflict between job requirements and religious belief, observance, or practice should bring the conflict and their request for accommodation to the attention of Human Resources to initiate the accommodation process.  The Company requests that accommodation requests be made in writing, and in the case of schedule adjustments, as far in advance as possible.

## Nursing Mother Accommodation

The Company will provide a reasonable amount of break time to accommodate an employee desiring to express breast milk for the employee's infant child. Employees needing breaks for lactation purposes may

use ordinary paid rest breaks or may take other reasonable break time when needed. If possible, the lactation break time should run concurrently with scheduled meal and rest breaks already provided to the employee. If the lactation break time cannot run concurrently with meal and rest breaks already provided or additional time is needed for the employee, the lactation break time will be unpaid for nonexempt employees.

Employees will be relieved of all work-related duties during any unpaid break. Where unpaid breaks or additional time are required, employees should work with their supervisor regarding scheduling and reporting the extra break time. Where state law imposes more specific requirements regarding the break time or lactation accommodation, the Company will comply with those requirements.

Because exempt employees receive their full salary during weeks in which they work, all exempt employees who need lactation accommodation breaks do not need to report any extra break time as "unpaid."

The Company will provide employees with the use of a room or a private area, other than a bathroom or toilet stall, that is shielded from view and free from intrusion from coworkers and the public. The Company will make a reasonable effort to identify a location within close proximity to the work area for the employee to express milk. This location may be the employee's private office, if applicable.

The Company will otherwise treat lactation as a pregnancy-related medical condition and address lactation-related needs in the same manner that it addresses other non-incapacitating medical conditions, including requested time off for medical appointments, requested changes in schedules and other requested accommodations.

Employees or their Supervisors should contact Facilities for the location for storage of expressed milk as well as during their pregnancy or before their return to work to identify the need for a lactation area.

## Employee Classifications

Company employees are classified as either exempt or nonexempt under federal and state wage and hour laws, and are further classified for administrative purposes. Employees should consult their supervisor and/or HRBP with any questions or concerns regarding their status.

The following designations are used throughout this Employee Handbook.

| Classification | Definition |
| --- | --- |
| Exempt | Exempt employees are employees whose job duties meet specific tests established by the federal Fair Labor Standards Act (FLSA) and state law and who are exempt from minimum wage and overtime pay requirements. Exempt employees are compensated on a salary basis. |
| Non-Exempt | Nonexempt employees are employees whose job positions do not meet FLSA or applicable state exemption tests and/or whose roles are compensated on an hourly basis to meet business needs. Nonexempt employees are NOT exempt from minimum wage and overtime pay requirements. Nonexempt employees are eligible to receive overtime pay for hours worked in excess of 40 hours in a given week, or as otherwise required by applicable state law. |

## Employee Categories

Based on the conditions of employment and eligibility for benefits, employees of the Company fall into the following categories:

| Status | Definition |
|---|---|
| **Regular Full-Time:** | Employees who are regularly scheduled to work a standard work week of 30 hours or more per week for an indefinite period of time. |
| **Regular Part-Time:** | Employees who are regularly scheduled to work less than 30 hours per week, and whose services are required consistently from throughout the year. |
| **Project Employee:** | Individuals with established skill set brought in for a fixed period of time to work on a specific project. |
| **Special Professional Associate (SPA):** | Employees who perform work with respect to the Company's government contracts. SPAs are scheduled on a rotational basis and may be scheduled to work 30 hours or more per week or 30 hours or less per week. |
| **Seasonal Intern:** | Full-time seasonal position available only during an established period such as school summer break or open enrollment period. |
| **Part-Time Intern:** | Part-time position not to exceed 24 hours per week that may occur at any time during the calendar year. |
| **Per Diem or PRN:** | Employees who are hired to work an as-needed basis. |

## Anniversary Date

The first day an employee reports to work is the "official" anniversary date. The anniversary date is used to compute various conditions and benefits described in this Employee Handbook.

## Transfers/Promotions

The Company is committed to providing employees with opportunities for growth and career development through promotions and transfers. Generally, all positions are posted and subject to the competitive hiring process. Employees may apply to a new position if they are in good standing, possesses the minimum qualifications for the new position, and have completed the required minimum period of time in their current position. Internal candidates for promotion or transfer will be considered based on their qualifications, their work history with the Company, and other skills or qualities that indicate a likelihood of success in the desired role. Employees may be temporarily or permanently assigned to other departments and locations to meet business needs.

All applications must be submitted through the Company's on-line application tracking system available through the Life & Careers section of CNET. It is the internal candidate's responsibility to notify their current manager if contacted for an interview.

Employees may be promoted by applying to and being hired for a posted position or may be promoted within their own department where warranted by both their performance and business needs.

Employees are encouraged to discuss their career goals with their Supervisor and to notify their Supervisor if relevant seminars, workshops, educational courses or certificate programs are completed which may enhance an employee's career at the Company.

## Separation from Employment

The Company requests that employees give their Supervisor or department manager two (2) weeks advance notice in writing of their intention to resign from their position with the Company. For managers and above, advance notice of four (4) weeks is preferred.

For additional details pertaining to the details of the Company's separation of employment process please refer to the Separation of Employment policy located on CNET.

## Eligibility for Re-employment

To be considered for re-employment, the former employee must have been in good standing at the time of their previous termination of employment with the company.  The former employee must have provided at least two weeks advance notice of their intention to terminate their employment with the Company. Employees re-employed within six (6) months of their termination date, will keep their original anniversary date.  If an employee is re-employed within 31 days of their termination date, they will be reenrolled in their prior benefits.  These re-employed employees will have the opportunity to make benefits elections changes during annual enrollment or unless they experience a qualifying event.

## Employment Verifications and References

Current or former employees that are in need of employment and/or income verification can obtain that information through The Work Number, a third-party vendor. The Work Number will provide dates of employment, title, and rate of pay as of the date of inquiry or at the time of separation from the Company. Management may not write letters of recommendation for current or former employees.

## Office Closures

In the event of inclement weather or other unforeseen emergency circumstances, The Company makes every effort to continue operations during normal business hours.  However, depending upon the circumstances, it may be necessary to close a location early, to open an office on a delayed schedule or not to open an office.  The decision to close or delay opening an office will be made by the Business Unit/Site Leader or their designee.  In the event of an office, closure employees should call their designated hotline for updates or follow the directions outlined by Management.

The Company does not want employees to put themselves at personal risk when there is inclement weather or other unforeseen emergency circumstance.  Employees should evaluate their own situation (i.e., distance from home to the office, road conditions, personal car capabilities, etc.) and the risks involved in getting to and from work.

If an office officially opens late, closes early or does not open due to inclement weather, unforeseen circumstances, or other emergencies at the direction of the Business Unit/Site Leader, the lost time will be paid at straight time and will not be considered as time worked for the calculation of overtime.  The Company will not pay any time missed due to inclement weather when an office is open. Employees may use paid time off to receive pay for any time missed due to an office closing; otherwise, the time missed will be unpaid.



# Workplace Conduct

## Standards of Conduct

To assure safety and security and provide the best possible work environment, the Company expects employees to follow basic, common-sense rules of conduct that will protect everyone's interests and safety. The purpose of these rules is not to restrict employees' rights to express themselves or advocate for change, but rather to be certain that each employee understands what conduct is expected and necessary to support our mission and engage employees in achieving both business and personal goals, It is not possible to list all the forms of behavior that are considered unacceptable in the workplace, but the following are examples of infractions of rules of conduct that may result in disciplinary action up to an including termination of employment:

- Dishonesty; falsification, misrepresentation or omission on application for employment or other work records; unauthorized alteration of company records or other Company documents; deliberately entering inaccurate or misleading information in information systems.

- Falsification of any time card or record, entering time for or permitting time to be entered by someone else; altering time records to make them reflect more or less time than that actually worked; directing, coercing or encouraging someone to work "off the clock" or submit inaccurate time records;

- Working overtime without authorization or unreasonably refusing to work assigned hours;

- Having an unreasonable pattern or excessive number of absences (absences that are protected by law or policy will not be considered as unreasonable or excessive);

- Failing to observe working schedules, including meal and rest breaks;

- Theft or the deliberate or careless damage or waste or appropriation of any Company property or the property of any employee or client, including failure to report damage to or caused by Company equipment;

- Abuse of the Company's electronic resources for non-work purposes during working time or in a manner that interferes with the employee's work performance;

- Unauthorized disclosure or handling of information including violating HIPAA regulations; deliberate or repeated failure to follow information security policies; unauthorized disclosure of confidential information; violating confidentiality obligations or restrictive employment agreements from a prior employer or business associate while conducting Company business;

- Possessing, distributing, selling, transferring, using or being under the influence of alcohol or illegal drugs or drugs prescribed for someone else in the workplace;

- Provoking a physical fight or engaging in physical fighting during working hours or on premises owned or occupied by the Company;

- Carrying firearms, weapons or dangerous substances at any time, on premises owned or occupied by the Company, unless state law provides otherwise.

- Using abusive, violent, threatening or vulgar language at any time during working hours or while on premises owned or occupied by the Company;

- Abusing, misusing, or improperly obtaining Company benefits, including leaves and time off;

- Violating any policy, rule or procedure of the Company;

- Violating the Company's Business Ethics and Code of Conduct Policy.

## Business Ethics and Code of Conduct Policy

The Company has adopted a Business Ethics and Code of Conduct ("BECC") that has been approved by the Company's Board of Directors. The Company's Ethics and Compliance department provides guidance and training to all employees to ensure ethical and lawful business practices across the entire organization.  A copy of the Business Ethics and Code of Conduct document is available on CNET or may be obtained by contacting the Company's Chief Compliance Officer. Employees are required to review the BECC, sign an acknowledgement, complete a conflicts of interest disclosure, and engage in scheduled Compliance trainings on an annual basis. Employees may report potential violations of the BECC to a supervisor, a local or corporate Compliance Officer, a member of Senior Management, or the organization's Ethics and Compliance Helpline at 1-800-345-1642. The helpline is operated by a third party independent of the Company, and employees may report concerns anonymously.

## Confidential Information

Each employee shall safeguard and keep private all Company proprietary and confidential information. Care must be taken to ensure that confidential information is protected not only from public disclosure, but also from disclosure to Company employees who do not need the information in order to do their job. Any access or disclosure of confidential information must meet a legitimate business need and include only the minimum amount of information necessary to achieve that business purpose. The information that the Company considers to be confidential information is discussed in the Business Ethics and Code of Conduct.   Examples include, but are not limited to, business records, trade secrets and proprietary business or financial information, "insider information," and health and personal information of our members and employees. Employees may disclose their own personal information to the public or other employees and/or authorize others to disclose such information on their behalf.

## Drugs and Alcohol

The Company is committed to protecting the safety, health and well-being of all employees and other individuals in our workplace. The presence of drugs and alcohol in the workplace and the influence of those substances on employees during working hours pose safety and health risks to both the user and to all those who work with them. This risk includes the people we serve and members of the public who may come into contact with our employees. The impairment of performance caused by drugs and alcohol threatens not only everyone's safety, but also the present and future success of our business.

Possessing, distributing, selling, transferring, using or being under the influence of alcohol or illegal drugs or drugs prescribed for someone else in the workplace is strictly prohibited and is cause for discipline, up to and including termination of employment. Employees reporting to work whose behavior or appearance provide a reasonable basis to suggest that they may be under the influence of drugs or alcohol may be required to undergo testing. Employees of certain business units may be subject to additional drug testing, such as pre-employment or random testing, pursuant to contractual or regulatory requirements, and will be provided with a written notice of such testing requirements.  All testing will be done in compliance with state and local law.

## Health and Safety

The Company is committed to providing safe working conditions, equipment and facilities, and a healthy work environment for all employees. It is the responsibility of all employees to report any unsafe conditions to management or their HRBP. Each employee has responsibility for maintaining a safe and healthy workplace by following safety and health rules and practices. Employees should report to work in a condition to perform their duties.

## Reporting Work-Related Injuries or Accidents

The Company is committed to providing safe working conditions, equipment and facilities, and a healthy work environment for all employees. It is the responsibility of all Company employees to critically observe all operations, equipment and facilities, and to report any unsafe conditions to management. It is also the responsibility of Company management to report any work place injuries/accidents that occur to their leadership. In order for the injury/accident to be documented and a claim to be reported to the workers' compensation carrier, if necessary.

## Workplace Violence

The Company is concerned about the physical and emotional well-being of our employees and is committed to maintaining a safe, productive and healthful work environment. It is our goal to maintain a workplace free from violence, threats of violence, and unreasonable intimidation and harassment.

Employees should help maintain a violence-free workplace by reporting threatening or violent conduct. All reports of workplace violence will be investigated and, if appropriate, remedied promptly.

The Company prohibits the possession of firearms, whether licensed or not, and other weapons, including large knives and hunting knives, on Company premises, or in Company vehicles. Company premises include owned or leased properties, as well as adjacent parking lots to the extent allowed by law.

## Attendance and Punctuality

Employees are expected to be punctual when reporting to work and returning from breaks or lunch. In order to provide the best possible service to the Company's clients/customers, it is important that employees are at their workstation at their assigned starting time. All personal business should be conducted prior to or after regularly scheduled working hours.

The company values the well-being of its employees and recognizes there will be times when employees are absent from work. The Company is aware that emergencies, illnesses, or pressing personal business that cannot be scheduled outside work hours may arise. Sick and vacation time have been provided for this purpose.

Employees should call their Supervisor (or follow the required call in procedure for the employee's department) within one (1) hour of the employee's scheduled start time if unable to report to work or will be late. Employees are required to call in every day of an absence unless the employee is on an official leave of absence or have made special arrangements with the Supervisor. Employees should also call in directly to their Supervisor and not leave a message for them or with someone else.

Failure to call in and report an absence for three (3) consecutive days may be considered a voluntary resignation of employment.

CENTENE®
*Corporation*

Employees may use paid time off for absences or late arrivals in accordance with the Paid Time Off policies and procedures.  Unpaid time off should be approved by management and will be authorized at the discretion of management based on circumstances.

Absences covered by the paid time off programs described in this policy, when used in accordance with the policies and procedures established under this policy, will not be the basis for disciplinary action under any attendance policy.

If you have excessive unexcused absences or late arrivals or fail to comply with the policy, it may lead to disciplinary action, up to and including termination of employment.

These general rules apply to most Company employees.  Some business units may have specific Policies and Procedures regarding attendance and punctuality.  For specific information regarding the attendance and punctuality policy for your business unit, please visit the Policies and Procedures section of CNET or contact Ask HR.

## Appearance

The Company expects employees to maintain a professional appearance appropriate for their position and duties of the job. Employees are expected to wear "business" clothing as opposed to casual or recreational clothing.

Employees shall dress in a manner, which is appropriate neat, clean and in keeping with good hygiene practices. In general, employees should avoid wearing anything to the office that is excessively worn, frayed or wrinkled. Clothing that is too revealing or tight should be avoided; casual T-shirts with logos or messages are not acceptable.  When "appropriate appearance" is in question, the final determination is the responsibility of an employee's Supervisor and the HRBP.

For specific information regarding the dress code for a particular business unit or department, please refer to Appearance Policy on CNET, contact your manager or consult with your HRBP.

## Performance Management

All employees are expected to comply with the Company's standards of conduct and performance. Noncompliance with these standards, barring extenuating circumstances, will be addressed under the Company's Performance Management policy. It is the responsibility of each employee to know and understand the expectations of conduct and performance for both their job and workplace and to seek guidance from their supervisor, HRBP, or other appropriate resource for clarification.

The Company generally follows a policy of progressive discipline in which it attempts to provide employees with notice of deficiencies and an opportunity to improve. Disciplinary measures may include but are not limited to a Performance Improvement Plan, Warning, Last Chance Agreement, and termination of employment. The level and type of disciplinary action administered will be based on all the facts and circumstances of the situation, and may take into account prior infractions. Being placed on administrative leave while the Company investigates conduct or performance issues is not a form of discipline. The Company retains the right to administer discipline in any manner it sees fit.  This policy does not modify the status of employees as employees-at-will or in any way restrict the Company's right to bypass any of the disciplinary procedures suggested.

# Pay Practices and Performance

## Compensation Philosophy

The Company is committed to maintaining compliant and competitive compensation practices.   Factors that may be considered when determining appropriate pay include, but are not limited to:

1. The nature and scope of the job

2. Market rates for comparable jobs

3. Individual and company performance

4. Internal equity

## Pay Day Policies

Employees are paid on a bi-weekly basis on every other Friday for the two-week period ending the prior Saturday. Should a payroll date fall on a holiday, checks will be issued on the prior business day.

For payroll purposes, the week begins on Sunday at 12:00 a.m. and ends on Saturday at 11:59 p.m.

## Payroll Deductions

The Company is required by law to make certain deductions from your paycheck. These deductions typically include federal social security tax (FICA), Medicare tax, and state and federal income tax, and other state and local taxes based on where the employee lives or works. Depending on individual benefits elections, additional deductions may be authorized.  The amount of all deductions is listed on an employee's pay stub.

## Reporting Errors and Obtaining More Information

Both exempt and nonexempt employees who have questions about deductions from their pay, believe that they have been subjected to improper deductions, or believe that the amount paid does not accurately reflect the employee's total hours worked or salary, should contact Payroll by opening a ticket through Request Central or reaching out to Ask HR as soon as the discrepancy is noticed.

Every report will be fully investigated, and the Company will provide the employee with any compensation to which the employee is entitled in a timely fashion.

The Company complies with all applicable laws, including the Fair Labor Standards Act, and will not allow any form of retaliation against individuals who make good faith reports of alleged violations of this policy or who cooperate in an investigation by the Company, even if the reports do not reveal any errors or wrongdoing.

# Timekeeping

## Non-exempt Employees

Employees who are classified as nonexempt must accurately record the time they work each day, including arrival, departure, and meal break times. All non-exempt employees should record actual time worked in real time, using the Company's automated timekeeping systems whenever possible. Missed punches should be entered in as soon as possible. Non-exempt employees must complete time records for each day and may not rely on the automated timekeeping system to populate their timesheets. Employees who submit timesheets with system generated time may be subject to discipline.

When non-exempt employees receive their paychecks, they should verify immediately that their working time was recorded accurately and that they were paid correctly for all hours worked. Discrepancies should be reported to Payroll immediately.

Non-exempt employees must report all time worked and not work any time that is not authorized by their supervisors. This means non-exempt employees must not start work early, finish work late, work during a meal break, or perform any other extra or overtime work unless directed to do so, and record that time when they are instructed to work outside scheduled hours. Employees who have questions about when or how many hours they are expected to work should contact their supervisor.

It is a violation of the Company's policy for anyone to instruct or encourage another employee to work "off the clock," to incorrectly report hours worked, or to alter another employee's time records. If any employee is directed or encouraged to incorrectly report hours worked, or to alter another employee's time records, they should report the incident immediately to a supervisor or the local HRBP.

## Managers of Non-exempt Employees

Managers of non-exempt employees must approve the timesheets of those employees in keeping with payroll deadlines. Managers are required to review the timesheets for completion and accuracy and should require employees to correct any timesheets that have System Generated time or which do not reflect the hours that the manager knows the employee worked. Managers who (a) direct or encourage employees to inaccurately record their time; (b) repeatedly fail to properly review timesheets prior to approval; (c) fail to manage employees who do not follow timekeeping policies; and/or (d) knowingly alter employee timesheets to inaccurately reflect the time worked by the employee time will be disciplined.

## Exempt Employees

Employees who are classified as exempt must record absences from work for reasons such as leaves of absence, sick leave or vacation.

Exempt employees are paid on a salary basis. This means the employee regularly receives a predetermined amount of compensation each pay period, which cannot be reduced because of variations in the quality or quantity of the employee's work. In general, an exempt employee will receive their salary for any week in which the employee performs any work, regardless of the number of days or hours worked, subject to limited exceptions. The circumstances under which an exempt employee will not be paid for days not worked is contained in the Company's Timekeeping policy, which can be found on CNET.

The Company may require an exempt employee to use available vacation or sick time, as a replacement for salary, when the employee takes less than a full day off from work.

An exempt employee's salary will not be reduced when the employee works part of a week and misses part of a week due to service as a juror, witness or in the military or for lack of work.

It is company policy to comply with the salary basis requirements of the Fair Labor Standards Act (FLSA) and applicable state law. The Company prohibits any deductions from pay that violate the FLSA or applicable state law.

If an exempt employee believes that an improper deduction has been made to their salary, the employee should immediately report this information to Payroll. Reports of improper deductions will be promptly investigated. If it is determined that an improper deduction has occurred, the employee will be promptly reimbursed for any improper deduction made.

## Overtime and Holiday Pay

To meet the needs of clients/customers and production schedules, employees may occasionally be scheduled to work overtime on a mandatory or voluntary basis.

Nonexempt employees will be paid one and one-half (1.5) times their regular rate of pay for all hours worked in excess of 40 in one workweek and as otherwise required by applicable state and federal law. Paid time off such as sick pay, holiday pay, vacation pay and jury duty pay (where applicable) will not count toward hours worked for the purpose of determining overtime pay.

The employee's supervisor must authorize all overtime work in advance. Working overtime without prior authorization may result in disciplinary action.

Exempt employees are expected to work as much of each workday as is necessary to complete their job responsibilities. No overtime or additional compensation is provided to exempt employees.

Certain business units and departments are required to operate on official, observed holidays. A list of official, observed holidays can be found in the Life and Careers section on CNET. Non-exempt employees who are scheduled to work on a holiday will be paid at a rate of one and one-half times their hourly rate of pay for all hours worked on a holiday.

## Work Hours

The Company's normal business hours are 8:00 am - 5:00 pm. Individual departments, offices, or business units may set different hours to meet business needs.

## Meal and Rest Breaks

It is the Company's policy to comply with all laws regarding meal and rest breaks. Employees should consult their supervisor or local HRBP and refer to their state-specific timekeeping policies for additional information regarding local meal and rest breaks practices.

If an employee works in a state where there are no applicable meal or rest break requirements, the Company will provide break time as appropriate, subject to operational needs and supervisor discretion.

Any rest breaks of short duration (lasting between 5 and 20 minutes) will be counted as "hours worked" and paid accordingly. Meal breaks lasting 30 minutes or more are not considered "hours worked" for purposes of federal law and will not be paid for nonexempt employees.

Employees must be completely relieved from work duties during any unpaid meal break. Non-exempt employees must record the beginning and ending time of their meal breaks each day on their time records.

## Make-Up Time

In general, non-exempt employees who have scheduled or unscheduled late arrivals or early departures and wish to "make up" the time missed, should submit a written request and receive approval from their supervisor with agreement as to how and when the time will be made up. All "make up" time must be worked in the same workweek that the time was missed. In some states, such as California, employees may have different or additional procedures for making up time. Make up time is to be used to accommodate occasional needs for scheduling changes and will not be approved as a long-term solution to scheduling or attendance issues. Unreasonable or excessive incidents of unexcused tardiness or failure to work scheduled hours may result in discipline up to and including termination.

## Business Travel and Expense Management

The Company will reimburse employees for reasonable business travel expenses incurred while on assignments away from their normal work location. All business travel must be approved in advance. Once approved, employees should make travel arrangements through the company's preferred travel site and seek reimbursement by submitting receipts and supporting documents through the company's expense reporting system in accordance with the business expense policy. The company's preferred travel site and expense reporting system can be accessed through links on CNET.

When approved, the actual cost of travel, meals, lodging and other expenses directly related to accomplishing business travel objectives will be reimbursed by the Company. Employees are expected to limit expenses to reasonable amounts. Reimbursement of nonstandard expenses (including the purchase of alcoholic beverages) incurred on business trips is within the sole discretion of the Company.

Employees should ask their supervisor for guidance and assistance on procedures related to travel arrangements, expense reports, reimbursement for specific expenses or any other business travel issues _before_ traveling or incurring any expenses

Exempt employees will be paid their regular salary for any weeks in which they travel. Non-exempt employees will be paid for travel time in accordance with company policy and with federal and state wage and hour laws.

Abuse of this business travel expense policy, including falsifying expense reports to reflect costs not incurred by the employee, may result in disciplinary action, up to and including termination of employment.

## Performance Evaluation

Annually, the Company's strategic initiatives will be cascaded enterprise-wide to align business unit and individual performance goals.  Employees should collaborate with their manager to establish business goals, review the Centene Leadership Model and establish development goals for the annual performance period from January through December.  Employees should check in with their manager regularly to confirm alignment and track progress.  At year-end, performance reviews will be conducted and tied to business unit and corporate performance to drive compensation decisions.

## Annual Increases

Annual increases are considered each year.  Increases are not guaranteed and they are generally based on performance.

# Employee Benefits

## Benefits Overview

Benefit plans offered by the Company are defined in legal documents such as insurance contracts and summary plan descriptions. If employees are offered benefits, and if a question arises about the nature and extent of plan benefits or if there is a conflict in language, the formal language of the Plan documents govern, not the informal wording of this Handbook. Plan documents, if applicable, are available for your inspection. The Company and its designated benefit-plan administrators reserve the right to determine eligibility, interpretation and administration of issues related to benefits offered by the Company.

Employment benefits vary according to the position and status of the employee. A description of available benefits and eligibility criteria can be found on the CNET Life and Careers page. Employees may also reach out to Ask HR: 855-735-4393 or submit a ticket through Request Central for benefits information.

Benefits that are offered to regular, full-time employees include the following:

- Medical, Dental and Vision Insurance
- Short-term and Long Term Disability Insurance
- Basic Employee and Dependent Life Insurance
- Supplemental Employee and Dependent Life Insurance
- Supplemental Employee Accidental Death and Dismemberment
- Wellness Program
- Business Travel Accident Insurance
- Flexible Spending Accounts (FSAs)
- Health Savings Accounts (HSA)
- 401(k) Retirement Plan
- Employee Stock Purchase Program (ESPP)
- Employee Assistance Program (EAP)
- Tuition Reimbursement
- Adoption Assistance and Reimbursement
- Employee Discount Program

*The Company reserves the right to add, remove, or alter the type of benefits offered as well as the level of coverage and details of each plan or program*

## Employee Development & Centene University

The Company is committed to providing relevant work-related training. Training is a joint responsibility between the employee, Supervisor and Human Resources. The Company may require that an employee seek and receive skills training that are position-related.

## Employee Education Tuition Reimbursement

The Company offers a tuition reimbursement benefit to aid in the betterment of the individual and their contributions toward the Company. Employees become eligible to apply for this benefit after one (1) complete year of full-time employment.

## Referral Bonus

To improve the quality and quantity of candidates for open positions and reduce our external recruiting expenses, eligible employees may receive a financial bonus for the identification and referral of external candidates. The referral bonus amount will be based upon the level and type of job opening. All bonus payouts are subject to federal and state taxation, as applicable. Certain employees may not be eligible for the referral bonus.  For specific information regarding the referral bonus, please review the Referrals policy located on CNET.

# Paid Time Off

The Company understands that for a positive work-life balance employees need time away from work to relax and spend time with family, attend to personal or family illness, and to address other obligations, commitments and needs.  For this reason, the Company provides the following paid time off:

- Vacation/Personal Time
- Paid Sick Time
- Paid Holidays
- Jury and/or Witness Duty
- Bereavement Leave

Employees are expected to comply with all guidelines and requirements of the paid time off policy. Absences covered by the paid time off programs described in this policy, when used in accordance with the policies and procedures established under this policy, will not be the basis for disciplinary action under any attendance policy. Failure to accurately and timely record paid time off taken is considered a falsification of time records and may result in disciplinary action, up to and including termination of employment.

Additional information on the Company's paid time off Programs can be found on CNET on the Life & Careers page and full details on the procedures for requesting, receiving approval for, and requirements during paid time off are in the paid time off Policy, which can also be found on CNET.

CENTENE®
*Corporation*

## Vacation/Personal Time and Paid Sick Time

The Company paid time off program offers employees flexibility to balance personal needs with job requirements. The Company believes that when employees take time off, they return refreshed and more engaged in their work.

**Accrued vacation/personal time is not paid out upon termination except where required by law. Paid Sick Days are not paid out upon termination.**

### Full-time Employees

Full-time employees with a regular work schedule of at least 30 hours or more per week are eligible for paid time off, sick and company holiday time.

| Years of Service | Vacation/Personal Days Accrual Method | Bi-weekly Payroll Accrual | CA, AK, MT, NE Only Maximum PTO Balance Allowed (150% of annual accrual amount) | Sick Days* Granted Non-Accrual Method | Holidays Non-Accrual Method | Total |
|---|---|---|---|---|---|---|
| 1-7 | 18 | 5.54 hours | 216 hours | 4 | 11 | 33 |
| 8 + | 23 | 7.08 hours | 276 hours | 4 | 11 | 38 |

*Sick days are granted on January 1 each year for active employees. Newly hired full-time employees receive sick time after 90 days of employment.

**The Company adheres to all federal, state, and local sick leave laws. Employees who work in jurisdictions with greater paid sick leave requirements and who work on certain federal contracts will be granted all sick hours and leave to which they are entitled. Please see your manager or HRBP for details of the applicable Paid Sick Time policy.

### Part-time Employees

Part-time employees with a regular work schedule between 20 - 29 hours per week are eligible for paid time off. Part-time employees are not eligible for sick or paid holiday time unless state specific regulations apply.

| Years of Service | Vacation/Personal Days Accrual Method | Bi-weekly Payroll Accrual | CA, AK, MT, NE Only Maximum PTO Balance Allowed (150% of annual accrual amount) |
|---|---|---|---|
| 1-7 | 8 | 2.46 hours | 96 hours |
| 8 + | 10 | 3.08 hours | 120 hours |

### Accruals
- Time accrues each pay period of the calendar year.
- Accruals increase on January 1 of your anniversary year.

### Carry Over
- Paid time off may not be carried over from year to year (except as required by law).
- Unused sick time may be carried over up to a maximum of 15 days (120 hours).

***Borrowing time***
- Full-time employees may borrow up to 40 hours at a time*.
- Part-time employees may borrow up to 16 hours at a time*.

***Upon Termination:***
- Accrued paid time off will not be paid out upon termination of employment unless required by law
- Unused sick time will not be paid out upon termination

## Holidays

Offices will be closed and paid time off will be provided to certain, eligible employees in observance of certain holidays throughout the year. The following holidays will be observed each year:

| | |
|---|---|
| New Year's Day | Martin Luther King Jr.'s Birthday |
| Spring Holiday | Independence Day |
| Memorial Day | Labor Day |
| Thanksgiving Day | Day after Thanksgiving |
| Christmas Eve – ½ day | Christmas Day |
| New Year's Eve – ½ day | |

Floating Holiday* - will be determined by the Company

In the event one or more of the holidays mentioned above should fall on a weekend, management will adjust the paid holiday to allow for a day off work in observance of the holiday, as intended. Certain employees will observe the holiday schedule for their assigned business unit.

All regular, full-time employees are eligible to receive holiday pay from the first day of employment. All regular non-exempt employees who are scheduled and work on a holiday will receive Holiday Pay and will be paid at one and one-half times their hourly rate of pay for all hours worked on a holiday.

Regular part-time employees, Interns, PRN, or Per-Diem employees are not eligible for holiday pay

## Jury Duty Leave / Witness Leave

The Company will pay regular compensation for jury duty for up to two workweeks in accordance with the number of hours the employee is regularly scheduled to work.

## Bereavement Leave

In the event of the death of an immediate family member, employees may take up to three (3) days off work paid by the Company. If additional time off is necessary, it should be arranged with the employees Supervisor as soon as possible. Employees may also use vacation days for additional missed time.

Immediate family is defined as an employee's spouse, domestic partner, child, stepchild, parent, stepparent, parent-in-law, grandparent, grandchild, brother, brother-in-law, sister, sister-in-law, aunt, uncle or guardian.

# Leaves of Absence

The Company recognizes that due to illness/injury/medical condition, military service, or other compelling personal circumstances employees may need to be absent from their jobs for extended periods of time or for regular and/or anticipated intervals. In recognition of these needs and in compliance with applicable federal, state and local law, the Company has established the following types of employee leaves of absence and associated benefits:

- Family and Medical leave
- Non-FMLA Medical/Disability Accommodation Leave
- Personal Leave
- Military Leave
- Workers' Compensation Leave
- Short and Long Term Disability Benefits

In addition, some states require employers to provide additional leaves of absence, such as pregnancy disability leave, bone marrow donation leave, and domestic violence victim leave. Please check with your HRBP for state-specific policies.

## Understanding Leaves of Absence

There are two components to an extended leave of absence: job protection and income replacement. Before taking any extended leave, employees should understand whether and to what extent one or both of these components apply to the requested leave.

The Company contracts with a third party as its Disability and Leave Administrator. The third party administers the Family and Medical Leave program, Short and Long Term Disability benefits, and provides support for ADA Accommodations. The Company Absence Management Team is the Company's internal leave administration team who will track and support all other leaves of absence such as Personal Leave and Military Leave.

## Eligibility:

Eligibility for the leave programs may depend on employment status, length of service, hours worked, or other factors. See the description under each program for more information.

## Requirements while on leave:

Although not actively working, employees on approved leaves of absence must continue to adhere to the Company's business ethics and code of conduct rules, and must meet other expectations and follow all procedures as described in the Leaves of Absence policy, which can be found on CNET.

Failure to meet any of the stated obligations or any other requirements set out in connection with the employee's leave of absence may result in disciplinary action such as revocation of leave approval, denial of income replacement or other benefits, loss of a protected right to reinstatement, or other disciplinary measures up to and including termination of employment.

## Family and Medical Leave Act (FMLA)

FMLA allows "eligible" employees of a covered employer to take-protected, unpaid leave for up to twelve (12) workweeks in any twelve (12) months because of the "qualifying reasons" set forth below.

Qualifying reasons:  An eligible employee may be granted leave under the FMLA for one or more of the following:

1.      The birth and care of a newborn child of the employee;

2.      For placement with the employee of a child for adoption or foster care and to care for the newly placed child;

3.      To care for an immediate family member with a serious health condition;

4.      The serious health condition of the employee;

5.      For any qualifying exigency arising out of a family member's active duty or call to active duty in the National Guard or Reserves in support of a contingency operation;

The FMLA also allows an eligible employee to take up to twenty-six (26) workweeks of leave in a twelve (12) month period in order to care for an injured or ill covered service member.

To be eligible for FMLA, an employee must have worked for the Company for at least 12 months or 52 weeks (not necessarily consecutively), and have worked at least 1,250 hours (actual hours worked) during the 12-month period immediately preceding start of FMLA leave.

*For additional information regarding FMLA, please refer to the Leaves of Absence Policy on CNET.*

## Non-FMLA Medical/Disability Accommodation Leave

Employees who are unable to work due to a medical condition, illness, injury, or certain pregnancy-related conditions, and who are not eligible for or have exhausted Family and Medical Leave or other applicable statutory leaves, may be granted time off from work as a reasonable accommodation under the Americans with Disabilities Act ("ADA") or similar state or local law. Leave, as an accommodation for a disability is available only for the employee's <u>own</u> illness, injury, or medical condition.

The Company will determine whether the employee is covered by the ADA or other applicable law, including whether the employee's condition qualifies as a disability and whether the employee is otherwise qualified for the position. The determination of whether an additional period of leave is a reasonable accommodation will be made on a case-by-case basis by engaging in an interactive process with the employee. This process may require additional medical documentation, clarification and/or information from the employee and/or the employee's health care provider(s). Employees are expected to fully engage in the interactive process with the Company. The Company Disability and Leave Administrator will collect all medical information to substantiate the request and may advise the Company in determining appropriate accommodations.

## Personal Leave

The Company may grant a Personal Leave to employees for reasons that are not covered by the other leaves of absence policies. Employees may request Personal Leave for compelling personal situations that do not qualify for Family and Medical Leave or other leaves of absence provided by the Company's

Leave of Absence Policy. Personal Leave is not intended as a supplement to the Company's Vacation/Personal time off policy. To be eligible to apply for Personal Leave, employees must have been employed by the

Company for at least six (6) months of consecutive service as an active employee regularly scheduled to work at least 30 hours per week.

## Military Leave

If you are required to be absent from work for the purpose of military service and/or examination, you may be eligible for a military leave of absence in compliance with the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) and/or other applicable state military leave laws.

## Income Replacement during Medical Leaves Of Absence (Short and Long Term Disability Benefits)

The Company provides eligible employees with Short Term Disability benefits as a means of income replacement if they are unable to work due to illness, non-work related injury, illness, or pregnancy. The terms and conditions of Short Term Disability benefits are set forth in the Short Term Disability Summary Plan Description (SPD), which is available on the Company intranet site.

# Other Policies

## Bulletin Boards, Computer, Electronic Mail and Voice Mail

It is the policy of the Company that any electronic mail (E-mail), computer network, telephone system, voice mail or any other electronic communication systems, including facsimile machines, external electronic bulletin boards, online services, or Internet be used for legitimate business purposes and for the benefit of the Company only.

The policy and procedures set forth in this policy apply to all electronic media and services which are accessed on or from Company facilities, accessed using Company equipment or via Company paid access methods, and/or is used in a manner which identifies the individual with the Company, the item or message sent with the Company's name, a logo or mark utilized by the Company or any of its divisions, departments, subsidiaries or affiliates, or contains an address (electronic or otherwise) of the Company.

Voice mails, E-mail, computer files, software or similar property including computers, which have been entrusted to employees, must remain the property of the Company at all times. The equipment and systems have been acquired, installed and maintained at the expense of the Company and are intended for business purposes. Records, files, software and all electronic communications contained in these systems likewise are the property of the Company. These systems and their contents are subject to inspection, examination, monitoring use and/or disclosure by authorized Company personnel at any time and for any reason. Accordingly, these systems and equipment should not be used to transmit personal messages and employees do not have an expectation of privacy of any information sent or received though these systems and equipment.

Employees should remember that these systems are not a private communication system, regardless of whether passwords or codes are used for security reasons or otherwise to gain or restrict access. Thus, employees should expect that E-mail and voice mail messages, as well as any electronic file or message, might be accessed, reviewed, copied, deleted or disclosed by authorized Company personnel.



Company systems shall not be used for knowingly transmitting, retrieving or storing any communications of a discriminatory or harassing nature; communications that are derogatory to an individual or group; communications which are obscene or pornographic in nature; communications that are of a defamatory or threatening in nature; communications sent as "chain letters," or communications for any other purpose which is illegal, unlawful or against Company policy or contrary to Company interests.

Violations of this policy may result in disciplinary action up to and including termination of employment.

## Personal Data Changes

To better assist employees and/or their families in the event of personal emergencies, the Company needs to maintain up-to-date contact information. Maintaining accurate information in our files also is important for recordkeeping, payroll and benefits related purposes.

Employees are required to maintain current personal information in the Company's HRIS system,(Workday) including but not limited to legal name, home address, home or personal cell phone number, marital status, number of dependents, beneficiaries, and emergency contact information. For more information, please contact your manager or Ask HR.

## Personnel Records and Confidentiality

Corporate Human Resources Compliance maintains personnel files. Access to personnel files is controlled to protect employees' privacy and confidentiality and is limited to Human Resources and management. Employees may view certain personnel information in Workday and pay information is available through the ADP self-service site. Complete personnel records are the property of the Company. Employees may request, to view and/or copy their personnel records as required by law. Employees may make such a request in writing of their intent to view their file.

## Telephone Usage

Personal calls should be limited to break or lunch times as much as possible.

If you must make long distance personal calls, you should use a personal cell phone or obtain and use a personal long distance calling card or charge the call to your home telephone. Collection and/or reimbursement may be required by the Company for any long distance calls.

## Tobacco Usage

The Company is committed to maintaining a safe and healthy workplace throughout all of our facilities. Tobacco usage of any kind is not permitted in any area inside company buildings or facilities. It is permitted only in designated outside areas. This includes smokeless tobacco or any other form of tobacco that is smoked. All employees of the Company who have visitors must clearly inform them of this policy.

## Solicitation

To avoid disruption of the workplace, the Company prohibits solicitation and distribution and posting of materials on or at Company property except as permitted by this policy.

As used in this policy, "working time" includes all time for which an employee is paid and/or is scheduled to be performing services for the Company; it does not include break periods, meal periods, or periods in



which an employee is not performing and is not scheduled to be performing services or work for the Company. "Solicitation" includes direct solicitation through personal verbal or written contact as well as indirect solicitation such as posting or making available order forms, sign-up sheets, literature, etc.

Employees may engage in solicitation activities only during non-working times. No employee may engage in solicitation during their working time and/or during the working time of the employee(s) toward whom such activity is directed. The Company's electronic resources must not be used for solicitation purposes during working time.

Supervisors should not solicit subordinates in their supervisory chain for fundraising activities in support of organizations to which their family members belong or from which they derive a benefit (e.g. school and team fundraisers) at any time.

The restrictions of this policy do not apply to charitable and community activities supported by the Company, such as the United Way, or Company-sponsored programs related to the Company's products, services, and community initiatives.

Non-employees are not permitted to solicit or to distribute written material for any purpose on Company property at any time.

## Employment of Relatives/Domestic Partners/Significant Others

Employees who are relatives, domestic partners, or who are engaged in a romantic relationship are permitted to work for the Company unless such relationships create perceived or actual conflicts of interest or have an adverse effect in the workplace. To avoid these problems, the Company may refuse to hire or place individuals who are in a familial and intimate relationship.

If two employees become related, reside in the same household as domestic partners, or become involved as significant others subsequent to hire, they may not remain in a reporting relationship or in positions where one individual may affect the compensation or other terms or conditions of employment of the other individual. In those cases, or where there is no reporting relationship but there is potential for perceived or actual conflict, the Company may require one of the employees to be reassigned or asked to apply to another department to assure compliance with this policy. At the discretion of the Company, if a transfer is not practical, the Company may insist that one of the affected employees resign or be terminated.

Employees are not eligible to participate in the referral bonus program for referring relatives for employment with the Company.