# Exhibit H

| Employee | Assignment | Changed on(EST) | By User | Action | Data Source | Work Date | Pay Code | Days | Hours | In Time | Out Time | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 1/24/2020 8:58 | 227109 | Insert | Clock Post | 1/24/2020 | Clock | | | 7:58 AM F | F | 107.77.197.157 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 1/24/2020 15:01 | 227109 | Insert | Clock Post | 1/24/2020 | Lunch | | | 2:01 PM F | F | 107.77.197.157 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 1/24/2020 15:01 | 227109 | Update | Clock Post | 1/24/2020 | Clock | | | 7:58 AM F | 2:01 PM F | 107.77.197.157 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 1/24/2020 16:09 | 227109 | Insert | Clock Post | 1/24/2020 | Clock | | | 3:09 PM F | F | 107.77.197.157 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 1/24/2020 16:09 | 227109 | Update | Clock Post | 1/24/2020 | Lunch | | | 2:01 PM F | 3:09 PM F | 107.77.197.157 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 1/27/2020 15:43 | 266280 | Update | User Entered | 1/24/2020 | Clock | | | 3:09 PM F | 5:20 PM F | 204.145.114.6 |

| Employee | Assignment | Changed on(EST) | By User | Action | Data Source | Work Date | Pay Code | Days | Hours | In Time | Out Time | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dickerson, Taiwan (227109) | Care Coordinator | 5/13/2019 9:26 | 227109 | Insert | Clock Post | 5/13/2019 | Clock | | | 8:26 AM F | F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 5/13/2019 9:28 | 227109 | Insert | Clock Post | 5/13/2019 | Clock | | | 8:28 AM F | F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 5/16/2019 14:50 | 266280 | Update | User Entered | 5/13/2019 | Lunch | | | 12:00 PM F | 1:00 PM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 5/16/2019 14:50 | 266280 | Update | User Entered | 5/13/2019 | Clock | | | 8:26 AM F | 12:00 PM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 5/16/2019 14:50 | 266280 | Insert | User Entered | 5/13/2019 | Clock | | | 1:00 PM F | 5:00 PM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 5/24/2019 18:08 | 227109 | Update | User Entered | 5/13/2019 | Clock | | | 8:00 AM F | 12:00 PM F | 204.145.114.6 |

| | | Changed on(EST) | By User | Action | Data Source | Work Date | Pay Code | Days | Hours | In Time | Out Time | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 5/20/2019 11:57 | 266280 | Insert | User Entered | 5/16/2019 | Lunch | | | 2:00 PM  F | 3:00 PM  F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 5/20/2019 11:57 | 266280 | Insert | User Entered | 5/16/2019 | Clock | | | 8:45 AM  F | 2:00 PM  F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 5/20/2019 11:57 | 266280 | Insert | User Entered | 5/16/2019 | Clock | | | 3:00 PM  F | 5:00 PM  F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 5/24/2019 18:08 | 227109 | Update | User Entered | 5/16/2019 | Clock | | | 8:00 AM  F | 2:00 PM  F | 204.145.114.6 |

| Employee | Assignment | Changed on(EST) | By User | Action | Data Source | Work Date | Pay Code | Days | Hours | In Time | Out Time | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dickerson, Taiwan (227109) | Care Coordinator | 6/7/2019 9:12 | 227109 | Insert | Clock Post | 6/7/2019 | Clock | | | 8:12 AM F | F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/7/2019 12:25 | 227109 | Insert | Clock Post | 6/7/2019 | Lunch | | | 11:25 AM F | F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/7/2019 12:25 | 227109 | Update | Clock Post | 6/7/2019 | Clock | | | 8:12 AM F | 11:25 AM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/7/2019 14:39 | 227109 | Update | Clock Post | 6/7/2019 | Lunch | | | 11:25 AM F | 1:39 PM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/7/2019 14:39 | 227109 | Insert | Clock Post | 6/7/2019 | Clock | | | 1:39 PM F | F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/10/2019 11:25 | 266280 | Update | User Entered | 6/7/2019 | Clock | | | 1:39 PM F | 5:00 PM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/10/2019 11:31 | 266280 | Update | User Entered | 6/7/2019 | Lunch | | | 11:25 AM F | 12:25 PM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/10/2019 11:31 | 266280 | Update | User Entered | 6/7/2019 | Clock | | | 12:25 PM F | 5:00 PM F | 204.145.114.6 |

| Employee | Assignment | Changed on(EST) | By User | Action | Data Source | Work Date | Pay Code | Days | Hours | In Time | Out Time | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dickerson, Taiwan (227109) | Care Coordinator | 6/26/2019 9:01 | 227109 | Insert | Clock Post | 6/26/2019 | Clock | | | 8:01 AM F | F | 107.77.198.149 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/26/2019 12:58 | 227109 | Insert | Clock Post | 6/26/2019 | Lunch | | | 11:58 AM F | F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/26/2019 12:58 | 227109 | Update | Clock Post | 6/26/2019 | Clock | | | 8:01 AM F | 11:58 AM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/26/2019 13:55 | 227109 | Insert | Clock Post | 6/26/2019 | Clock | | | 12:55 PM F | F | 107.77.198.149 |
| Dickerson, Taiwan (227109) | Care Coordinator | 6/26/2019 13:55 | 227109 | Update | Clock Post | 6/26/2019 | Lunch | | | 11:58 AM F | 12:55 PM F | 107.77.198.149 |
| Dickerson, Taiwan (227109) | Care Coordinator | 7/8/2019 9:30 | 266280 | Delete | Clock Post | 6/26/2019 | Clock | | | 12:55 PM F | F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 7/8/2019 9:30 | 266280 | Update | User Entered | 6/26/2019 | Clock | | | 8:01 AM F | 5:00 PM F | 204.145.114.6 |
| Dickerson, Taiwan (227109) | Care Coordinator | 7/8/2019 9:30 | 266280 | Delete | Clock Post | 6/26/2019 | Lunch | | | 11:58 AM F | 12:55 PM F | 204.145.114.6 |

| | | **Changed on(EST)** | **By User** | **Action** | **Data Source** | **Work Date** | **Pay Code** | **Days** | **Hours** | **In Time** | **Out Time** | **IP Address** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 7/21/2020 9:05 | 227109 | Insert | Clock Post | 7/21/2020 | Clock | | | 8:05 AM F | F | 76.125.103.245 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 7/21/2020 15:10 | 227109 | Insert | Clock Post | 7/21/2020 | Lunch | | | 2:10 PM F | F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 7/21/2020 15:10 | 227109 | Update | Clock Post | 7/21/2020 | Clock | | | 8:05 AM F | 2:10 PM F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 7/21/2020 16:14 | 227109 | Update | Clock Post | 7/21/2020 | Lunch | | | 2:10 PM F | 3:14 PM F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 7/21/2020 16:14 | 227109 | Insert | Clock Post | 7/21/2020 | Clock | | | 3:14 PM F | F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 7/21/2020 18:03 | 227109 | Update | Clock Post | 7/21/2020 | Clock | | | 3:14 PM F | 5:03 PM F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 8/3/2020 9:29 | 266280 | Update | User Entered | 7/21/2020 | Clock | | | 3:14 PM F | 5:06 PM F | 204.145.114.6 |

| | | Changed on(EST) | By User | Action | Data Source | Work Date | Pay Code | Days | Hours | In Time | Out Time | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 12/2/2020 9:20 | 227109 | Insert | User Entered | 12/2/2020 | Clock | | | 8:00 AM  F | 1:30 PM  F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 12/2/2020 9:20 | 227109 | Insert | User Entered | 12/2/2020 | Lunch | | | 1:30 PM  F | 2:30 PM  F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 12/2/2020 9:20 | 227109 | Insert | User Entered | 12/2/2020 | Clock | | | 2:30 PM  F | 5:00 PM  F | 204.145.114.6 |
| Employee: Dickerson, Taiwan (227109) | Assignment: Care Coordinator | 12/7/2020 9:23 | 266280 | Update | User Entered | 12/2/2020 | Clock | | | 2:30 PM  F | 7:00 PM  F | 204.145.114.6 |