Exhibit I







Pay

**Jan 24, 2020**

| Take Home | Gross Pay |
|---|---|
| $1,218.73 | $1,723.57 |

**Jan 10, 2020**

| Take Home | Gross Pay |
|---|---|
| $1,207.74 | $1,707.32 |

**Dec 27, 2019**

| Take Home | Gross Pay |
|---|---|
| $1,199.46 | $1,671.11 |

**Dec 13, 2019**

| Take Home | Gross Pay |
|---|---|
| $1,206.15 | $1,680.84 |

**Nov 29, 2019**

| Take Home | Gross Pay |
|---|---|
| $1,191.74 | $1,659.62 |

**Nov 15, 2019**

| Take Home | Gross Pay |
|---|---|
| $1,211.44 | $1,688.69 |

VIEW ALL PAY STATEMENTS

Gross Pay — $1,723.57

| | | | |
|---|---|---|---|
| Overtime | 2.33 hours | Rate $31.0429 | $72.33 |
| Regular Ne | 71.79 hours | Rate $20.6947 | $1,485.68 |

↓ 1 MORE

↓ EXPAND ALL

| | |
|---|---|
| > Taxes | -$365.32 |
| > Benefits | -$8.87 |
| > Retirement | -$120.65 |
| > Other | -$10.00 |
| > Take Home | $1,218.73 |

⬇ DOWNLOAD PAY STATEMENT

Gross Pay $1,723.57

