Exhibit K

Reply | Reply All | Forward | IM

Mon 7/26/2021 3:42 PM

**Taiwan J. Dickerson**

Letter of Resignation

To: Shantonio L. Elliott
Cc: Lauren H. Grounds

Retention Policy   Centene - Retain 2 Years - All Other Folders (2 years)     Expires   7/26/2023

You replied to this message on 7/26/2021 4:03 PM.

---

Good evening Shantonio,

    I'm sending this letter of resignation.  I've had a wonderful learning and building experience with Arkansas Total Care.  I've have been offered another position with more advancement opportunities. I would like to put in a two week notice as of today and would like to exhaust all of my vacation time before I leave if possible.  I believe I have about 59 hours so I would probably need to take this Thursday and Friday off and all of next week.  I can request it in Empcentral and indicate it on my calendar.  You can also give me a call when you have time to discuss any details.



**Taiwan Dickerson**
Care Coordinator
Medical Management
501-725-7630
Taiwan.Dickerson@arkansastotalcare.com
ArkansasTotalCare.com

**arkansas total care**
Helping Arkansas Live Better
P.O. Box 25010 | Little Rock, AR 72221



Exhibit 0016
Dickerson