Exhibit L

## Travel and Business Expense Detail

| Business Unit | Department | Employee Dept | Contract | Employee | Default Approver | Transaction Date | Created Date | Last Submitted Date | First Approved Date | Report Name | Purpose | Vendor | Expense Type | Account Code 1 | Project Code | Approved Amount (rpt) | Payment Type | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 18, 2018 | Apr 20, 2016 | Apr 27, 2018 | May 2, 2018 | training with sandra | visit | | Personal Car Mileage | 6370 | 199999-001 | 16.35 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 19, 2018 | Apr 20, 2016 | Apr 27, 2018 | May 2, 2018 | training with sandra | visit | | Personal Car Mileage | 6370 | 199999-001 | 161.87 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 25, 2018 | Apr 27, 2018 | Apr 27, 2018 | May 2, 2018 | CareCoordination | face to face | | Personal Car Mileage | 6370 | 199999-001 | 185.85 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 26, 2018 | Apr 27, 2018 | Apr 27, 2018 | May 2, 2018 | CareCoordination | face to face | | Personal Car Mileage | 6370 | 199999-001 | 209.83 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 30, 2018 | Apr 27, 2018 | May 14, 2018 | May 15, 2018 | care coordination | face to face | | Personal Car Mileage | 6370 | 199999-001 | 220.73 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 1, 2018 | Apr 27, 2018 | May 14, 2018 | May 15, 2018 | care coordination | face to face | | Personal Car Mileage | 6370 | 199999-001 | 178.22 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 7, 2018 | Apr 27, 2018 | May 14, 2018 | May 15, 2018 | care coordination | face to face | | Personal Car Mileage | 6370 | 199999-001 | 209.28 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 11, 2018 | Apr 27, 2018 | May 14, 2018 | May 15, 2018 | care coordination | face to face | | Personal Car Mileage | 6370 | 199999-001 | 58.32 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 15, 2018 | May 18, 2018 | May 18, 2018 | May 25, 2018 | Ty's expense acct. | Mileage compensation | | Personal Car Mileage | 6370 | 199999-001 | 151.51 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 16, 2018 | May 18, 2018 | May 18, 2018 | May 25, 2018 | Ty's expense acct. | Mileage compensation | | Personal Car Mileage | 6370 | 199999-001 | 154.78 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 18, 2018 | May 18, 2018 | May 18, 2018 | May 25, 2018 | Ty | expense acct. | | Personal Car Mileage | 6370 | 199999-001 | 38.70 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 21, 2018 | May 25, 2018 | May 25, 2018 | May 25, 2018 | Ty's mileage | Compensation for mileage | | Personal Car Mileage | 6370 | 199999-001 | 194.02 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 23, 2018 | May 25, 2018 | May 25, 2018 | May 25, 2018 | Ty's mileage | Compensation for mileage | | Personal Car Mileage | 6370 | 199999-001 | 147.70 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 24, 2018 | May 25, 2018 | May 25, 2018 | May 25, 2018 | Ty's mileage | Compensation for mileage | | Personal Car Mileage | 6370 | 199999-001 | 194.02 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | May 29, 2018 | May 30, 2018 | May 30, 2018 | Jun 5, 2018 | Taiwan | travel expense | | Personal Car Mileage | 6370 | 199999-001 | 172.77 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 5, 2018 | Jun 14, 2018 | Jun 14, 2018 | Jun 15, 2018 | Taiwan's expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 145.52 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 6, 2018 | Jun 14, 2018 | Jun 14, 2018 | Jun 15, 2018 | Taiwan's expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 131.89 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 7, 2018 | Jun 14, 2018 | Jun 14, 2018 | Jun 15, 2018 | Taiwan's expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 132.98 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 8, 2018 | Jun 14, 2018 | Jun 14, 2018 | Jun 15, 2018 | Taiwan's expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 142.25 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 11, 2018 | Jun 14, 2018 | Jun 14, 2018 | Jun 15, 2018 | Ty's mileage expense | Compensation for mileage | | Personal Car Mileage | 6370 | 199999-001 | 146.61 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 12, 2018 | Jun 14, 2018 | Jun 14, 2018 | Jun 15, 2018 | Ty's mileage expense | Compensation for mileage | | Personal Car Mileage | 6370 | 199999-001 | 170.59 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 13, 2018 | Jun 14, 2018 | Jun 14, 2018 | Jun 15, 2018 | Ty's mileage expense | Compensation for mileage | | Personal Car Mileage | 6370 | 199999-001 | 207.10 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 25, 2018 | Jun 29, 2018 | Jun 29, 2018 | Jul 3, 2018 | Taiwan's travel | Traveling Compensation | | Personal Car Mileage | 6370 | 199999-001 | 16.90 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 26, 2018 | Jun 29, 2018 | Jun 29, 2018 | Jul 3, 2018 | Taiwan's travel | Traveling Compensation | | Personal Car Mileage | 6370 | 199999-001 | 155.33 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 27, 2018 | Jun 29, 2018 | Jun 29, 2018 | Jul 3, 2018 | Taiwan's travel | Traveling Compensation | | Personal Car Mileage | 6370 | 199999-001 | 164.05 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 28, 2018 | Jun 29, 2018 | Jun 29, 2018 | Jul 3, 2018 | Taiwan's travel | Traveling Compensation | | Personal Car Mileage | 6370 | 199999-001 | 135.16 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 3, 2018 | Jul 11, 2018 | Jul 11, 2018 | Jul 17, 2018 | Taiwan Dickerson | Tys compensation | | Personal Car Mileage | 6370 | 199999-001 | 134.07 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 5, 2018 | Jul 11, 2018 | Jul 11, 2018 | Jul 17, 2018 | Taiwan Dickerson | Tys compensation | | Personal Car Mileage | 6370 | 199999-001 | 353.71 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 10, 2018 | Jul 16, 2018 | Jul 16, 2018 | Jul 17, 2018 | Ty's mileage expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 160.23 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 11, 2018 | Jul 16, 2018 | Jul 16, 2018 | Jul 17, 2018 | Ty's mileage expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 144.97 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 12, 2018 | Jul 16, 2018 | Jul 16, 2018 | Jul 17, 2018 | Ty's mileage expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 182.03 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 13, 2018 | Jul 16, 2018 | Jul 16, 2018 | Jul 17, 2018 | Ty's mileage expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 144.97 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 23, 2018 | Jul 30, 2018 | Jul 30, 2018 | Jul 31, 2018 | Ty's expenses | Travel expenses | | Personal Car Mileage | 6370 | 199999-001 | 64.31 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 24, 2018 | Jul 30, 2018 | Jul 30, 2018 | Jul 31, 2018 | Ty's expenses | Travel expenses | | Personal Car Mileage | 6370 | 199999-001 | 143.88 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 26, 2018 | Jul 30, 2018 | Jul 30, 2018 | Jul 31, 2018 | Ty's expenses | Travel expenses | | Personal Car Mileage | 6370 | 199999-001 | 155.87 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 20, 2018 | Jul 23, 2018 | Jul 23, 2018 | Jul 31, 2018 | Taiwan Dickerson | Ty;s expenses | | Personal Car Mileage | 6370 | 199999-001 | 159.69 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 30, 2018 | Aug 7, 2018 | Aug 14, 2018 | Aug 16, 2018 | Ty's expenses | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 135.71 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 31, 2018 | Aug 7, 2018 | Aug 14, 2018 | Aug 16, 2018 | Ty's expenses | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 134.62 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 1, 2018 | Aug 7, 2018 | Aug 14, 2018 | Aug 16, 2018 | Ty's expenses | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 164.59 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 2, 2018 | Aug 7, 2018 | Aug 14, 2018 | Aug 16, 2018 | Ty's expenses | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 141.70 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 3, 2018 | Aug 7, 2018 | Aug 14, 2018 | Aug 16, 2018 | Ty's expenses | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 146.61 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 8, 2018 | Aug 14, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | compensation | | Personal Car Mileage | 6370 | 199999-001 | 176.04 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 9, 2018 | Aug 14, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 154.78 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 20, 2018 | Aug 31, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 109.50 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 21, 2018 | Aug 31, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 58.32 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 22, 2018 | Aug 31, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 64.31 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 24, 2018 | Aug 31, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 141.70 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 27, 2018 | Aug 31, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 142.25 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 28, 2018 | Aug 31, 2018 | Aug 31, 2018 | Sep 1, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 150.42 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 4, 2018 | Sep 17, 2018 | Sep 17, 2018 | Sep 24, 2018 | Ty's vehicle expense | Travel compensation | | Personal Car Mileage | 6370 | 199999-001 | 145.52 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 5, 2018 | Sep 17, 2018 | Sep 17, 2018 | Sep 24, 2018 | Ty's vehicle expense | Travel compensation | | Personal Car Mileage | 6370 | 199999-001 | 78.48 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 6, 2018 | Sep 17, 2018 | Sep 17, 2018 | Sep 24, 2018 | Ty's vehicle expense | Travel compensation | | Personal Car Mileage | 6370 | 199999-001 | 169.50 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 10, 2018 | Sep 17, 2018 | Sep 17, 2018 | Sep 24, 2018 | Ty's vehicle expense | Travel compensation | | Personal Car Mileage | 6370 | 199999-001 | 121.54 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 11, 2018 | Sep 17, 2018 | Sep 17, 2018 | Sep 24, 2018 | Ty's vehicle expense | Travel compensation | | Personal Car Mileage | 6370 | 199999-001 | 117.72 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 12, 2018 | Sep 17, 2018 | Sep 17, 2018 | Sep 24, 2018 | Ty's vehicle expense | Travel compensation | | Personal Car Mileage | 6370 | 199999-001 | 154.78 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 13, 2018 | Sep 17, 2018 | Sep 17, 2018 | Sep 24, 2018 | Ty's vehicle expense | Travel compensation | | Personal Car Mileage | 6370 | 199999-001 | 141.16 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 18, 2018 | Oct 4, 2018 | Oct 4, 2018 | Oct 11, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 168.41 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 19, 2018 | Oct 4, 2018 | Oct 4, 2018 | Oct 11, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 143.88 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 20, 2018 | Oct 4, 2018 | Oct 4, 2018 | Oct 11, 2018 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 151.51 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 3, 2018 | Oct 18, 2018 | Oct 18, 2018 | Oct 18, 2018 | Ty's vehicle expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 154.78 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 4, 2018 | Oct 18, 2018 | Oct 18, 2018 | Oct 18, 2018 | Ty's vehicle expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 39.24 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 8, 2018 | Oct 18, 2018 | Oct 18, 2018 | Oct 18, 2018 | Ty's vehicle expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 85.02 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 10, 2018 | Oct 18, 2018 | Oct 18, 2018 | Oct 18, 2018 | Ty's vehicle expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 158.60 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 12, 2018 | Oct 18, 2018 | Oct 18, 2018 | Oct 18, 2018 | Ty's vehicle expense | Compensation for travel | | Personal Car Mileage | 6370 | 199999-001 | 168.41 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 22, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 141.16 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 23, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 136.25 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 24, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 208.19 | Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 25, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 121.54 | Cash/Out of Pocket | Payment Confirmed |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 26, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 7.09 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 30, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 205.47 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 1, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 160.78 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 5, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 142.79 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 6, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 142.25 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 7, 2018 | Nov 9, 2018 | Nov 9, 2018 | Nov 10, 2018 | Ty's vehicle expense | Compensation for Travel | | Personal Car Mileage | 6370 | 199999-001 | 102.46 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 15, 2018 | Dec 7, 2018 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 149.33 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 16, 2018 | Dec 7, 2018 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 154.78 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 29, 2018 | Dec 7, 2018 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 150.42 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 30, 2018 | Dec 7, 2018 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 154.24 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 3, 2018 | Jan 7, 2019 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 143.88 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 4, 2018 | Jan 7, 2019 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 205.47 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 5, 2018 | Jan 7, 2019 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 121.54 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 6, 2018 | Jan 7, 2019 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 154.78 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 2, 2019 | Jan 7, 2019 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 179.22 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 3, 2019 | Jan 7, 2019 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 154.28 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 4, 2019 | Jan 7, 2019 | Jan 7, 2019 | Jan 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 164.72 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 9, 2019 | Jan 14, 2019 | Jan 14, 2019 | Jan 17, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 179.22 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 10, 2019 | Jan 14, 2019 | Jan 14, 2019 | Jan 17, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 157.18 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 11, 2019 | Jan 14, 2019 | Jan 14, 2019 | Jan 17, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 223.88 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 22, 2019 | Jan 30, 2019 | Jan 30, 2019 | Jan 30, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 153.70 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 25, 2019 | Jan 30, 2019 | Jan 30, 2019 | Jan 30, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 64.38 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 14, 2019 | Jan 18, 2019 | Feb 4, 2019 | Feb 6, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 236.64 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 15, 2019 | Jan 18, 2019 | Feb 4, 2019 | Feb 6, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 389.18 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 16, 2019 | Jan 18, 2019 | Feb 4, 2019 | Feb 6, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 149.64 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 17, 2019 | Jan 18, 2019 | Feb 4, 2019 | Feb 6, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 129.34 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 4, 2019 | Feb 12, 2019 | Feb 12, 2019 | Feb 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 164.72 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 5, 2019 | Feb 12, 2019 | Feb 12, 2019 | Feb 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 89.90 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 6, 2019 | Feb 12, 2019 | Feb 12, 2019 | Feb 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 174.00 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 7, 2019 | Feb 12, 2019 | Feb 12, 2019 | Feb 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 151.38 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 8, 2019 | Feb 12, 2019 | Feb 12, 2019 | Feb 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 153.70 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 18, 2019 | Feb 25, 2019 | Feb 25, 2019 | Feb 27, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 129.34 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 20, 2019 | Feb 25, 2019 | Feb 25, 2019 | Feb 27, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 36.54 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 21, 2019 | Feb 25, 2019 | Feb 25, 2019 | Feb 27, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 153.12 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 22, 2019 | Feb 25, 2019 | Feb 25, 2019 | Feb 27, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 170.52 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Feb 28, 2019 | Mar 15, 2019 | Mar 15, 2019 | Mar 18, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 155.44 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Mar 1, 2019 | Mar 15, 2019 | Mar 15, 2019 | Mar 18, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 153.12 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Mar 6, 2019 | Mar 15, 2019 | Mar 15, 2019 | Mar 18, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 85.84 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Mar 8, 2019 | Mar 15, 2019 | Mar 15, 2019 | Mar 18, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 20.30 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Mar 11, 2019 | Mar 15, 2019 | Mar 15, 2019 | Mar 18, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 164.72 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Mar 12, 2019 | Mar 15, 2019 | Mar 15, 2019 | Mar 18, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 178.64 Cash/Out of Pocket | Payment Confirmed |
| 47900 | 651 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Mar 14, 2019 | Mar 15, 2019 | Mar 15, 2019 | Mar 18, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 87.00 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 3, 2019 | Apr 9, 2019 | May 7, 2019 | May 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 142.10 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 4, 2019 | Apr 9, 2019 | May 7, 2019 | May 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 42.92 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 5, 2019 | Apr 9, 2019 | May 7, 2019 | May 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 164.72 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 15, 2019 | Apr 24, 2019 | May 7, 2019 | May 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 158.92 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 16, 2019 | Apr 24, 2019 | May 7, 2019 | May 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 179.22 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 17, 2019 | Apr 24, 2019 | May 7, 2019 | May 13, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 144.42 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 29, 2019 | May 7, 2019 | May 31, 2019 | Jun 3, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 24.36 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Apr 30, 2019 | May 7, 2019 | May 31, 2019 | Jun 3, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 153.12 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 4, 2019 | Jun 7, 2019 | Jun 7, 2019 | Jun 12, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 84.68 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 5, 2019 | Jun 7, 2019 | Jun 7, 2019 | Jun 12, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 70.18 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 10, 2019 | Jun 13, 2019 | Jun 13, 2019 | Jun 17, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 84.68 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 18, 2019 | Jul 1, 2019 | Jul 1, 2019 | Jul 3, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 35.38 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jun 25, 2019 | Jul 1, 2019 | Jul 1, 2019 | Jul 3, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 5.22 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 2, 2019 | Jul 8, 2019 | Jul 8, 2019 | Jul 10, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 31.32 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jul 3, 2019 | Jul 8, 2019 | Jul 8, 2019 | Jul 10, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 162.40 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Aug 7, 2019 | Aug 12, 2019 | Aug 12, 2019 | Aug 14, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 36.54 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 3, 2019 | Sep 20, 2019 | Sep 20, 2019 | Sep 24, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 13.92 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 4, 2019 | Sep 20, 2019 | Sep 20, 2019 | Sep 24, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 63.22 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 9, 2019 | Sep 20, 2019 | Sep 20, 2019 | Sep 24, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 9.86 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 16, 2019 | Sep 20, 2019 | Sep 20, 2019 | Sep 24, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 60.32 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 17, 2019 | Sep 20, 2019 | Sep 20, 2019 | Sep 24, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 17.98 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 18, 2019 | Sep 20, 2019 | Sep 20, 2019 | Sep 24, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 20.88 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 20, 2019 | Sep 20, 2019 | Sep 20, 2019 | Sep 24, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 4.06 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 21, 2019 | Oct 28, 2019 | Oct 28, 2019 | Oct 29, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 71.92 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 23, 2019 | Oct 28, 2019 | Oct 28, 2019 | Oct 29, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 12.18 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 24, 2019 | Oct 28, 2019 | Oct 28, 2019 | Oct 29, 2019 | Ty's vehicle expense | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 12.18 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 28, 2019 | Nov 18, 2019 | Nov 18, 2019 | Nov 21, 2019 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 38.86 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Oct 29, 2019 | Nov 18, 2019 | Nov 18, 2019 | Nov 21, 2019 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 31.32 Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 5, 2019 | Nov 18, 2019 | Nov 18, 2019 | Nov 21, 2019 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 25.52 Cash/Out of Pocket | Payment Confirmed |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 13, 2019 | Nov 18, 2019 | Nov 18, 2019 | Nov 21, 2019 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 2.90 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 14, 2019 | Nov 18, 2019 | Nov 18, 2019 | Nov 21, 2019 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 84.10 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Nov 15, 2019 | Nov 18, 2019 | Nov 18, 2019 | Nov 21, 2019 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 3.48 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 4, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 30.16 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 9, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 84.68 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 12, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 23.20 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 16, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 22.62 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 17, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 25.52 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 18, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 32.48 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 19, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 139.78 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 20, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 53.94 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 23, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 34.80 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 24, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 8.12 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Dec 30, 2019 | Dec 20, 2019 | Jan 2, 2020 | Jan 3, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 188.50 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 21, 2020 | Feb 4, 2020 | Feb 4, 2020 | Feb 5, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 7.48 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 23, 2020 | Feb 4, 2020 | Feb 4, 2020 | Feb 5, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 85.10 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 24, 2020 | Feb 4, 2020 | Feb 4, 2020 | Feb 5, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 31.05 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 28, 2020 | Feb 4, 2020 | Feb 4, 2020 | Feb 5, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 4.03 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 29, 2020 | Feb 4, 2020 | Feb 4, 2020 | Feb 5, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 16.10 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 30, 2020 | Feb 4, 2020 | Feb 4, 2020 | Feb 5, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 53.48 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Jan 31, 2020 | Feb 4, 2020 | Feb 4, 2020 | Feb 5, 2020 | ty | Compensation | | Personal Car Mileage | 6370 | 199999-001 | 17.83 | Cash/Out of Pocket | Payment Confirmed |
| 11000 | 207 | 207 | 8763 | Dickerson, Taiwan Jamar | Elliott, Shantonio L. | Sep 8, 2020 | Sep 8, 2020 | Sep 8, 2020 | Sep 10, 2020 | Taiwan Dickerson | Internet usage | Internet service | Internet Service | 6340 | 199999-001 | 50.00 | Cash/Out of Pocket | Payment Confirmed |