Exhibit N

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**TAIWAN DICKERSON, KIM**                                                        **PLAINTIFFS**
**KING-MACON, and TIFFANY**
**RUSSELL**

vs.                                    No. 4:22-cv-519-HEA

**CENTENE MANAGEMENT COMPANY, LLC,**                  **DEFENDANTS**
**and CENTENE CORPORATION**

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO RULE 26(a)(1)**

Plaintiffs Taiwan Dickerson, Kim King-Macon and Tiffany Russell, by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, hereby submit the following Supplemental Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

**(3)** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Computations of unpaid wages are attached. The categories of damages are as follows: Unpaid back wages, including overtime wages; pre-judgment interest; post-judgment interest; liquidated damages; court costs; and attorney's fees.  Please see enclosed.

Because Defendants only recently provided responses to Plaintiffs' written discovery, Plaintiffs have made certain assumptions regarding pay rates and total hours

Page 1 of 3
Taiwan Dickerson, et al. v. Centene Management Company, LLC, et al.
U.S.D.C. (E.D. Mo.) No. 4:22-cv-519-HEA
Plaintiffs' Supplemental Disclosures Pursuant to Rule 26(a)(1)

worked. Once Plaintiffs have had adequate time to review the records provided by Defendants, Plaintiffs reserve the right to send a revised damages calculation.

                                    Respectfully submitted,

**TAIWAN DICKERSON and KIM KING-MACON and TIFFANY RUSSELL, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Taiwan Dickerson, et al. v. Centene Management Company, LLC, et al.
U.S.D.C. (E.D. Mo.) No. 4:22-cv-519-HEA
Plaintiffs' Supplemental Disclosures Pursuant to Rule 26(a)(1)

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing was served via email on April 12, 2024, to the attorneys listed below:

Breanne Sheetz Martell, Esq.
LITTLER MENDELSON P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: 206-623-3300
Facsimile: 206-447-6965
bsmartell@littler.com

Patricia J. Martin, Esq.
LITTLER MENDELSON P.C.
600 Washington Avenue, Suite 900
St. Louis, MO 63101
Telephone:  314-659-2000
Facsimile: 314-659-2099
pmartin@littler.com

Eva C. Madison, Esq.
*Admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
2600 Candlewood Drive
Fayetteville, AR 72703
Telephone: 479-582-6102
Facsimile: 479-582-6111
emadison@littler.com

                                                */s/ Josh Sanford*
                                                **Josh Sanford**

**Page 3 of 3**
**Taiwan Dickerson, et al. v. Centene Management Company, LLC, et al.**
**U.S.D.C. (E.D. Mo.) No. 4:22-cv-519-HEA**
**Plaintiffs' Supplemental Disclosures Pursuant to Rule 26(a)(1)**

**Taiwan Dickerson**

| Week End | Reg Rate | OT Rate | OTC Hours | Gap/OT Damages | Damages with Liquidation | |
|---|---|---|---|---|---|---|
| 5/13/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 5/27/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 6/10/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 6/24/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 7/8/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 7/22/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 8/5/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 8/19/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 9/2/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 9/16/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 9/30/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 10/14/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 10/28/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 11/11/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 11/25/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 12/9/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 12/23/19 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 1/6/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 1/20/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 2/3/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 2/17/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 3/2/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 3/16/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 3/30/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 4/13/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 4/27/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 5/11/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 5/25/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 6/8/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 6/22/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 7/6/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 7/20/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 8/3/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 8/17/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 8/31/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 9/14/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 9/28/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 10/12/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 10/26/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 11/9/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 11/23/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 12/7/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 12/21/20 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 1/4/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 1/18/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 2/1/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 2/15/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 3/1/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 3/15/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 3/29/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 4/12/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 4/26/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 5/10/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 5/24/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 6/7/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| 6/21/21 | $ 20.697 | $ 31.05 | 30.00 | $ 931.37 | $ 1,862.73 | |
| | | | | | $ 104,312.88 | Total |

**Kim King-Macon**

| Week End | Reg Rate | OT Rate | OTC Hours | Gap/OT Damages | Damages with Liquidation | |
|---|---|---|---|---|---|---|
| 5/13/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 5/27/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 6/10/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 6/24/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 7/8/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 7/22/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 8/5/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 8/19/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 9/2/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 9/16/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 9/30/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 10/14/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 10/28/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 11/11/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 11/25/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 12/9/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 12/23/19 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 1/6/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 1/20/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 2/3/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 2/17/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 3/2/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 3/16/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 3/30/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 4/13/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 4/27/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 5/11/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 5/25/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 6/8/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 6/22/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 7/6/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 7/20/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 8/3/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 8/17/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 8/31/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 9/14/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 9/28/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 10/12/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 10/26/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 11/9/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| 11/23/20 | $ 19.21 | $ 28.82 | 8.00 | $ 230.52 | $ 461.04 | |
| | | | | | $ 18,902.64 | Total |

**Tiffany Russell**

| Week End | Reg Rate | OT Rate | OTC Hours | Gap/OT Damages | Damages with Liquidation | |
|---|---|---|---|---|---|---|
| 7/29/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 8/12/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 8/26/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 9/9/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 9/23/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 10/7/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 10/21/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 11/4/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 11/18/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 12/2/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 12/16/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 12/30/19 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 1/13/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 1/27/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 2/10/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 2/24/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 3/9/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 3/23/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 4/6/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 4/20/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 5/4/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 5/18/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 6/1/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 6/15/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 6/29/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 7/13/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 7/27/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 8/10/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 8/24/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 9/7/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 9/21/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 10/5/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 10/19/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 11/2/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 11/16/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 11/30/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 12/14/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 12/28/20 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 1/11/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 1/25/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 2/8/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 2/22/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 3/8/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 3/22/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 4/5/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| 4/19/21 | $ 20.79 | $ 31.19 | 20.00 | $ 623.78 | $ 1,247.56 | |
| | | | | | $ 57,387.85 | Total |