# Exhibit P





## Employee Information

| Job Details Overview | |
|---|---|
| **Employee Name:** | Kim King Macon |
| **Employee ID:** | 265720 |
| **Job Title:** | Care Coordinator |
| **Job Profile** | 211037 - Care Coordinator |
| **Company:** | Centene Management Company LLC |
| **Employee Type:** | Regular |
| **Time Type:** | Full time |
| **Hire Date:** | Mar 11, 2019 |
| **Original Hire Date:** | Mar 11, 2019 |
| **Termination Date:** | Jul 23, 2019 |
| **Years of Service:** | 0.37 |
| **Time in Position:** | 0.36 |
| **Work Email:** | kim.s.kingmacon@arkansastotalcare.com |

## Contact Information

| Home Address | Home Phone Number | Work Address |
|---|---|---|
| 1724 Garfield Ct<br>Little Rock, AR 72204<br>United States of America | [REDACTED] 8[REDACTED]1350 | Various<br>Various, AR 99999 |

| Priority | Emergency Contact | Relationship | Preferred Language | Primary Contact Information | Alternate Contact Information |
|---|---|---|---|---|---|
| 1 | Marvin Macom | Spouse | | +1 [REDACTED]) [REDACTED] 5094 | |
| 2 | Carolyn King | Parent | | +1 [REDACTED] [REDACTED] 6606 | |

If no data populates - No Data Available

## Compensation

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 39,280.51 | 39,280.51 | USD | Annual |

If no data populates - No Data Available



Exhibit
20
King Macon





## Pay Change History

| Effective Date | Reason | Change Amount | Base Pay - Proposed |
|---|---|---|---|
| Jun 23, 2019 | Merit > Merit > Base Increase | 280.51 | 39,280.51 |
| Mar 11, 2019 | Hire Employee > Hire Employee > New Hire | 39,000.00 | 39,000.00 |

If no data populates - No Data Available





## Bonus & One Time Payments

| Effective Date | Reason | Actual Amount |
|---|---|---|

If no data populates - No Data Available

## Merit

| Effective Date | Reason | Actual Amount | Change Amount | Total Salary Current |
|---|---|---|---|---|

If no data populates - No Data Available

## Job History

| | |
|---|---|
| **Effective Date:** | Jul 24, 2019 |
| **Position:** | P168606 Care Coordinator - Kim King Macon (265720) |
| **Process - Job Change Reason:** | Terminate: Kim King Macon (265720) |
| **Job Change Reason:** | Terminate Employee > Involuntary > Gross Misconduct |
| **Supervisory Organization:** | Supervisor, Med Management (Non-Clinical) (Shantonio Elliott (266280)) |
| **Company:** | |
| **Cost Center:** | |
| **Department ID:** | |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Remote-AR (-10) |
| **Scheduled Weekly Hours:** | 40 |

| | |
|---|---|
| **Effective Date:** | May 19, 2019 |
| **Position:** | P168606 Care Coordinator - Kim King Macon (265720) |
| **Process - Job Change Reason:** | Data Change: Kim King Macon (265720) |
| **Job Change Reason:** | Terminate Employee > Involuntary > Gross Misconduct |
| **Supervisory Organization:** | Supervisor, Med Management (Non-Clinical) (Shantonio Elliott (266280)) |
| **Company:** | |
| **Cost Center:** | |
| **Department ID:** | |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Remote-AR (-10) |
| **Scheduled Weekly Hours:** | 40 |

| | |
|---|---|
| **Effective Date:** | Mar 11, 2019 |
| **Position:** | P168606 Care Coordinator - Kim King Macon (265720) |
| **Process - Job Change Reason:** | Hire: Kim King Macon (265720) |
| **Job Change Reason:** | Terminate Employee > Involuntary > Gross Misconduct |
| **Supervisory Organization:** | Manager, Medical Management Operations (Lauren Grounds (262094)) |
| **Company:** | |

CENTENE Corporation



## Job History

| Cost Center: | |
|---|---|
| Department ID: | |
| Worker Type: | Regular |
| Job Profile (based on effective date): | 211037 - Care Coordinator |
| Job Title: | Care Coordinator |
| Location: | Little Rock - One Allied Dr (AR Total Care)(10412) |
| Scheduled Weekly Hours: | 40 |

If no data populates - No Data Available





## Job Profile

| | |
|---|---|
| **Date:** | Jul 24, 2019 |
| **Reason:** | Terminate: Kim King Macon (265720) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Terminate Employee > Involuntary > Gross Misconduct |
| **Job Profile Name:** | Care Coordinator |
| **Job Code:** | 211037 |
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification: Valid driver's license and automobile insurance.<br><br>For PA Health & Wellness Plan: High school diploma or equivalent. 1+ years of experience working in a Managed Care Organization or Healthcare organization. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |

| | |
|---|---|
| **Date:** | May 19, 2019 |
| **Reason:** | Data Change: Kim King Macon (265720) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Data Change > Data Changes > Change Location |
| **Job Profile Name:** | Care Coordinator |
| **Job Code:** | 211037 |





## Job Profile

| | |
|---|---|
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification: Valid driver's license and automobile insurance. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |
| **Date:** | Mar 11, 2019 |
| **Reason:** | Hire: Kim King Macon (265720) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Hire Employee > Hire Employee > New Hire |
| **Job Profile Name:** | Care Coordinator |
| **Job Code:** | 211037 |
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification: Valid driver's license and automobile insurance. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |





## Job Profile

| | |
|---|---|
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |

CENTENE Corporation



## Job and Position History from Previous System

| JobHist Effective Date | Reason | Description |
|---|---|---|

If no data populates - No Data Available

CENTENE Corporation



## Compensation History from Previous System

| Effective Date | Reason | Amount | Frequency | Change Amount | Description |
|---|---|---|---|---|---|

If no data populates - No Data Available

## Certifications

| Certification Name | Certifier or Issuer | Issued Date | Expiration Date |
|---|---|---|---|

If no data populates - No Data Available

## Reviewed Documents

| Document | Effective Date | Signature Type | Signer/s | Signature Date | Signature Statement |
|---|---|---|---|---|---|

If no data populates - No Data Available

## Generated Documents

| Document | Signature Type | Signer/s | Signature Date | Signature Statement |
|---|---|---|---|---|

If no data populates - No Data Available

## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Compliance: General Compliance & Business Ethics Training | Web Based | Jul 16, 2019 | This course will help employees understand compliance requirements and apply related concepts in their daily roles. The training will reiterate that all employees have an obligation to immediately report anything that may be a questionable practice. Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporation's Business Ethics & Code of Conduct Policy. |
| ARTC: Care Coordinator Training | Classroom | Jun 27, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| ARTC: Care Coordinator Training | Classroom | Jun 27, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| ARTC: Care Coordinator Training | Classroom | May 15, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |





## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Centene SECURE: Security Awareness Essentials | Web Based | Apr 18, 2019 | This security awareness training course covers key security best practices end users should follow so they can prevent, detect, and respond to information security threats. It is designed to cover all of the essential topics in approximately 35-40 minutes, such as, password management, identity theft, malware, social engineering, phishing, spear phishing, physical security, Business Email Compromise (BEC), travel safety, mobile data, privacy and acceptable use. Course Duration: 35-40 mins. Recurring users may test out of sections they are familiar with using the exam at the beginning of the course. Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com |
| APEX: Igniting Leadership \| Talent Multiplier | Web Based | Apr 16, 2019 | <p>In this course, you will explore Centene's leadership model pillar <strong>Talent Multiplier </strong>, which includes building a personalized leadership action plan to ensure your continued success in being a <strong>Talent Multiplier Leader</ strong>.</p> |
| Email Retention Training 2.0 | Web Based | Apr 15, 2019 | Upon completion of the course, participants will be able to: Locate Email Retention Policy Identify which email to retain and how long: and demonstrate how properly retain email |
| Centene Employee Handbook | Document Based | Apr 11, 2019 | Employees are provided access to the handbook as a tool to support their career. Employees are expected to know and abide by the Centene polices outlined in this handbook and on CNET. |
| EmpCenter Time Reporting Training for Employees | Web Based | Apr 11, 2019 | The purpose of this course is to acquaint you with EmpCenter, the official Centene timekeeping system. This is an online video that will walk you through how to clock in and out, request PTO, Vacation, and Sick time. It will also cover topics such as modifying your timesheet, viewing the results of your timesheet, amending a previous timesheet, policies, and many others. This training only lasts about 10 min. |
| Compliance: Privacy and Confidentiality Training | Web Based | Apr 11, 2019 | This mandatory training course will assist employees in complying with applicable privacy rules, regulations and requirements. The course will also help employees apply concepts to their role. The course will cover defining the term data privacy, recognizing key data privacy regulations, demonstrate how to safeguard and protect confidential information and describe your role in recognizing and reporting data privacy incidents. |
| Administrative Firewalls Training Final V3 | Web Based | Apr 11, 2019 | <p>Centene Corporation has established policies, procedures, and safeguards designed to manage the confidential Information of external customers and prevent the inadvertent disclosure or misuse of such information. This course will help you to understand the administrative firewalls designed to protect confidential information, recognize your role and responsibility in safeguarding this information, and identify the procedures for reporting known or suspected breaches of confidential information within Centene.</p> |





## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Compliance: Gifts, the Workplace, and You Training | Web Based | Apr 10, 2019 | <p>The purpose of this training course is to assist you in becoming more familiar with applicable policies and procedures regarding giving and receiving gifts in the workplace. Our compliance with these policies and procedures helps reduce risk to the Company and protects our business integrity.</p> |
| Compliance: Conflict of Interest Training Course | Web Based | Apr 10, 2019 | |
| Compliance: General Compliance and Business Ethics Training | Web Based | Apr 8, 2019 | <p>This course will help employees understand compliance requirements and apply related concepts in their daily roles. The training will reiterate that all employees have an obligation to immediately report anything that may be a questionable practice. Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporation?s Business Ethics & Conduct Policy.</p> |
| Inclusive and Responsible Workplace Training | Web Based | Apr 5, 2019 | <p>Inclusive and Responsible Workplace Training</p> |
| Customer Service Skills: Quick Tips - Verifying Primary Care Physicians (PCP) | Web Based | Mar 28, 2019 | This is a quick course on the importance of verifying callers' primary care providers. |
| Customer Service Skills: Quick Tips - Thanking the Caller | Web Based | Mar 28, 2019 | A quick guide on how call center agents can better thank the caller. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Promoting Web Options | Web Based | Mar 28, 2019 | A quick guide on how call center agents can promote web options over the phone. There is no audio with this module. |
| Customer Service Skills: Quick Tips - HIPAA Verification | Web Based | Mar 28, 2019 | An overview of the HIPAA verification process for call center agents. There is no audio with this module. |
| Compliance: Fraud, Waste and Abuse Annual Training | Web Based | Mar 27, 2019 | Compliance: Fraud, Waste and Abuse Annual Training |
| Records and Information Management Training 2.0 | Web Based | Mar 26, 2019 | This course will provide an overview of records management and show you how to tell the difference in records from non-records |
| Customer Service Skills: Quick Tips - Displaying a Willingness to Assist | Web Based | Mar 21, 2019 | This course is a quick guide on the how and why to display a willingness to assist. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Expressing Empathy | Web Based | Mar 21, 2019 | This module is a quick guide on how call center agents can better express empathy to callers. There is no audio with this module. |
| Centene Chat: Introducing Chat Option for Members - Procedures and Best Practices | Web Based | Mar 21, 2019 | Introduction to chat, procedures and best practices |

If no data populates - No Data Available

## Performance Review - Completed

| Review Category | Review Category | Start Date | End Date | Overall Rating - Manager |
|---|---|---|---|---|
| Disciplinary Action | Performance Improvement (PIP) | Jul 10, 2019 | Sep 10, 2019 | |

If no data populates - No Data Available

CENTENE Corporation



## Disciplinary Action

| | |
|---|---|
| | **Performance Improvement (PIP)** |
| Performance (United States of America) | **Review - Start Date** |
| | Jul 10, 2019 |
| | **Review - End Date** |
| | Sep 10, 2019 |
| **Manager Acknowledgement** | **Employee Acknowledgement** |
| **Comment** | **Comment** |
| | |
| **Entered By** | **Entered By** |
| Shantonio Elliott (266280) | Kim King Macon (265720) |
| **Date Initiated** | **Date Initiated** |
| Jul 18, 2019 12:01 PM | Jul 17, 2019 10:02 PM |
| | |
| **Overview** | **Overview** |
| The following have been identified as gaps in your performance: | You are expected to meet the requirements of this Performance Improvement Plan and consistently maintain performance at an acceptable level on an ongoing basis. Failure to do so may result in further disciplinary action up to and including termination of employment. The following standards are expected of you in the future: |
| | |
| Attendance<br>Misuse of PHI<br>Unprofessionalism (Business Ethics and Code of Conduct)<br>Performance | Since initial start date in March you been tardy to work 49 times. (Policy CC.HUMR.15) In addition you have also been tardy to numerous face-to-face meetings at Profiles in Conway.<br><br>Kim has continuously displayed a lack of professionalism. (Policy CC.COMP.00) One example includes an email from her personal email containing PHI. (Policy CC.COMP.04) Regarding performance Kim repeatedly fails to turn in required reports and documentation after required deadlines or not at all.<br><br>Arkansas Total Care office hours are 8:00am – 5:00pm Monday – Friday. The expectation is that you arrive at work and member appointments in a timely fashion and always conduct yourself in a professional demeanor. Employees should only send emails through Centene secure network. It is expected for all employees to meet all assigned deadlines and metric as provided by the ARTC Leadership Team. |

If no data populates - No Data Available