Exhibit R

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 06/23/2019 |
| Period Ending: | 07/06/2019 |
| Pay Date: | 07/12/2019 |

Taxable Marital Status: Married
Social Security Number: XXX-XX-7291

**KIM S KING MACON**
**1724 GARFIELD CT**
**LITTLE ROCK, AR  72204**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | | 16.00 | 302.16 | |
| Regular NE | | 57.01 | 1,076.63 | |
| Vacation | | 8.00 | 151.08 | |
| **Gross Pay** | | $ | 1,529.87 | 12,668.31 |

Important Notes

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 64.74- | 565.88- |
| | Social Security Tax | 82.09- | 719.42- |
| | Medicare Tax | 19.20- | 168.25- |
| | AR Withholding Tax | 45.88- | 402.19- |
| | **Other** | | |
| | *401(K) | 61.19- | |
| | A D & D | 1.62- | |
| | Additional Life | 5.29- | |
| | *Medical | 188.23- | |
| | *Dental | 10.98- | |
| | Ltd | 3.52- | |
| | Supple Spouse | 13.85- | |
| | *Vision | 6.69- | |
| | **Net Pay** | $ | 1,026.59 |
| | Checking 1 | | 1,026.59- |
| | **Net Check** | $ | 0.00 |

**Exhibit 22**
King Macon

# Earnings Statement

Period Beginning: 07/07/2019
Period Ending: 07/20/2019
Pay Date: 07/26/2019

Taxable Marital Status: Married
Social Security Number: XXX-XX-7291

**KIM S KING MACON**
**1724 GARFIELD CT**
**LITTLE ROCK, AR  72204**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | | 2.17 | 61.47 | |
| Regular NE | | 78.12 | 1,475.29 | |
| Vacation | | 2.00 | 37.77 | |
| **Gross Pay** | | | $ 1,574.53 | 14,242.84 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 69.03– | 634.91– |
| | Social Security Tax | 84.85– | 804.27– |
| | Medicare Tax | 19.85– | 188.10– |
| | AR Withholding Tax | 48.38– | 450.57– |
| | **Other** | | |
| | *401(K) | 62.98– | |
| | A D & D | 1.62– | |
| | Additional Life | 5.29– | |
| | *Medical | 188.23– | |
| | *Dental | 10.98– | |
| | Ltd | 3.52– | |
| | Supple Spouse | 13.85– | |
| | *Vision | 6.69– | |
| **Net Pay** | | $ 1,059.26 | |
| Checking 1 | | 1,059.26– | |
| **Net Check** | | $ 0.00 | |

# Earnings Statement

Period Beginning: 07/21/2019
Period Ending: 08/03/2019
Pay Date: 08/09/2019

Taxable Marital Status: Married
Social Security Number: XXX-XX-7291

**KIM S KING MACON**
**1724 GARFIELD CT**
**LITTLE ROCK, AR  72204**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular NE | 13.79 | | 260.42 | |
| **Gross Pay** | | $ | 260.42 | 14,503.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | | 634.91- |
| | Social Security Tax | 16.15- | 820.42- |
| | Medicare Tax | 3.77- | 191.87- |
| | AR Withholding Tax | 0.54- | 451.11- |

| Other | | |
|---|---|---|
| *401(K) | | 10.42- |
| **Net Pay** | $ | 229.54 |
| Checking 1 | | 229.54- |
| **Net Check** | $ | 0.00 |

Important Notes

# Earnings Statement

Period Beginning: 04/14/2019
Period Ending: 04/27/2019
Pay Date: 05/03/2019

Taxable Marital Status: Married
Social Security Number: XXX-XX-7291

**KIM S KING MACON**
**1724 GARFIELD CT**
**LITTLE ROCK, AR  72204**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | | 8.00 | 150.00 | |
| Regular NE | | 68.67 | 1,287.56 | |
| Vacation | | 4.00 | 75.00 | |
| **Gross Pay** | | $ | 1,512.56 | 5,312.53 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 83.36- | 268.53- |
| | Social Security Tax | 92.69- | 327.19- |
| | Medicare Tax | 21.68- | 76.52- |
| | AR Withholding Tax | 55.87- | 188.29- |
| | **Other** | | |
| | *401(K) | 60.50- | |
| | A D & D | 1.62- | |
| | Additional Life | 5.29- | |
| | *Dental | 10.98- | |
| | Ltd | 3.49- | |
| | Supple Spouse | 13.85- | |
| | *Vision | 6.69- | |
| | **Net Pay** | $ | 1,156.54 |
| | Checking 1 | | 1,156.54- |
| | **Net Check** | $ | 0.00 |

| | |
|---|---|
| WXH 050497 | CHECK DATE 0000131484 1 |
| | LTRKAR651 |
| | 14485-0002 |

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement

Period Beginning: 03/03/2019
Period Ending: 03/16/2019
Pay Date: 03/22/2019

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Ne | 18.7500 | 40.00 | 750.00 | 750.00 |
| Gross Pay | | | $750.00 | 750.00 |

### Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -13.46 | 13.46 |
| Social Security Tax | -46.50 | 46.50 |
| Medicare Tax | -10.88 | 10.88 |
| AR State Income Tax | -17.81 | 17.81 |
| Net Pay | $661.35 | |
| Checking 1 | -661.35 | |
| Net Check | $0.00 | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Total Work Hrs | 40.00 | |
| Vac Balance | | 5.54 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

Your federal taxable wages this period are $750.00

© 2000 ADP, LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number: 00000131484
Pay date: 03/22/2019



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KIM S KING MACON | | | $661.35 |

# NON-NEGOTIABLE

| | | | |
|---|---|---|---|
| WXH 050497 | | 0000151332 1 | |
| | LTRKAR651 | 14453-0002 | |

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement

Period Beginning: 03/17/2019
Period Ending: 03/30/2019
Pay Date: 04/05/2019

ADP

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 28.1311 | .61 | 17.16 | 17.16 |
| Regular Ne | 18.7500 | 80.00 | 1,500.00 | 2,250.00 |
| **Gross Pay** | | | **$1,517.16** | 2,267.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -86.01 | 99.47 |
| | Social Security Tax | -94.06 | 140.56 |
| | Medicare Tax | -21.99 | 32.87 |
| | AR State Income Tax | -57.44 | 75.25 |
| | Other | | |
| | 401(K) | -60.69* | 60.69 |
| **Net Pay** | | **$1,196.97** | |
| Checking 1 | | -1,196.97 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 80.61 | |
| Vac Balance | | 11.08 |
| Ytd 401K Match | | 30.34 |
| 401K Match | | 30.34 |
| EMPLOYEE ID | | 265720 |

Important Notes
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,456.47

© 2000 ADP, LLC

---

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number: 00000151332
Pay date: 04/05/2019

Deposited to the account of
KIM S KING MACON

account number    transit ABA    amount
                                 $1,196.97

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
WXH  050497            0000171470  1
         LTRKAR651
                       14637-0002
```

**CENTENE MANAGEMENT COMPANY LLC**
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement  ADP®

| | |
|---|---|
| Period Beginning: | 03/31/2019 |
| Period Ending: | 04/13/2019 |
| Pay Date: | 04/19/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   1
   AR:   1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 28.1271 | 1.18 | 33.19 | 50.35 |
| Regular Ne | 18.7500 | 78.98 | 1,480.87 | 3,730.87 |
| Vacation | 18.7500 | 1.00 | 18.75 | 18.75 |
| **Gross Pay** | | | **$1,532.81** | 3,799.97 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -85.70 | 185.17 |
| Social Security Tax | | -93.94 | 234.50 |
| Medicare Tax | | -21.97 | 54.84 |
| AR State Income Tax | | -57.17 | 132.42 |
| **Other** | | | |
| A D & D | | -1.62 | 1.62 |
| Additional Life | | -5.29 | 5.29 |
| Dental | | -10.98* | 10.98 |
| Ltd | | -3.49 | 3.49 |
| Supple Spouse | | -13.85 | 13.85 |
| Vision | | -6.69* | 6.69 |
| 401(K) | | -61.31* | 122.00 |
| **Net Pay** | | **$1,170.80** | |
| Checking 1 | | -1,170.80 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,453.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 80.16 | |
| Vac Balance | | 15.62 |
| Ytd Vac Taken | | 1.00 |
| Ytd 401K Match | | 60.99 |
| 401K Match | | 30.65 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393  OPT 5(HR)

*\* Excluded from federal taxable wages*

© 2000 ADP, LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Advice number: | 00000171470 |
| Pay date: | 04/19/2019 |

Deposited to the account of
KIM S KING MACON

| account number | transit ABA | amount |
|---|---|---|
| | | $1,170.80 |

*THIS IS NOT A CHECK*

# NON-NEGOTIABLE

```
WXH  050497              0000212849  1
            LTRKAR651
                         16580-0002
```

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

**Earnings Statement** ADP®

| | |
|---|---|
| Period Beginning: | 04/28/2019 |
| Period Ending: | 05/11/2019 |
| Pay Date: | 05/17/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 28.1282 | .78 | 21.94 | 72.29 |
| Regular Ne | 18.7500 | 72.54 | 1,360.13 | 6,378.56 |
| Vacation | 18.7500 | 8.00 | 150.00 | 243.75 |
| Holiday | | | | 150.00 |
| **Gross Pay** | | | **$1,532.07** | 6,844.60 |

Your federal taxable wages this period are $1,453.12

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -85.61 | 354.14 |
| | Social Security Tax | -93.89 | 421.08 |
| | Medicare Tax | -21.96 | 98.48 |
| | AR State Income Tax | -57.17 | 245.46 |
| | **Other** | | |
| | A D & D | -1.62 | 4.86 |
| | Additional Life | -5.29 | 15.87 |
| | Dental | -10.98* | 32.94 |
| | Ltd | -3.49 | 10.47 |
| | Supple Spouse | -13.85 | 41.55 |
| | Vision | -6.69* | 20.07 |
| | 401(K) | -61.28* | 243.78 |
| | **Net Pay** | **$1,170.24** | |
| | Checking 1 | -1,170.24 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 73.32 | |
| Vac Balance | | 14.70 |
| Ytd Vac Taken | | 13.00 |
| Ytd 401K Match | | 121.88 |
| 401K Match | | 30.64 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

\* Excluded from federal taxable wages

© 2000 ADP, LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number: 00000212849
Pay date: 05/17/2019

Deposited to the account of          account number   transit ABA              amount
KIM S KING MACON                                                              $1,170.24



NON-NEGOTIABLE

```
WXH  050497              0000231868  1
                         HOMEAR207
                         10912-0002
```

# Earnings Statement

**ADP**

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Period Beginning: | 05/12/2019 |
| Period Ending: | 05/25/2019 |
| Pay Date: | 05/31/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 1
    AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 28.1176 | .51 | 14.34 | 86.63 |
| Regular Ne | 18.7500 | 66.49 | 1,246.69 | 7,625.25 |
| Holiday | | | | 150.00 |
| Vacation | | | | 243.75 |
| **Gross Pay** | | | **$1,261.03** | 8,105.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.11 | 374.25 |
| | Social Security Tax | -53.75 | 474.83 |
| | Medicare Tax | -12.57 | 111.05 |
| | AR State Income Tax | -20.68 | 266.14 |
| | Other | | |
| | A D & D | -1.62 | 6.48 |
| | Additional Life | -5.29 | 21.16 |
| | Dental | -10.98* | 43.92 |
| | Ltd | -3.49 | 13.96 |
| | Medical | -376.46* | 376.46 |
| | Supple Spouse | -13.85 | 55.40 |
| | Vision | -6.69* | 26.76 |
| | 401(K) | -50.44* | 294.22 |
| **Net Pay** | | | **$685.10** |
| Checking 1 | | -685.10 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 67.00 | |
| Vac Balance | | 20.24 |
| Ytd Vac Taken | | 13.00 |
| Ytd 401K Match | | 147.10 |
| 401K Match | | 25.22 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

* Excluded from federal taxable wages
  Your federal taxable wages this period are $816.46

© 2000 ADP, LLC

---

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Advice number: | 00000231868 |
| Pay date: | 05/31/2019 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KIM S KING MACON | | | $685.10 |

# NON-NEGOTIABLE

```
WXH  050497            0000252002  1
                       HOMEAR207
                       11161-0002
```

# Earnings Statement

**ADP**

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Period Beginning: 05/26/2019
Period Ending:    06/08/2019
Pay Date:         06/14/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:     1
    AR:          1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings   | rate    | hours | this period | year to date |
|------------|---------|-------|-------------|--------------|
| Holiday    | 18.7500 | 8.00  | 150.00      | 300.00       |
| Regular Ne | 18.7500 | 71.60 | 1,342.50    | 8,967.75     |
| Vacation   | 18.7500 | 2.00  | 37.50       | 281.25       |
| Overtime   |         |       |             | 86.63        |
| **Gross Pay** |      |       | **$1,530.00** | 9,635.63   |

Your federal taxable wages this period are $1,262.90

| Deductions | Statutory |  |  |
|---|---|---|---|
| | Federal Income Tax | -64.75 | 439.00 |
| | Social Security Tax | -82.09 | 556.92 |
| | Medicare Tax | -19.20 | 130.25 |
| | AR State Income Tax | -45.88 | 312.02 |
| | **Other** | | |
| | A D & D | -1.62 | 8.10 |
| | Additional Life | -5.29 | 26.45 |
| | Dental | -10.98* | 54.90 |
| | Ltd | -3.49 | 17.45 |
| | Medical | -188.23* | 564.69 |
| | Supple Spouse | -13.85 | 69.25 |
| | Vision | -6.69* | 33.45 |
| | 401(K) | -61.20* | 355.42 |
| | **Net Pay** | **$1,026.73** | |
| | Checking 1 | -1,026.73 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 71.60 | |
| Vac Balance | | 23.78 |
| Ytd Vac Taken | | 15.00 |
| Ytd 401K Match | | 177.70 |
| 401K Match | | 30.60 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393   OPT 5(HR)

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number:  00000252002
Pay date:       06/14/2019

Deposited to the account of
KIM S KING MACON

| account number | transit ABA | amount |
|---|---|---|
| | | $1,026.73 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| | | | |
|---|---|---|---|
| WXH 050497 | 0000272116 1 | | |
| | HOMEAR207 | | |
| | 11291-0002 | | |

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement

**ADP**

Period Beginning: 06/09/2019
Period Ending: 06/22/2019
Pay Date: 06/28/2019

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Ne | 18.7500 | 79.15 | 1,484.06 | 10,451.81 |
| Vacation | 18.7500 | 1.00 | 18.75 | 300.00 |
| Overtime | | | | 86.63 |
| Holiday | | | | 300.00 |
| **Gross Pay** | | | **$1,502.81** | 11,138.44 |

Your federal taxable wages this period are $1,236.80

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.14 | 501.14 |
| | Social Security Tax | -80.41 | 637.33 |
| | Medicare Tax | -18.80 | 149.05 |
| | AR State Income Tax | -44.29 | 356.31 |
| | **Other** | | |
| | A D & D | -1.62 | 9.72 |
| | Additional Life | -5.29 | 31.74 |
| | Dental | -10.98* | 65.88 |
| | Ltd | -3.49 | 20.94 |
| | Medical | -188.23* | 752.92 |
| | Supple Spouse | -13.85 | 83.10 |
| | Vision | -6.69* | 40.14 |
| | 401(K) | -60.11* | 415.53 |
| **Net Pay** | | | **$1,006.91** |
| Checking 1 | | | -1,006.91 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 79.15 | |
| Sick Balance | | 16.00 |
| Vac Balance | | 28.32 |
| Ytd Vac Taken | | 16.00 |
| Ytd 401K Match | | 207.75 |
| 401K Match | | 30.05 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393  OPT 5(HR)

\* Excluded from federal taxable wages

© 2000 ADP, LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number: 00000272116
Pay date: 06/28/2019

Deposited to the account of
KIM S KING MACON

| account number | transit ABA | amount |
|---|---|---|
| | | $1,006.91 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
WXH  050497              0000292098  1
              HOMEAR207
                         11320-0002
```

# Earnings Statement

**ADP®**

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Period Beginning: | 06/23/2019 |
| Period Ending: | 07/06/2019 |
| Pay Date: | 07/12/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 18.8848 | 16.00 | 302.16 | 602.16 |
| Regular Ne | 18.8848 | 57.01 | 1,076.63 | 11,528.44 |
| Vacation | 18.8848 | 8.00 | 151.08 | 451.08 |
| Overtime | | | | 86.63 |
| **Gross Pay** | | | **$1,529.87** | 12,668.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.74 | 565.88 |
| | Social Security Tax | -82.09 | 719.42 |
| | Medicare Tax | -19.20 | 168.25 |
| | AR State Income Tax | -45.88 | 402.19 |
| | **Other** | | |
| | A D & D | -1.62 | 11.34 |
| | Additional Life | -5.29 | 37.03 |
| | Dental | -10.98* | 76.86 |
| | Ltd | -3.52 | 24.46 |
| | Medical | -188.23* | 941.15 |
| | Supple Spouse | -13.85 | 96.95 |
| | Vision | -6.69* | 46.83 |
| | 401(K) | -61.19* | 476.72 |
| | **Net Pay** | **$1,026.59** | |
| | Checking 1 | -1,026.59 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,262.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 57.01 | |
| Sick Balance | | 16.00 |
| Vac Balance | | 25.86 |
| Ytd Vac Taken | | 24.00 |
| Ytd 401K Match | | 238.35 |
| 401K Match | | 30.60 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Advice number: | 00000292098 |
| Pay date: | 07/12/2019 |

~THIS IS NOT A CHECK~

Deposited to the account of
KIM S KING MACON

| account number | transit ABA | amount |
|---|---|---|
| | | $1,026.59 |

# NON-NEGOTIABLE

```
WXH  050497           0000312159  1
              HOMEAR207
                        11367-0002
```

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement

Period Beginning: 07/07/2019
Period Ending: 07/20/2019
Pay Date: 07/26/2019

ADP®

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 28.3272 | 2.17 | 61.47 | 148.10 |
| Regular Ne | 18.8848 | 78.12 | 1,475.29 | 13,003.73 |
| Vacation | 18.8848 | 2.00 | 37.77 | 488.85 |
| Holiday | | | | 602.16 |
| **Gross Pay** | | | **$1,574.53** | 14,242.84 |

Your federal taxable wages this period are $1,305.65

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -69.03 | 634.91 |
| | Social Security Tax | -84.85 | 804.27 |
| | Medicare Tax | -19.85 | 188.10 |
| | AR State Income Tax | -48.38 | 450.57 |
| | **Other** | | |
| | A D & D | -1.62 | 12.96 |
| | Additional Life | -5.29 | 42.32 |
| | Dental | -10.98* | 87.84 |
| | Ltd | -3.52 | 27.98 |
| | Medical | -188.23* | 1,129.38 |
| | Supple Spouse | -13.85 | 110.80 |
| | Vision | -6.69* | 53.52 |
| | 401(K) | -62.98* | 539.70 |
| | **Net Pay** | **$1,059.26** | |
| | Checking 1 | -1,059.26 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 80.29 | |
| Sick Balance | | 16.00 |
| Vac Balance | | 29.40 |
| Ytd Vac Taken | | 26.00 |
| Ytd 401K Match | | 269.84 |
| 401K Match | | 31.49 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number: 00000312159
Pay date: 07/26/2019

THIS IS NOT A CHECK

Deposited to the account of    account number    transit ABA    amount
KIM S KING MACON                                                $1,059.26

# NON-NEGOTIABLE

```
WXH  050497              0000332185  1
              HOMEAR207
                         11392-0002
```

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement

**ADP®**

Period Beginning: 07/21/2019
Period Ending: 08/03/2019
Pay Date: 08/09/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Ne | 18.8848 | 13.79 | 260.42 | 13,264.15 |
| Overtime | | | | 148.10 |
| Holiday | | | | 602.16 |
| Vacation | | | | 488.85 |
| **Gross Pay** | | | **$260.42** | 14,503.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -16.15 | 820.42 |
| | Medicare Tax | -3.77 | 191.87 |
| | AR State Income Tax | -0.54 | 451.11 |
| | Federal Income Tax | | 634.91 |
| | **Other** | | |
| | 401(K) | -10.42* | 550.12 |
| | A D & D | | 12.96 |
| | Additional Life | | 42.32 |
| | Dental | | 87.84 |
| | Ltd | | 27.98 |
| | Medical | | 1,129.38 |
| | Supple Spouse | | 110.80 |
| | Vision | | 53.52 |
| | **Net Pay** | | **$229.54** |
| | Checking 1 | -229.54 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 13.79 | |
| Ytd Vac Taken | | 26.00 |
| Ytd 401K Match | | 275.05 |
| 401K Match | | 5.21 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

* Excluded from federal taxable wages
 Your federal taxable wages this period are $250.00

© 2000 ADP, LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number: 00000332185
Pay date: 08/09/2019

~THIS IS NOT A CHECK~

Deposited to the account of    account number    transit ABA    amount
KIM S KING MACON                                                $229.54

# NON-NEGOTIABLE

```
WXH  050497              0000312159  1
                         HOMEAR207
                         11367-0002
```

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

## Earnings Statement (ADP)

| | |
|---|---|
| Period Beginning: | 07/07/2019 |
| Period Ending: | 07/20/2019 |
| Pay Date: | 07/26/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 28.3272 | 2.17 | 61.47 | 148.10 |
| Regular Ne | 18.8848 | 78.12 | 1,475.29 | 13,003.73 |
| Vacation | 18.8848 | 2.00 | 37.77 | 488.85 |
| Holiday | | | | 602.16 |
| **Gross Pay** | | | **$1,574.53** | 14,242.84 |

Your federal taxable wages this period are $1,305.65

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -69.03 | | 634.91 |
| Social Security Tax | -84.85 | | 804.27 |
| Medicare Tax | -19.85 | | 188.10 |
| AR State Income Tax | -48.38 | | 450.57 |
| Other | | | |
| A D & D | -1.62 | | 12.96 |
| Additional Life | -5.29 | | 42.32 |
| Dental | -10.98* | | 87.84 |
| Ltd | -3.52 | | 27.98 |
| Medical | -188.23* | | 1,129.38 |
| Supple Spouse | -13.85 | | 110.80 |
| Vision | -6.69* | | 53.52 |
| 401(K) | -62.98* | | 539.70 |
| **Net Pay** | | | **$1,059.26** |
| Checking 1 | -1,059.26 | | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 80.29 | |
| Sick Balance | | 16.00 |
| Vac Balance | | 29.40 |
| Ytd Vac Taken | | 26.00 |
| Ytd 401K Match | | 269.84 |
| 401K Match | | 31.49 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

Advice number: 00000312159
Pay date: 07/26/2019

THIS IS NOT A CHECK

Deposited to the account of     account number    transit ABA    amount
KIM S KING MACON                                                 $1,059.26

**NON-NEGOTIABLE**

```
WXH  050497                0000292098  1
                           HOMEAR207
                           11320-0002
```

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 06/23/2019 |
| Period Ending: | 07/06/2019 |
| Pay Date: | 07/12/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 18.8848 | 16.00 | 302.16 | 602.16 |
| Regular Ne | 18.8848 | 57.01 | 1,076.63 | 11,528.44 |
| Vacation | 18.8848 | 8.00 | 151.08 | 451.08 |
| Overtime | | | | 86.63 |
| **Gross Pay** | | | **$1,529.87** | 12,668.31 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -64.74 | 565.88 |
| Social Security Tax | -82.09 | 719.42 |
| Medicare Tax | -19.20 | 168.25 |
| AR State Income Tax | -45.88 | 402.19 |

Other
| | | |
|---|---|---|
| A D & D | -1.62 | 11.34 |
| Additional Life | -5.29 | 37.03 |
| Dental | -10.98* | 76.86 |
| Ltd | -3.52 | 24.46 |
| Medical | -188.23* | 941.15 |
| Supple Spouse | -13.85 | 96.95 |
| Vision | -6.69* | 46.83 |
| 401(K) | -61.19* | 476.72 |

| | |
|---|---|
| **Net Pay** | **$1,026.59** |
| Checking 1 | -1,026.59 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $1,262.78

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Total Work Hrs | 57.01 | |
| Sick Balance | | 16.00 |
| Vac Balance | | 25.86 |
| Ytd Vac Taken | | 24.00 |
| Ytd 401K Match | | 238.35 |
| 401K Match | | 30.60 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| Advice number: | 00000292098 |
|---|---|
| Pay date: | 07/12/2019 |

Deposited to the account of
KIM S KING MACON

| account number | transit ABA | amount |
|---|---|---|
| | | $1,026.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
WXH  050497            0000272116  1
                  HOMEAR207
                        11291-0002
```

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

# Earnings Statement

ADP®

| | |
|---|---|
| Period Beginning: | 06/09/2019 |
| Period Ending: | 06/22/2019 |
| Pay Date: | 06/28/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   AR: 1

KIM S KING MACON
1724 GARFIELD CT
LITTLE ROCK AR 72204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Ne | 18.7500 | 79.15 | 1,484.06 | 10,451.81 |
| Vacation | 18.7500 | 1.00 | 18.75 | 300.00 |
| Overtime | | | | 86.63 |
| Holiday | | | | 300.00 |
| **Gross Pay** | | | **$1,502.81** | 11,138.44 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.14 | 501.14 |
| | Social Security Tax | -80.41 | 637.33 |
| | Medicare Tax | -18.80 | 149.05 |
| | AR State Income Tax | -44.29 | 356.31 |
| | **Other** | | |
| | A D & D | -1.62 | 9.72 |
| | Additional Life | -5.29 | 31.74 |
| | Dental | -10.98* | 65.88 |
| | Ltd | -3.49 | 20.94 |
| | Medical | -188.23* | 752.92 |
| | Supple Spouse | -13.85 | 83.10 |
| | Vision | -6.69* | 40.14 |
| | 401(K) | -60.11* | 415.53 |
| | **Net Pay** | **$1,006.91** | |
| | Checking 1 | -1,006.91 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,236.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 79.15 | |
| Sick Balance | | 16.00 |
| Vac Balance | | 28.32 |
| Ytd Vac Taken | | 16.00 |
| Ytd 401K Match | | 207.75 |
| 401K Match | | 30.05 |
| EMPLOYEE ID | | 265720 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :1-855-735-4393 OPT 5(HR)

* Excluded from federal taxable wages

© 2000 ADP, LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Advice number: | 00000272116 |
| Pay date: | 06/28/2019 |



Deposited to the account of
KIM S KING MACON

| account number | transit ABA | amount |
|---|---|---|
| | | $1,006.91 |

# NON-NEGOTIABLE