Exhibit S

Timesheet Detail Query from CENTENE PRODUCTION

| Pay Code | Project ID | Cost Cente | Work State | Date | Start Time | End Time | Hours | Timesheet Version | |
|---|---|---|---|---|---|---|---|---|---|
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/11/2019 | 8:00 AM | 11:30 AM | 3.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/11/2019 | 12:30 PM | 5:00 PM | 4.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/11/2019 | 11:30 AM | 12:30 PM | 1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/12/2019 | 8:00 AM | 11:30 AM | 3.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/12/2019 | 12:30 PM | 5:00 PM | 4.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/12/2019 | 11:30 AM | 12:30 PM | 1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/13/2019 | 8:00 AM | 11:30 AM | 3.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/13/2019 | 12:30 PM | 5:00 PM | 4.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/13/2019 | 11:30 AM | 12:30 PM | 1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/14/2019 | 8:00 AM | 11:30 AM | 3.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/14/2019 | 12:30 PM | 5:00 PM | 4.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/14/2019 | 11:30 AM | 12:30 PM | 1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/15/2019 | 8:00 AM | 11:30 AM | 3.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/15/2019 | 12:30 PM | 5:00 PM | 4.5 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/15/2019 | 11:30 AM | 12:30 PM | 1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/18/2019 | 1:15 PM | 5:00 PM | 3.75 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/18/2019 | 8:00 AM | 12:15 PM | 4.25 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/18/2019 | 12:15 PM | 1:15 PM | 1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/19/2019 | 8:00 AM | 12:03 PM | 4.05 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/19/2019 | 1:03 PM | 5:00 PM | 3.95 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/19/2019 | 12:03 PM | 1:03 PM | 1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/20/2019 | 7:55 AM | 12:28 PM | 4.55 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/20/2019 | 1:22 PM | 5:00 PM | 3.63 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/20/2019 | 12:28 PM | 1:22 PM | 0.9 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/21/2019 | 8:07 AM | 12:43 PM | 4.6 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/21/2019 | 1:41 PM | 5:02 PM | 3.35 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/21/2019 | 12:43 PM | 1:41 PM | 0.97 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/22/2019 | 7:59 AM | 12:14 PM | 4.25 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/22/2019 | 1:08 PM | 5:04 PM | 3.93 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/22/2019 | 12:14 PM | 1:08 PM | 0.9 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/25/2019 | 8:03 AM | 1:06 PM | 5.05 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/25/2019 | 2:27 PM | 5:03 PM | 2.6 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/25/2019 | 1:06 PM | 2:27 PM | 1.35 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/26/2019 | 1:10 PM | 5:00 PM | 3.83 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/26/2019 | 7:57 AM | 12:04 PM | 4.12 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/26/2019 | 12:04 PM | 1:10 PM | 1.1 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/27/2019 | 8:03 AM | 12:37 PM | 4.57 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/27/2019 | 1:27 PM | 5:00 PM | 3.55 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/27/2019 | 12:37 PM | 1:27 PM | 0.83 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/28/2019 | 8:01 AM | 12:33 PM | 4.53 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 3/28/2019 | 1:23 PM | 5:02 PM | 3.65 | 1 | |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 3/28/2019 | 12:33 PM | 1:23 PM | 0.83 | 1 | |

| Name | Role | Type | Date | Start | End | Hours | Count |
|---|---|---|---|---|---|---|---|
| King Macon, Kim (265720) | Care Coordinator | Clock | 3/29/2019 | 7:58 AM | 12:58 PM | 5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 3/29/2019 | 1:38 PM | 5:02 PM | 3.4 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 3/29/2019 | 12:58 PM | 1:38 PM | 0.67 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/1/2019 | 7:58 AM | 12:31 PM | 4.55 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/1/2019 | 1:03 PM | 5:05 PM | 4.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/1/2019 | 12:31 PM | 1:03 PM | 0.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/2/2019 | 8:09 AM | 1:17 PM | 5.13 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/2/2019 | 1:46 PM | 5:02 PM | 3.27 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/2/2019 | 1:17 PM | 1:46 PM | 0.48 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/3/2019 | 8:00 AM | 12:46 PM | 4.77 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/3/2019 | 1:46 PM | 5:02 PM | 3.27 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/3/2019 | 12:46 PM | 1:46 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/4/2019 | 1:25 PM | 5:00 PM | 3.58 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/4/2019 | 8:00 AM | 12:31 PM | 4.52 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/4/2019 | 12:31 PM | 1:25 PM | 0.9 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/5/2019 | 8:00 AM | 1:23 PM | 5.38 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/5/2019 | 2:19 PM | 5:00 PM | 2.68 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/5/2019 | 1:23 PM | 2:19 PM | 0.93 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/8/2019 | 2:08 PM | 5:10 PM | 3.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/8/2019 | 8:00 AM | 1:14 PM | 5.23 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/8/2019 | 1:14 PM | 2:08 PM | 0.9 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/9/2019 | 8:05 AM | 10:18 AM | 2.22 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/9/2019 | 11:28 AM | 4:10 PM | 4.7 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/9/2019 | 10:18 AM | 11:28 AM | 1.17 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Vacation | 4/9/2019 | | | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/10/2019 | 8:07 AM | 12:53 PM | 4.77 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/10/2019 | 1:53 PM | 5:00 PM | 3.12 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/10/2019 | 12:53 PM | 1:53 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/11/2019 | 8:03 AM | 12:25 PM | 4.37 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/11/2019 | 1:25 PM | 5:01 PM | 3.6 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/11/2019 | 12:25 PM | 1:25 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/12/2019 | 2:13 PM | 5:02 PM | 2.82 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/12/2019 | 8:06 AM | 1:13 PM | 5.12 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/12/2019 | 1:13 PM | 2:13 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/15/2019 | 8:01 AM | 12:46 PM | 4.75 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/15/2019 | 1:44 PM | 5:00 PM | 3.27 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/15/2019 | 12:46 PM | 1:44 PM | 0.97 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/16/2019 | 8:05 AM | 1:00 PM | 4.92 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/16/2019 | 1:58 PM | 5:00 PM | 3.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/16/2019 | 1:00 PM | 1:58 PM | 0.97 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/17/2019 | 8:01 AM | 12:10 PM | 4.15 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/17/2019 | 1:11 PM | 5:06 PM | 3.92 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 4/17/2019 | 12:10 PM | 1:11 PM | 1.02 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 4/18/2019 | 8:16 AM | 1:02 PM | 4.77 | 1 |

| Name | Role | Type | Code | Date | Start | End | Hours | Qty |
|---|---|---|---|---|---|---|---|---|
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/18/2019 | 1:43 PM | 5:03 PM | 3.33 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 4/18/2019 | 1:02 PM | 1:43 PM | 0.68 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Holiday | AR | 4/19/2019 | | | 8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/22/2019 | 2:01 PM | 5:03 PM | 3.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/22/2019 | 8:04 AM | 1:00 PM | 4.93 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 4/22/2019 | 1:00 PM | 2:01 PM | 1.02 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/23/2019 | 7:54 AM | 12:14 PM | 4.33 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Vacation | | 4/23/2019 | | | 4 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/24/2019 | 8:09 AM | 1:10 PM | 5.02 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/24/2019 | 2:13 PM | 5:03 PM | 2.83 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 4/24/2019 | 1:10 PM | 2:13 PM | 1.05 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/25/2019 | 3:52 PM | 5:26 PM | 1.57 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/25/2019 | 8:06 AM | 3:00 PM | 6.9 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 4/25/2019 | 3:00 PM | 3:52 PM | 0.87 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/26/2019 | 8:07 AM | 1:26 PM | 5.32 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/26/2019 | 2:24 PM | 5:00 PM | 2.6 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 4/26/2019 | 1:26 PM | 2:24 PM | 0.97 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/29/2019 | 8:11 AM | 12:50 PM | 4.65 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 4/29/2019 | 1:43 PM | 5:09 PM | 3.43 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 4/29/2019 | 12:50 PM | 1:43 PM | 0.88 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Vacation | | 4/30/2019 | | | 8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/1/2019 | 8:00 AM | 1:08 PM | 5.13 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/1/2019 | 2:10 PM | 5:03 PM | 2.88 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/1/2019 | 1:08 PM | 2:10 PM | 1.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/2/2019 | 8:05 AM | 3:05 PM | 7 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/2/2019 | 4:00 PM | 5:00 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/2/2019 | 3:05 PM | 4:00 PM | 0.92 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/3/2019 | 8:10 AM | 3:10 PM | 7 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/3/2019 | 3:44 PM | 5:11 PM | 1.45 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/3/2019 | 3:10 PM | 3:44 PM | 0.57 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/6/2019 | 1:00 PM | 5:00 PM | 4 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/6/2019 | 8:30 AM | 12:30 PM | 4 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/6/2019 | 12:30 PM | 1:00 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/7/2019 | 8:08 AM | 2:20 PM | 6.2 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/7/2019 | 2:58 PM | 5:00 PM | 2.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/7/2019 | 2:20 PM | 2:58 PM | 0.63 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/8/2019 | 12:41 PM | 5:11 PM | 4.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/8/2019 | 8:00 AM | 12:02 PM | 4.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/8/2019 | 12:02 PM | 12:41 PM | 0.65 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/9/2019 | 8:19 AM | 12:39 PM | 4.33 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/9/2019 | 1:39 PM | 5:00 PM | 3.35 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/9/2019 | 12:39 PM | 1:39 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/10/2019 | 8:04 AM | 12:50 PM | 4.77 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/10/2019 | 1:37 PM | 5:11 PM | 3.57 | 1 |

| Name | Role | Type | | Date | In | Out | Hours | Qty |
|---|---|---|---|---|---|---|---|---|
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/10/2019 | 12:50 PM | 1:37 PM | 0.78 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/13/2019 | 7:56 AM | 2:33 PM | 6.62 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/13/2019 | 3:33 PM | 6:07 PM | 2.57 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/13/2019 | 2:33 PM | 3:33 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/14/2019 | 9:00 AM | 5:00 PM | 8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/15/2019 | 9:30 AM | 4:00 PM | 6.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/16/2019 | 8:03 AM | 1:39 PM | 5.6 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/16/2019 | 2:17 PM | 5:00 PM | 2.72 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/16/2019 | 1:39 PM | 2:17 PM | 0.63 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/17/2019 | 1:53 PM | 5:07 PM | 3.23 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/17/2019 | 8:00 AM | 1:16 PM | 5.27 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/17/2019 | 1:16 PM | 1:53 PM | 0.62 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/22/2019 | 7:56 AM | 3:00 PM | 7.07 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/22/2019 | 3:40 PM | 5:33 PM | 1.88 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/22/2019 | 3:00 PM | 3:40 PM | 0.67 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/23/2019 | 8:06 AM | 12:23 PM | 4.28 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/23/2019 | 1:19 PM | 5:09 PM | 3.83 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/23/2019 | 12:23 PM | 1:19 PM | 0.93 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/24/2019 | 8:04 AM | 12:00 PM | 3.93 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/24/2019 | 12:30 PM | 6:00 PM | 5.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/24/2019 | 12:00 PM | 12:30 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Holiday | AR | 5/27/2019 | | | 8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/28/2019 | 8:26 AM | 1:00 PM | 4.57 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/28/2019 | 1:30 PM | 5:41 PM | 4.18 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/28/2019 | 1:00 PM | 1:30 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/29/2019 | 8:07 AM | 1:00 PM | 4.88 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/29/2019 | 1:00 PM | 1:30 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/29/2019 | 1:30 PM | 5:02 PM | 3.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/30/2019 | 2:14 PM | 5:00 PM | 2.77 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/30/2019 | 8:05 AM | 1:14 PM | 5.15 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/30/2019 | 1:14 PM | 2:14 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/31/2019 | 8:15 AM | 12:23 PM | 4.13 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 5/31/2019 | 1:18 PM | 5:03 PM | 3.75 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 5/31/2019 | 12:23 PM | 1:18 PM | 0.92 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 6/3/2019 | 8:05 AM | 1:30 PM | 5.42 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 6/3/2019 | 2:34 PM | 5:06 PM | 2.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 6/3/2019 | 1:30 PM | 2:34 PM | 1.07 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 6/4/2019 | 8:14 AM | 2:33 PM | 6.32 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 6/4/2019 | 2:33 PM | 3:33 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Vacation | | 6/4/2019 | | | 2 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 6/5/2019 | 8:01 AM | 1:05 PM | 5.07 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 6/5/2019 | 2:05 PM | 5:10 PM | 3.08 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 6/5/2019 | 1:05 PM | 2:05 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 6/6/2019 | 7:55 AM | 12:39 PM | 4.73 | 1 |

| Name | Role | Type | Date | Start | End | Hours | Count |
|---|---|---|---|---|---|---|---|
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/6/2019 | 1:39 PM | 5:01 PM | 3.37 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/6/2019 | 12:39 PM | 1:39 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/7/2019 | 8:05 AM | 11:45 AM | 3.67 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/7/2019 | 1:04 PM | 5:01 PM | 3.95 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/7/2019 | 11:45 AM | 1:04 PM | 1.32 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/10/2019 | 8:10 AM | 2:29 PM | 6.32 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/10/2019 | 3:29 PM | 3:30 PM | 0.02 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/10/2019 | 2:29 PM | 3:29 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Vacation | 6/10/2019 | | | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/11/2019 | 8:08 AM | 1:36 PM | 5.47 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/11/2019 | 2:23 PM | 5:03 PM | 2.67 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/11/2019 | 1:36 PM | 2:23 PM | 0.78 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/12/2019 | 8:12 AM | 1:00 PM | 4.8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/12/2019 | 1:30 PM | 5:02 PM | 3.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/12/2019 | 1:00 PM | 1:30 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/13/2019 | 8:03 AM | 1:00 PM | 4.95 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/13/2019 | 1:30 PM | 5:02 PM | 3.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/13/2019 | 1:00 PM | 1:30 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/14/2019 | 1:52 PM | 5:01 PM | 3.15 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/14/2019 | 8:05 AM | 1:14 PM | 5.15 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/14/2019 | 1:14 PM | 1:52 PM | 0.63 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/17/2019 | 8:07 AM | 12:50 PM | 4.72 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/17/2019 | 1:30 PM | 5:01 PM | 3.52 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/17/2019 | 12:50 PM | 1:30 PM | 0.67 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/18/2019 | 4:12 PM | 5:26 PM | 1.23 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/18/2019 | 8:15 AM | 3:22 PM | 7.12 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/18/2019 | 3:22 PM | 4:12 PM | 0.83 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/19/2019 | 3:40 PM | 5:06 PM | 1.43 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/19/2019 | 7:56 AM | 2:42 PM | 6.77 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/19/2019 | 2:42 PM | 3:40 PM | 0.97 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/20/2019 | 10:01 AM | 2:00 PM | 3.98 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/20/2019 | 2:30 PM | 5:01 PM | 2.52 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/20/2019 | 2:00 PM | 2:30 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/21/2019 | 8:17 AM | 2:00 PM | 5.72 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/21/2019 | 2:30 PM | 5:03 PM | 2.55 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/21/2019 | 2:00 PM | 2:30 PM | 0.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/24/2019 | 8:12 AM | 2:11 PM | 5.98 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/24/2019 | 2:46 PM | 5:02 PM | 2.27 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | 6/24/2019 | 2:11 PM | 2:46 PM | 0.58 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Vacation | 6/25/2019 | | | 8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/26/2019 | 8:05 AM | 5:00 PM | 8.92 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/27/2019 | 9:35 AM | 5:00 PM | 7.42 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/28/2019 | 8:16 AM | 3:21 PM | 7.08 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | 6/28/2019 | 4:14 PM | 5:07 PM | 0.88 | 1 |

| Name | Role | Type | | Date | Start | End | Hours | Qty |
|---|---|---|---|---|---|---|---|---|
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 6/28/2019 | 3:21 PM | 4:14 PM | 0.88 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/1/2019 | 7:59 AM | 12:53 PM | 4.9 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/1/2019 | 1:58 PM | 5:01 PM | 3.05 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/1/2019 | 12:53 PM | 1:58 PM | 1.08 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/2/2019 | 8:09 AM | 1:41 PM | 5.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/2/2019 | 5:30 PM | 5:45 PM | 0.25 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/2/2019 | 2:31 PM | 5:03 PM | 2.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/2/2019 | 1:41 PM | 2:31 PM | 0.83 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/3/2019 | 7:54 AM | 12:40 PM | 4.77 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/3/2019 | 1:38 PM | 5:04 PM | 3.43 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/3/2019 | 12:40 PM | 1:38 PM | 0.97 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Holiday | AR | 7/4/2019 | | | 8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Holiday | AR | 7/5/2019 | | | 8 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/8/2019 | 8:03 AM | 3:09 PM | 7.1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/8/2019 | 3:46 PM | 5:04 PM | 1.3 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/8/2019 | 3:09 PM | 3:46 PM | 0.62 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/9/2019 | 8:09 AM | 1:00 PM | 4.85 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/9/2019 | 1:36 PM | 5:05 PM | 3.48 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/9/2019 | 1:00 PM | 1:36 PM | 0.6 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/10/2019 | 7:59 AM | 3:01 PM | 7.03 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/10/2019 | 4:01 PM | 5:00 PM | 0.98 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/10/2019 | 3:01 PM | 4:01 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/11/2019 | 8:20 AM | 1:25 PM | 5.08 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/11/2019 | 2:23 PM | 6:52 PM | 4.48 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/11/2019 | 1:25 PM | 2:23 PM | 0.97 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/12/2019 | 8:15 AM | 1:43 PM | 5.47 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/12/2019 | 2:40 PM | 5:04 PM | 2.4 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/12/2019 | 1:43 PM | 2:40 PM | 0.95 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/15/2019 | 8:15 AM | 2:20 PM | 6.08 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/15/2019 | 3:20 PM | 3:20 PM | 0 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/15/2019 | 2:20 PM | 3:20 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Vacation | | 7/15/2019 | | | 2 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/16/2019 | 8:04 AM | 12:27 PM | 4.38 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/16/2019 | 1:34 PM | 5:04 PM | 3.5 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/16/2019 | 12:27 PM | 1:34 PM | 1.12 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/17/2019 | 8:25 AM | 1:41 PM | 5.27 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/17/2019 | 2:31 PM | 5:03 PM | 2.53 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/17/2019 | 1:41 PM | 2:31 PM | 0.83 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/18/2019 | 7:58 AM | 12:52 PM | 4.9 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/18/2019 | 1:52 PM | 5:04 PM | 3.2 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/18/2019 | 12:52 PM | 1:52 PM | 1 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/19/2019 | 8:00 AM | 1:05 PM | 5.08 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/19/2019 | 1:51 PM | 5:02 PM | 3.18 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/19/2019 | 1:05 PM | 1:51 PM | 0.77 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/22/2019 | 8:05 AM | 12:33 PM | 4.47 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/22/2019 | 1:27 PM | ==5:54 PM== | 4.45 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Lunch | | 7/22/2019 | 12:33 PM | 1:27 PM | 0.9 | 1 |
| King Macon, Kim (265720) | Care Coordinator | Clock | | 7/23/2019 | 8:08 AM | 1:00 PM | 4.87 | 1 |
| Parameters | Start Date: 03/11/2019 | End Date: 07/23/2019 | Assignment Group(s): .EX_GS_US_1, .EX_GS_SPA_US, .EX_GS_TEMP_SUP_US, .EX_TEMP_SUP_US, .EX_US, .NEX_GS_SPA_US, .NEX_GS_TEMP_SUP_US, .NEX_GS_US_1, .NEX_TEMP_SUP_US, .NEX_US, .Company CWR (BU - 47100), .Company CX9 (BU - 46500), .Company CWS (BU - 46100), .Company D4D (BU - 46300), .Company DK6 (BU - 47301), .Company DCF (BU - 47302), .Company CTD (BU - 47201), .Company CWM (BU - 47203), .Company CTR (BU - 47202), .Company DQK (BU - 46030), .Company CWP (BU - 47208), .Company D6K (BU - 47400), .Company 7HA (BU - 57300), .Company AN6 (BU - 59200), .Company AN8 (BU - 59950), .Company CKW (BU - 60000), .Company CMA (BU - 57100), .Company DFW (BU - 55600), .Company HTR (BU - 17000), .Company WB3 (BU - 48500), .Company WCG (BU 70121), .Company WW2 (BU - 12000), .Company WWE (BU - 56000), .Company WWR (BU - 56200), .Company WX2 (BU - 55400), .Company WX4 (BU - 54300), .Company WX9 (BU - 53000), .Company WXE (BU - 13000), .Company WXH (BU 11000), .Company WXL (BU - 11000), .Company WY1 (BU - 54000), .Company WZB (BU - 42100) | | | | |

Pay Code(s): 1st Shift DT S-Su 8am-5pm, 1st Shift Exempt Weekend, 1st Shift OT S-Su 8am-5pm, 1st Shift S-Su 8am-5pm, 2nd Shift DT M-F 5-10pm, 2nd Shift DT S-Su 5pm-10pm, 2nd Shift Exempt Weekday, 2nd Shift Exempt Weekend, 2nd Shift M-F 5-10pm, 2nd Shift OT M-F 5-10pm, 2nd Shift OT S-Su 5pm-10pm, 2nd Shift S-Su 5pm-10pm, 3rd Shift DT M-F 10pm-8am, 3rd Shift DT S-Su 10pm-8am, 3rd Shift Exempt Weekday, 3rd Shift Exempt Weekend, 3rd Shift M-F 10pm-8am, 3rd Shift OT M-F 10pm-8am, 3rd Shift S-Su 10pm-8am, 3rd Shift S-Su OT 10pm-8am, 410_SCHED, 9440_SCHED, 980_SCHED, Adoption, Alt Holiday, Approval Request, Attendance Bank Adjustment, Bereavement, BonMIPND, BonReSPA, BonusMPD, BonusOth, BonusRet, BonusRt3, BonusRt4, BonusRtN, BonusSpc, BonusSpot, CA PTO Payout, COVID Emergency Sick/Vaccine, Cash LTIP, Clock, Comm, Community Impact Time, Cont Educ, Costing Hrs > Standard, DTO, Dbl Time, Exempt Shift Differential, ExpPrem, Floating Holiday, FriPGNet, FringePy, Goods & Services Differential, Hol Wrkd, Hol Wrkd DBL, Hol Wrkd OT, Holiday, Holiday OT, Jury Duty, LWOP Unscheduled, Language Premium, Language Premium DT, Language Premium OT, Living Allowance, LumpSum (exempt), LumpSum (non-exempt), Lunch, Lunch [% of the Hour], Make Up Time Off, Make Up Time to Work, Meal Penalty, Meal Penalty - Hidden, Military Hours, Military off set dollars, MobDevice, On Call (exempt), On Call (non-exempt), Overtime 1, PTO, PTO - ADJ, PTO Balance, PTO Clear, PTO Closure, PTO Donor, PTO LOA, PTO Payout, PTO Rec, PTO Unsch, PTO_ACC, PTO_BAL, ParkCash, Perf Inc Bonus, Prior PTO Adjustment, Prior PTO Balance, Prior PTO Donor, Prior PTO LOA, Prior PTO Sch, Prior PTO Unsch, PubTrans, Regular (exempt), Regular (non-exempt), Rest Period Premium, SHFT1_SCHED, SHFT2_SCHED, SHFT3_SCHED, SICK_ACC, SICK_BAL, Sched on Timesheet, Schedule Elapsed, Schedule In/Out, Shift 2 DT, Shift 2 OT, Shift 3 DT, Shift 3 OT, Shift Eligible, Shift2Diff (exempt), Shift2Diff (non-exempt), Shift3Diff (exempt), Shift3Diff (non-exempt), Show Up Pay, Sick  LOA, Sick Balance, Sick Leave, Sick Leave Adj, Sick Leave LOA, Sick Leave Sch, Sick Leave Unsch, Signing Bonus, Special Incident Premium (exempt), Special Incident Premium (non-exempt), System Generated (exempt), System Generated (non-exempt), Tardy Adjustment, Transportation Allowance, Travel Time, TuitionGSN, TuitionGST, TuitionN, TuitionT, United Way Time Off, Unpaid Time, VAC Closure, Vacation, Vacation Balance, Vacation Clear, Vacation LOA, Vacation Payout, Vacation_ACC, Vacation_ADJ, Vacation_BAL, Voting, Wage Repayment (Exempt), Wage Repayment (Non-Exempt), WellnesGS, Wellness, Witness Duty

Project ID: 199999001, 20011: Cost Center:  All, 11( Employee I Employee Last Name: All
Run on: 11/12/2021 05:12 PM                    Created by              1