Exhibit T

| MEMBER_NUMBER | MEDICAID_NBR | CN_NBR | RESPONSE | TC ENTRY DATE/TIME | FACE_TO_FACE | FACE_TO_FACE_SUCCESS | DATE_OF_SERVICE | MONTH_OF_SERVICE | NOTE_CATEGORY | NOTE_OUTCOME1 | FULLNAME | EVENT_MANAGER_POSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Welcome Call | 3/22/2019 16:31 | | | 3/22/2019 | 2019-03 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 3/22/2019 10:24 | If Face to Face was it | No | 3/22/2019 | 2019-03 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 3/28/2019 15:55 | | | 3/28/2019 | 2019-03 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 3/28/2019 12:20 | If Face to Face was it | No | 3/28/2019 | 2019-03 | Outbound Call | LeftVoicemail | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 3/28/2019 12:02 | | | 3/28/2019 | 2019-03 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Other | 3/28/2019 11:53 | | | 3/28/2019 | 2019-03 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Other | 3/29/2019 9:31 | If Face to Face was it | No | 3/29/2019 | 2019-03 | Inbound Call | | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 3/29/2019 12:40 | | | 3/29/2019 | 2019-03 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Welcome Call | 4/5/2019 9:11 | | | 4/5/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/8/2019 15:04 | | | 4/8/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/8/2019 15:35 | | | 4/8/2019 | 2019-04 | Inbound Call | | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/9/2019 9:06 | | | 4/9/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/10/2019 14:43 | | | 4/10/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/10/2019 14:53 | | | 4/10/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/10/2019 15:29 | | | 4/10/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/10/2019 11:10 | | | 4/10/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/11/2019 11:53 | | | 4/11/2019 | 2019-04 | Inbound Call | | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/15/2019 15:11 | | | 4/15/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/15/2019 14:53 | | | 4/15/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/16/2019 16:48 | | | 4/16/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/16/2019 16:24 | | | 4/16/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/17/2019 11:30 | | | 4/17/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/17/2019 14:52 | | | 4/17/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/17/2019 15:11 | | | 4/17/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/17/2019 15:35 | | | 4/17/2019 | 2019-04 | Inbound Call | | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/22/2019 15:03 | | | 4/22/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/22/2019 15:29 | | | 4/22/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/23/2019 11:26 | | | 4/23/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/24/2019 14:23 | | | 4/24/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | Other | 4/24/2019 16:46 | | | 4/24/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/24/2019 14:41 | | | 4/24/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/24/2019 15:56 | | | 4/24/2019 | 2019-04 | Inbound Call | | Kim King Macon | Care Coordinator |
| | | | CC Initial Member Co | 4/25/2019 16:12 | | | 4/25/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | Other Appointment / | 4/25/2019 14:30 | | | 4/25/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Other | 4/26/2019 8:54 | | | 4/26/2019 | 2019-04 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Other Appointment / | 4/29/2019 11:06 | | | 4/29/2019 | 2019-04 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| | | | Schedule Face To Fac | 5/1/2019 16:55 | | | 5/1/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Schedule Face To Fac | 5/1/2019 16:07 | | | 5/1/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Schedule Face To Fac | 5/1/2019 16:32 | | | 5/1/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Face to Face | 5/7/2019 10:48 | | | 5/7/2019 | 2019-05 | Admin Note | | Kim King Macon | Care Coordinator |
| | | | Face to Face | 5/7/2019 8:13 | | | 5/7/2019 | 2019-05 | Admin Note | | Kim King Macon | Care Coordinator |
| | | | Face to Face | 5/16/2019 11:32 | | | 5/16/2019 | 2019-05 | Admin Note | | Kim King Macon | Care Coordinator |
| | | | Face to Face | 5/16/2019 12:11 | | | 5/16/2019 | 2019-05 | Admin Note | | Kim King Macon | Care Coordinator |
| | | | Schedule Face To Fac | 5/22/2019 16:57 | | | 5/22/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Schedule Face To Fac | 5/22/2019 17:09 | | | 5/22/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Face to Face | 5/22/2019 16:49 | | | 5/22/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Schedule Face To Fac | 5/23/2019 15:59 | | | 5/23/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| | | | Schedule Face To Fac | 5/23/2019 16:53 | | | 5/23/2019 | 2019-05 | Inbound Call | | Kim King Macon | Care Coordinator |

| Type | Date/Time | Date | Month | Call Type | Outcome | Coordinator | Role |
|---|---|---|---|---|---|---|---|
| Face to Face | 5/23/2019 16:59 | 5/23/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 17:13 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:54 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 17:42 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/24/2019 12:24 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/24/2019 11:17 | 5/24/2019 | 2019-05 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 16:35 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 16:49 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:04 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Schedule Face To Fac | 5/24/2019 16:06 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:14 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:49 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Other Appointment / | 5/24/2019 14:55 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/24/2019 13:10 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:41 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:35 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 17:24 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:20 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/24/2019 11:00 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 15:29 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 17:34 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 16:14 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 16:59 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/24/2019 13:57 | 5/24/2019 | 2019-05 | Inbound Call | | Kim King Macon | Care Coordinator |
| Schedule Face To Fac | 5/24/2019 9:34 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 17:30 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 5/24/2019 16:22 | 5/24/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/28/2019 17:01 | 5/28/2019 | 2019-05 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Schedule Face To Fac | 5/28/2019 17:27 | 5/28/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/29/2019 15:24 | 5/29/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/29/2019 16:46 | 5/29/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/30/2019 12:38 | 5/30/2019 | 2019-05 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Face to Face | 5/31/2019 15:59 | 5/31/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 5/31/2019 16:51 | 5/31/2019 | 2019-05 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 6/3/2019 15:16 | 6/3/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 6/3/2019 16:03 | 6/3/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 6/3/2019 16:01 | 6/3/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 6/3/2019 11:38 | 6/3/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Schedule Face To Fac | 6/4/2019 14:22 | 6/4/2019 | 2019-06 | Inbound Call | | Kim King Macon | Care Coordinator |
| Face to Face | 6/4/2019 14:12 | 6/4/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 14:48 | 6/5/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 16:36 | 6/5/2019 | 2019-06 | Inbound Call | | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 16:07 | 6/5/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 16:46 | 6/5/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 16:03 | 6/5/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 10:59 | 6/5/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 16:51 | 6/5/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/5/2019 15:23 | 6/5/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Schedule Face To Fac | 6/6/2019 14:36 | 6/6/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Face to Face | 6/6/2019 12:15 | 6/6/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| Other Appointment / | 6/11/2019 9:13 | 6/11/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macon | Care Coordinator |
| Face to Face | 6/12/2019 16:25 | 6/12/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |
| CC Initial Member Co | 6/12/2019 15:35 | 6/12/2019 | 2019-06 | Outbound Call | Successful | Kim King Macon | Care Coordinator |

| Type | Date/Time | Date | Month | Direction | Status | Staff | Role |
|---|---|---|---|---|---|---|---|
| Collateral/Provider C | 6/13/2019 16:12 | 6/13/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other Appointment A | 6/13/2019 10:56 | 6/13/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other Appointment A | 6/13/2019 14:54 | 6/13/2019 | 2019-06 | Inbound Call | | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 6/14/2019 12:06 | 6/14/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 6/14/2019 12:24 | 6/14/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 6/14/2019 14:26 | 6/14/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Face to Face | 6/14/2019 15:34 | 6/14/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Face to Face | 6/14/2019 13:45 | 6/14/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 6/17/2019 16:17 | 6/17/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Face to Face | 6/17/2019 10:37 | 6/17/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Face to Face | 6/17/2019 11:01 | 6/17/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 6/17/2019 13:53 | 6/17/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 6/17/2019 15:38 | 6/17/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 6/17/2019 9:12 | 6/17/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Other Appointment A | 6/17/2019 10:47 | 6/17/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Post Discharge Call | 6/17/2019 13:16 | 6/17/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Face to Face | 6/17/2019 16:05 | 6/17/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 6/18/2019 16:56 | 6/18/2019 | 2019-06 | Inbound Call | | Kim King Macor | Care Coordinator |
| Other Appointment A | 6/18/2019 16:29 | 6/18/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 6/18/2019 17:17 | 6/18/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other Appointment A | 6/19/2019 16:18 | 6/19/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 6/19/2019 15:58 | 6/19/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 6/19/2019 16:33 | 6/19/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Face to Face | 6/19/2019 10:15 | 6/19/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 6/20/2019 15:16 | 6/20/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Other Appointment A | 6/20/2019 16:50 | 6/20/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Face to Face | 6/20/2019 12:21 | 6/20/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Face to Face | 6/20/2019 15:04 | 6/20/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other Appointment A | 6/21/2019 9:34 | 6/21/2019 | 2019-06 | Outbound Call | Unsuccessful | Kim King Macor | Care Coordinator |
| Face to Face | 6/24/2019 15:38 | 6/24/2019 | 2019-06 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Post Discharge Call | 6/26/2019 10:33 | 6/26/2019 | 2019-06 | Inbound Call | | Kim King Macor | Care Coordinator |
| Post Discharge Call | 7/1/2019 14:05 | 7/1/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other | 7/2/2019 15:18 | 7/2/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other | 7/2/2019 16:27 | 7/2/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other | 7/2/2019 16:20 | 7/2/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other Appointment A | 7/3/2019 15:31 | 7/3/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other | 7/3/2019 13:58 | 7/3/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 7/3/2019 17:00 | 7/3/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Post Discharge Call | 7/9/2019 15:41 | 7/9/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other Appointment A | 7/9/2019 15:54 | 7/9/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 7/9/2019 16:04 | 7/9/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Other Appointment A | 7/9/2019 15:59 | 7/9/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/10/2019 15:01 | 7/10/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/10/2019 16:49 | 7/10/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 7/10/2019 14:47 | 7/10/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/10/2019 16:31 | 7/10/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/10/2019 16:46 | 7/10/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| Schedule Face To Fac | 7/11/2019 11:05 | 7/11/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/11/2019 18:17 | 7/11/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/11/2019 16:14 | 7/11/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/11/2019 13:21 | 7/11/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/12/2019 13:32 | 7/12/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |
| CC Initial Member Co | 7/12/2019 11:40 | 7/12/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor | Care Coordinator |

| | | | | | | |
|---|---|---|---|---|---|---|
| CC Initial Member Cc | 7/12/2019 11:00 | 7/12/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| CC Initial Member Cc | 7/12/2019 15:32 | 7/12/2019 | 2019-07 | Inbound Call | | Kim King Macor Care Coordinator |
| CC Initial Member Cc | 7/12/2019 15:15 | 7/12/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| CC Initial Member Cc | 7/16/2019 14:24 | 7/16/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Other | 7/17/2019 15:25 | 7/17/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Post Discharge Call | 7/19/2019 11:22 | 7/19/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Other | 7/19/2019 15:56 | 7/19/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Face to Face | 7/22/2019 8:56 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Other | 7/22/2019 17:28 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| CC Initial Member Cc | 7/22/2019 17:12 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Schedule Face To Fac | 7/22/2019 16:27 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Face to Face | 7/22/2019 16:40 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Face to Face | 7/22/2019 14:16 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Face to Face | 7/22/2019 14:33 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Face to Face | 7/22/2019 11:00 | 7/22/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| CC Initial Member Cc | 7/23/2019 10:09 | 7/23/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Schedule Face To Fac | 7/23/2019 11:32 | 7/23/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |
| Schedule Face To Fac | 7/23/2019 11:49 | 7/23/2019 | 2019-07 | Outbound Call | Successful | Kim King Macor Care Coordinator |