Exhibit W



## Employee Information

| Job Details Overview | |
|---|---|
| **Employee Name:** | Tiffany Russell |
| **Employee ID:** | 250021 |
| **Job Title:** | Care Coordinator |
| **Job Profile** | 211037 - Care Coordinator |
| **Company:** | Centene Management Company LLC |
| **Employee Type:** | Regular |
| **Time Type:** | Full time |
| **Hire Date:** | Sep 17, 2018 |
| **Original Hire Date:** | Sep 17, 2018 |
| **Termination Date:** | Mar 22, 2021 |
| **Years of Service:** | 2.51 |
| **Time in Position:** | 2.51 |
| **Work Email:** | tiffany.s.russell@arkansastotalcare.com |

## Contact Information

| Home Address | Home Phone Number | Work Address |
|---|---|---|
| 4446 S Aaronfield Circle<br>Benton, AR 72015<br>United States of America | 8605 | Various<br>Various, AR 99999 |

| Priority | Emergency Contact | Relationship | Preferred Language | Primary Contact Information | Alternate Contact Information |
|---|---|---|---|---|---|
| 1 | Harold Russell | Spouse | | 1165 | |

If no data populates - No Data Available

## Compensation

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 43,248.92 | 43,248.92 | USD | Annual |

If no data populates - No Data Available

Aug 5, 2022 1:27 PM

**Exhibit 0030**



## Pay Change History

| Effective Date | Reason | Change Amount | Base Pay - Proposed |
|---|---|---|---|
| Jun 21, 2020 | Merit > Merit > Base Increase | 639.15 | 43,248.92 |
| Jun 23, 2019 | Merit > Merit > Base Increase | 801.77 | 42,609.77 |
| Sep 17, 2018 | Hire Employee > Hire Employee > New Hire | 41,808.00 | 41,808.00 |

If no data populates - No Data Available



## Bonus & One Time Payments

| Effective Date | Reason | Actual Amount |
|---|---|---|
| Feb 19, 2021 | One-Time Payment > One-Time Payment > Key Contributor Award - Cash | 10.00 |
| Mar 27, 2020 | One-Time Payment > One-Time Payment > Annual Bonus | 1,448.00 |
| Mar 29, 2019 | One-Time Payment > One-Time Payment > Annual Bonus | 291.00 |

If no data populates - No Data Available

## Merit

| Effective Date | Reason | Actual Amount | Change Amount | Total Salary Current |
|---|---|---|---|---|

If no data populates - No Data Available

## Job History

| | |
|---|---|
| **Effective Date:** | Mar 23, 2021 |
| **Position:** | P147571 Care Coordinator - Tiffany Russell (250021) |
| **Process - Job Change Reason:** | Terminate: Tiffany Russell (250021) |
| **Job Change Reason:** | Terminate Employee > Involuntary > Work Performance/Behavior |
| **Supervisory Organization:** | Spv., Medical Management (Non-Clinical) (Terrie Fain-Holloway (265742)) |
| **Company:** | |
| **Cost Center:** | |
| **Department ID:** | |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Remote-AR (-10) |
| **Scheduled Weekly Hours:** | 40 |

| | |
|---|---|
| **Effective Date:** | Jun 9, 2019 |
| **Position:** | P147571 Care Coordinator - Tiffany Russell (250021) |
| **Process - Job Change Reason:** | Data Change: Tiffany Russell (250021) |
| **Job Change Reason:** | Terminate Employee > Involuntary > Work Performance/Behavior |
| **Supervisory Organization:** | Spv., Medical Management (Non-Clinical) (Terrie Fain-Holloway (265742)) |
| **Company:** | |
| **Cost Center:** | |
| **Department ID:** | |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Remote-AR (-10) |
| **Scheduled Weekly Hours:** | 40 |

| | |
|---|---|
| **Effective Date:** | May 19, 2019 |
| **Position:** | P147571 Care Coordinator - Tiffany Russell (250021) |
| **Process - Job Change Reason:** | Data Change: Tiffany Russell (250021) |

Aug 5, 2022 1:27 PM



## Job History

| | |
|---|---|
| **Job Change Reason:** | Terminate Employee > Involuntary > Work Performance/Behavior |
| **Supervisory Organization:** | Supervisor, Medical Management (Lauren Grounds (262094) (Inherited)) (inactive) |
| **Company:** | |
| **Cost Center:** | |
| **Department ID:** | |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Remote-AR (-10) |
| **Scheduled Weekly Hours:** | 40 |

| | |
|---|---|
| **Effective Date:** | Sep 18, 2018 |
| **Position:** | P147571 Care Coordinator - Tiffany Russell (250021) |
| **Process - Job Change Reason:** | Data Change: Tiffany Russell (250021) |
| **Job Change Reason:** | Terminate Employee > Involuntary > Work Performance/Behavior |
| **Supervisory Organization:** | Supervisor, Medical Management (Lauren Grounds (262094) (Inherited)) (inactive) |
| **Company:** | |
| **Cost Center:** | |
| **Department ID:** | |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Little Rock - One Allied Dr, Ste 2520 (AR Total Care)(10412) |
| **Scheduled Weekly Hours:** | 40 |

| | |
|---|---|
| **Effective Date:** | Sep 17, 2018 |
| **Position:** | P147571 Care Coordinator - Tiffany Russell (250021) |
| **Process - Job Change Reason:** | Hire: Tiffany Russell (250021) |
| **Job Change Reason:** | Terminate Employee > Involuntary > Work Performance/Behavior |
| **Supervisory Organization:** | Supervisor, Care Coordination (Eugenia McCurrie (205890)) |
| **Company:** | |
| **Cost Center:** | |
| **Department ID:** | |
| **Worker Type:** | Regular |
| **Job Profile (based on effective date):** | 211037 - Care Coordinator |
| **Job Title:** | Care Coordinator |
| **Location:** | Little Rock - One Allied Dr, Ste 2520 (AR Total Care)(10412) |
| **Scheduled Weekly Hours:** | 40 |

If no data populates - No Data Available





## Job Profile

| | |
|---|---|
| **Date:** | Mar 23, 2021 |
| **Reason:** | Terminate: Tiffany Russell (250021) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Terminate Employee > Involuntary > Work Performance/Behavior |
| **Job Profile Name:** | Care Coordinator |
| **Job Code:** | 211037 |
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification: Valid driver's license and automobile insurance.<br><br>For PA Health & Wellness Plan: High school diploma or equivalent. 1+ years of experience working in a Managed Care Organization or Healthcare organization.<br><br>For New Jersey: High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients preferred. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |
| **Date:** | Jun 9, 2019 |
| **Reason:** | Data Change: Tiffany Russell (250021) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Data Change > Transfer > Change Manager |
| **Job Profile Name:** | Care Coordinator |
| **Job Code:** | 211037 |

## Job Profile

| | |
|---|---|
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance.<br><br>For PA Health & Wellness Plan: High school diploma or equivalent. 1+ years of experience working in a Managed Care Organization or Healthcare organization. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |
| | |
| **Date:** | May 19, 2019 |
| **Reason:** | Data Change: Tiffany Russell (250021) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Data Change > Data Changes > Change Location |
| **Job Profile Name:** | Care Coordinator |
| **Job Code:** | 211037 |
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification:   Valid driver's license and automobile insurance. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |



## Job Profile

| | |
|---|---|
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |

| | |
|---|---|
| | |
| **Date:** | Sep 18, 2018 |
| **Reason:** | Data Change: Tiffany Russell (250021) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Data Change > Transfer > Change Manager |
| **Job Profile Name:** | Care Coordinator |
| **Job Code:** | 211037 |
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification: Valid driver's license and automobile insurance. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |

| | |
|---|---|
| | |
| **Date:** | Sep 17, 2018 |
| **Reason:** | Hire: Tiffany Russell (250021) |
| **Job Profile:** | Care Coordinator |
| **Job Change Reason:** | Hire Employee > Hire Employee > New Hire |
| **Job Profile Name:** | Care Coordinator |

Aug 5, 2022 1:27 PM



## Job Profile

| | |
|---|---|
| **Job Code:** | 211037 |
| **Job Profile Summary/ Education/ Experience:** | Position Purpose:<br>Provide specialty service care coordination to beneficiaries. Ensure appropriate services are delivered by specialty providers and ensure continuity of care across services. Responsible for the total care plan, encompassing all services and plans related to beneficiaries. Provide case management complying with Conflict Free Case Management rules.<br><br>Education/Experience:<br>High school diploma or equivalent. Bachelor's degree in social science or health-related field or 1+ years of experience caring for developmentally or intellectually disabled or behavioral health clients.<br><br>License/Certification: Valid driver's license and automobile insurance. |
| **Management Level:** | 15 Individual Contributor |
| **Job Family:** | Med Management<br>Health Plans |
| **Job Category:** | Non-Officer |
| **Job Classification:** | 5 - Administrative Support Workers (EEO-1 Job Categories-United States of America) |
| **Responsibilities** | |
| **Responsibility:** | Provide health education and coaching to members tailored to issues identified within treatment and service plans<br>Coordinate with various healthcare providers for diagnostics, ambulatory care, and hospital services<br>Assist members with social determinants of health including access to exercise and healthy food<br>Promote activities focused on the health of a patient and their community, including without limitation outreach, quality improvement, and patient panel management<br>Coordinate community-based management of medication therapy |
| | If no data populates - No Data Available |

CENTENE
Corporation

## Job and Position History from Previous System

| JobHist Effective Date | Reason | Description |
|---|---|---|
| | | |

If no data populates - No Data Available

Aug 5, 2022 1:27 PM

## Compensation History from Previous System

| Effective Date | Reason | Amount | Frequency | Change Amount | Description |
|---|---|---|---|---|---|
| | | | | | |

If no data populates - No Data Available

## Certifications

| Certification Name | Certifier or Issuer | Issued Date | Expiration Date |
|---|---|---|---|
| Person Centered Thinking - The Learning Community for Person Centered Practices (TLCPCP) | The Learning Community for Person Centered Practices (TLCPCP) | Apr 11, 2019 | Apr 11, 2021 |

If no data populates - No Data Available

## Reviewed Documents

| Document | Effective Date | Signature Type | Signer/s | Signature Date | Signature Statement |
|---|---|---|---|---|---|
| | | | | | |

If no data populates - No Data Available

## Generated Documents

| Document | Signature Type | Signer/s | Signature Date | Signature Statement |
|---|---|---|---|---|
| | | | | |

If no data populates - No Data Available

## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Inclusive and Responsible Workplace Learning for Individual Contributors | Web Based | Mar 17, 2021 | Centenes HR Compliance team, in partnership with the Diversity &amp; Inclusion office and Centene University delivers the Inclusive and Responsible Workplace Learning to ensure employees have been exposed to best practices and policies to sustain an equitable workplace. Centene values diversity of thought and an inclusive working environment, and is committed to creating and maintaining a respectful workplace free of discrimination and harassment of any kind. Every Centene employee has a personal responsibility for maintaining an inclusive and responsible workplace culture. This learning enables employees to identify the following aspects of an inclusive workplace culture and implement these core values in their everyday work and interactions: Understand your role in ensuring an inclusive and responsible workplace Avoid interactions that could put you or the organization at risk regarding harassment or discrimination Solve real-life situations through simulations and provide solution-based guidance |



## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Compliance: Privacy and Confidentiality Annual Learning | Web Based | Mar 17, 2021 | In this course, you will learn about how Centene Corporation has established policies and procedures designed to manage Confidential Information and prevent the inadvertent disclosure and misuse of such information.<br><br>Learning Objectives:<br>1.Recognize key data privacy regulations.<br>2.Demonstrate how to safeguard and protect confidential information.<br>3.Describe your role in recognizing and reporting data privacy incidents. |
| PCT CM vILT - Participant Guide | Document Based | Mar 11, 2021 | Person Centered Thinking  Participant Guide |
| Person Centered Thinking - Moving to Support | Web Based | Mar 11, 2021 | This is the final segment of the Person Centered Thinking lecture series. It covers how to move from fixing to supporting.<br><br>Upon completion of this lecture, you will be able to define the difference between fixing and supporting a person, support a person to find purpose and meaning in their life, conduct a meaningful conversation to discover better information about a person, and identify and reflect on your own personal biases. |
| Person Centered Thinking - Promoting Positive Control | Web Based | Mar 11, 2021 | <p>This is the third video of the Person Centered Thinking Refresher series.</p><p>Objectives:</p><p> After completing this lecture, you will be able to:</p><ul><li>Describe power over and power with environments. </li><li>Explain how boundaries are imposed on choice for all.  </li><li>Empower other to make informed choices.</li></ul> |
| Person Centered Thinking - Core Concepts | Web Based | Mar 10, 2021 | <p>This is the second video of the Person Centered Thinking Refresher series.</p><p>Objectives:</p><p> After completing this lecture, you will be able to:</p><ul><li>Define what is important to a person and what is important for a person. </li><li>Connect what is important for a person to what is important to a person to support a better balance between them.  </li><li>Explain how Person Centered Thinking is for all</li></ul> |
| Person Centered Thinking - Overview | Web Based | Mar 10, 2021 | <p>This video provides an overview of Person Centered Thinking. It is the first video in the series.</p> |
| PCT Lecture Series - Part 1- Participant Guide | Document Based | Mar 10, 2021 | Person Centered Thinking  Participant Guide |
| ARTC: CM Referrals Training | Classroom | Feb 25, 2021 | This training is for Arkansas Total Care Care Coordinators and will discuss Case Manager (CM) Referrals in TruCare. |



## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Centene SECURE: Outwitting Internet Phishers | Web Based | Feb 11, 2021 | \<p>Because today's computers and networks are heavily defended from a direct assault, hackers are now much more likely target end-users when trying to break in. If hackers can trick you into divulging your username and password or inadvertently infecting your computer with malicious software, they can use your computer as a launching point to further penetrate your organization's network. This HTML5-based, iPad-compatible course uses high-quality video and real-world simulations to teach best practices for recognizing and preventing phishing attacks. Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com.\</p> |
| Setting Team and Employee Goals Using SMART Methodology | Web Based | Feb 5, 2021 | Employee goals should be driven by the organization's needswhether it's to cut costs, drive revenue, or build skillsand keep employees motivated to succeed. Mike Figliuolo, managing director of thoughtLEADERS, helps you set employee goals that are SMART: specific, measurable, achievable, relevant, and time-bound. Using the SMART framework, he shows you how to develop goals that are achievable and appropriate to your employees' roles. Mike walks you through bottom-up, zero-based, commit, and stretch goals. He also helps you use goals to change behaviors, build new skills among employees, and make goals actionable with incentives. He concludes with a comprehensive plan for setting and implementing goals, and tips on dealing with challenges such as conflicting goals. |
| Unconscious Bias | Web Based | Feb 1, 2021 | We're all biased. Our experiences shape who we are, and our race, ethnicity, gender, height, weight, sexual orientation, place of birth, and other factors impact the lens with which we view the world. In this course, diversity expert Stacey Gordon helps you recognize and acknowledge your own biases so that you can identify them when making decisions, and prevent yourself from making calls based on a biased viewpoint. Stacey explains some of the most common forms that a bias takes: affinity bias, halo bias, perception bias, and confirmation bias. She helps you recognize the negative effects of bias within your organization, as well as the benefits to be realized by uncovering bias in decision-making processes. Finally, she outlines strategies for overcoming personal and organizational bias. |
| WellCare: myLRN-Clinical Services-Community Health Worker | Document Based | Feb 1, 2021 | A Learning Roadmap is a comprehensive training plan created for your specific department and role. This Learning Roadmap applies to the following job titles:  Community Health Worker,Community Outrch Ovrst Coord |
| Community Health: Conflict Resolution Module | Web Based | Dec 17, 2020 | |
| Module 02-Customer Service Self Reading 2 | Document Based | Dec 17, 2020 | What is the "Patient Experience"? |
| Module 02-Customer Service Self Reading 1 | Document Based | Dec 17, 2020 | The Silver Lining of Customer Problems |
| Module 02-Customer Service Video 4 | Web Based | Dec 17, 2020 | The Next Revolution in Health Care? Empathy |
| Module 02-Customer Service Video 3 | Web Based | Dec 17, 2020 | TEDxMaastricht-Fred Lee-'Patient Satisfaction on Patient Experience?' |
| Module 02-Customer Service Video 2 | Web Based | Dec 17, 2020 | Creating an Unmatched Customer Experience |



## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Module 02-Customer Service Video 1 | Web Based | Dec 17, 2020 | Essentials For Creating a Differentiated Customer Experience |
| CHW 2017: Customer Service Assessment | Document Based | Dec 17, 2020 | |
| Community Health: Customer Service Module | Web Based | Dec 17, 2020 | |
| Module 01-Community Health Training Self Reading | Document Based | Dec 17, 2020 | The C3 Project: Understanding Scope and Competencies: A Contemporary Look at the United States Community Health Worker Field: BUILDING NATIONAL CONSENSUS ON CHW CORE ROLES, SKILLS, AND QUALITIES |
| Module 01-Community Health Training Video 4 | Web Based | Dec 17, 2020 | Making the Business Case: Community Health Investments Yield Results |
| Module 01-Community Health Training | Web Based | Dec 17, 2020 | Making the Business Case: Community Health Workers Bridge Health Care Gap |
| Module 01-Community Health Training Video 2 | Web Based | Dec 17, 2020 | Filling the Gap with Community Health Workers |
| Module 01-Community Health Training Video 1 | Web Based | Dec 17, 2020 | Can Ordinary Citizens Help Fill Gaps In U.S. Health Care? |
| CHTraining 2017: Community Health Worker | Document Based | Dec 17, 2020 | |
| Compliance: Conflict of Interest and Gifts Annual Learning | Web Based | Dec 2, 2020 | <p>COI and Gifts Learning Objectives: 1. Identify conflicts 2. Explain disclosure process 3. Understand when to disclose</p> |
| HR Workday - Set Your Goals | Web Based | Nov 13, 2020 | This video provides a guide to setting goals in Workday. |
| Centene Physical Security: What We All Need To Know_Annual Learning | Web Based | Nov 12, 2020 | Upon completion of this training you will: Recall the roles and services provided by Centene Corporate Physical Security and identify where to get the help you need. Explain physical security policies and why they are vital to the success, safety and security of the company. Recall the badge process and how to request changes to access levels. Describe the options for reporting emergencies, threats or other security concerns. |
| Remote Employee HIPAA Desk Audit Attestation & Agreement | Document Based | Nov 2, 2020 | An attestation for all Arkansas Health and Wellness, Arkansas Total Care, and QualCoice employees to agree to comply with Remote employee HIPAA policy. Learning Objectives: 1.Read and agree with remote employee HIPAA policy. 2.Comply with remote employee HIPAA policy. 3.Recall criteria for compliance of the remote employee HIPAA policy. |
| Compliance: General Compliance and Code of Conduct Annual Learning | Web Based | Nov 2, 2020 | This course will introduce employees to the Code of Conduct and topics that will guide them to uphold the Companys policy of conducting itself in an ethical manner. The learning will share Compliance resources and reiterate that all employees have an obligation to immediately report anything that may be a questionable practice Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporations Code of Conduct Policy (CC.COMP.00). |



## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| General Compliance Training Medicare Parts C and D | Web Based | Oct 23, 2020 | This course is to satisfy CMS mandated General Compliance Training |
| TruCare 8.0 Upgrade: Core Fundamentals Part B | Classroom | Sep 30, 2020 | This virtual instructor-led event is intended for TruCare Classic end users. This session is not intended for TruCare Cloud end users. This session will include topics on basic, system navigation. This session is a continuation of TruCare 8.0 Upgrade: Core Fundamentals Part A. Please do not take this course until you have completed Part A. |
| TruCare 8.0 Upgrade: Core Fundamentals Part B | Classroom | Sep 30, 2020 | This virtual instructor-led event is intended for TruCare Classic end users. This session is not intended for TruCare Cloud end users. This session will include topics on basic, system navigation. This session is a continuation of TruCare 8.0 Upgrade: Core Fundamentals Part A. Please do not take this course until you have completed Part A. |
| TruCare 8.0 Upgrade: Core Fundamentals Part B Attestation | Document Based | Sep 22, 2020 | This attestation is intended for TruCare Classic end users (i.e., this attestation is not intended for TruCare Cloud end users). This is an attestation for TruCare Classic end users to confirm that they have attended the TruCare 8.0 Upgrade: Core Fundamentals Part B virtual instructor-led sessions. |
| APEX: Propelling Centene Forward \| Customer Centricity Tools | Blended | Sep 22, 2020 | This episode in your APEX: Propelling Centene Forward digital learning experience will enhance your customer-centric mindset by showing you how to put the tools of design thinking into practice with your customers. |
| Customer Journey Maps and Problem Statements | Web Based | Sep 22, 2020 | \<p>The entry in the APEX: Propelling Centene Forward \| Customer Centricity Tools curriculum introduces the learner to the following design thinking tools: customer journey maps and problem statements.\</p> |
| Empathy Maps | Web Based | Sep 22, 2020 | \<p>The entry in the APEX: Propelling Centene Forward \| Customer Centricity Tools curriculum introduces the learner to the following design thinking tool: empathy maps.\</p> |
| Customer Interviews and Personas | Web Based | Sep 22, 2020 | \<p>The entry in the APEX: Propelling Centene Forward \| Customer Centricity Tools curriculum introduces the learner to the following design thinking tools: customer interviews and personas.\</p> |
| Get Connected From Home - Corporate Owned Devices | Web Based | Sep 22, 2020 | Learn how to get connected to the Centene Network using a corporate owned device. |
| TruCare 8.0 Upgrade Core A Makeup Session | Web Based | Sep 16, 2020 | |
| APEX: Propelling Centene Forward \| Resilience & Perseverance | Blended | Sep 9, 2020 | \<p>\<br>This episode in your APEX: Propelling Centene Forward digital learning experience will empower you to overcome obstacles and turn adversity into opportunity both at work, and at home. \</p>\<br> |
| LEAD Sequence | Web Based | Sep 9, 2020 | Lead, Sequence, Resilience, Perseverance, APEX, |
| CORE Dimensions | Web Based | Sep 9, 2020 | CORE, Dimensions, Resilience, Perseverance, APEX |
| Adversity Quotient | Web Based | Sep 9, 2020 | \<p>APEX, Adversity Quotient, Resilience, Perseverance\</p> |



## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| TruCare 8.0 Navigating the Member Record | Web Based | Aug 26, 2020 | *THIS COURSE MUST BE COMPLETED IN GOOGLE CHROME* Viewing in any other browser may cause errors with the module.<br><br>This course is a high level overview of how to navigate and basic information about the TruCare 8.0 Member Record Navigation. Centene has customized TruCare 8.0 to fit our needs and there may be some slight differences in our Production environment from what is contained in this eLearning. |
| TruCare 8.0 Menu Bar | Web Based | Aug 26, 2020 | *THIS COURSE MUST BE COMPLETED IN GOOGLE CHROME* Viewing in any other browser may cause errors with the module.<br><br>This course is a high level overview of how to navigate and basic information about the TruCare 8.0 Menu Bar. Centene has customized TruCare 8.0 to fit our needs and there may be some slight differences in our Production environment from what is contained in this eLearning. |
| Compliance: Privacy and Confidentiality Learning | Web Based | Mar 31, 2020 | This mandatory course will assist employees in complying with applicable privacy rules, regulations and requirements. The course will also help employees apply concepts to their role. The course will cover defining the term data privacy, recognizing key data privacy regulations, demonstrate how to safeguard and protect confidential information and describe your role in recognizing and reporting data privacy incidents. |
| PCT 4th Quarter Post-Test Case Study | Document Based | Mar 30, 2020 | Read this case study to answer the questions on the PCT 4th Quarter Post Test |
| Inclusive and Responsible Workplace Learning for Employees | Web Based | Feb 7, 2020 | <p>Inclusive and Responsible Workplace Learning for Employees </p> |
| Compliance: Administrative Firewalls Learning | Web Based | Dec 30, 2019 | <p>Centene Corporation has established policies, procedures, and technical safeguards (collectively Administrative Firewalls) designed to manage Confidential Information and prevent the inadvertent disclosure and misuse of such information within the Company.</p> |
| PCT 2nd Quarter Post-Test Case Study | Document Based | Oct 16, 2019 | Read this case study to answer the PCT 2nd Quarter Post-Test Learning Assignment. |
| Compliance: Fraud, Waste, and Abuse Annual Learning | Web Based | Oct 16, 2019 | <p>This course is designed to help employees to meet their Fraud, Waste, and Abuse annual training requirment.</p> |
| Centene SECURE: Security Awareness Essentials Test-Out | Web Based | Aug 19, 2019 | <p>This security awareness training course covers key security best practices end users should follow so they can prevent, detect, and respond to information security threats. While it is designed to cover all of the essential topics, such as, password management, identity theft, malware, social engineering, phishing, spear phishing, physical security, Business Email Compromise (BEC), travel safety, mobile data, privacy and acceptable use, this course is adaptive which means you can test out of sections for topics you already know well with an exam at the beginning of the course. Course Duration: 10-40 mins. depending on Information Security knowledge. Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com.</p> |
| PCT 2nd Quarter Test | Document Based | Aug 19, 2019 | This test is designed to determine if classroom learning has been retained and if skills are being used in the field. |

Aug 5, 2022 1:27 PM

**CENTENE** *Corporation*

## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Compliance: General Compliance & Business Ethics Training | Web Based | Jul 18, 2019 | This course will help employees understand compliance requirements and apply related concepts in their daily roles. The training will reiterate that all employees have an obligation to immediately report anything that may be a questionable practice. Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporation's Business Ethics & Code of Conduct Policy. |
| APEX: Igniting Leadership \| Talent Multiplier | Web Based | Jul 18, 2019 | <p>In this course, you will explore Centene's leadership model pillar <strong>Talent Multiplier </strong>, which includes building a personalized leadership action plan to ensure your continued success in being a <strong>Talent Multiplier Leader</strong>.</p> |
| ARTC: Care Coordinator Training | Classroom | Jun 26, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| ARTC: Care Coordinator Training | Classroom | Jun 26, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| ARTC: Care Coordinator Training | Classroom | May 15, 2019 | Two-day refresher training for Care Coordinators with Arkansas Total Care.  During this training, care coordinators will be introduced to the PASSE model of care, their roles and responsibilities and best practices to support our members and their families. |
| Person Centered Thinking (PCT) | Classroom | Apr 29, 2019 | PCT is a fundamental training offered to provide participants with the basic knowledge on how to facilitate the use of PCT skills to discover what is important to and important for and finding the balance needed to best support them in achieving their desired outcomes. |
| Person Centered Thinking (PCT) | Classroom | Apr 29, 2019 | PCT is a fundamental training offered to provide participants with the basic knowledge on how to facilitate the use of PCT skills to discover what is important to and important for and finding the balance needed to best support them in achieving their desired outcomes. |
| Cornerstone: End User Skills | Web Based | Apr 29, 2019 | This course prepares you with the skills to take full advantage of the Cornerstone OnDemand (CSOD) Learning Management System (LMS)  and should take about 35 minutes to complete as it includes a timed 20 min test. |
| Centene: Your Development | Blended | Apr 29, 2019 | <p>This curriculum comprises module three of the Welcome to Centene new hire orientation series focusing on professional development software and skills such as:</p><p>Workday</p><p>Cornerstone OnDemand</p><p>Interpersonal Communication</p> |
| Workday: Contact Information | Document Based | Apr 29, 2019 | This Workday quick guide provides instructions for maintaining and modifying: contact information, personal information, emergency contact information, photos, and legal and preferred names. This information is maintained in the Workday Personal Information worklet. Employees are responsible for keeping their information current. If printing, it is best printed in landscape orientation. Saving Workday printed materials is not recommended since the materials are subject to change with Workday updates. |

**CENTENE** *Corporation*

## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Centene: Your Development Introduction by Shannon Bagley | Web Based | Apr 29, 2019 | Shannon Bagley, Senior Vice President, Human Resources introduces you to Module three of the Welcome to Centene series. |
| APEX: Igniting Leadership \| Principled Agility | Web Based | Apr 29, 2019 | <p>In this module you will explore Centene's leadership model pillar <strong>Principled Agility </strong>building a personalized leadership action plan to ensure your continued success in being a <strong>Principled Agility Leader</strong>.</p> |
| Compliance: Privacy and Confidentiality Training | Web Based | Apr 23, 2019 | This mandatory training course will assist employees in complying with applicable privacy rules, regulations and requirements. The course will also help employees apply concepts to their role. The course will cover defining the term data privacy, recognizing key data privacy regulations, demonstrate how to safeguard and protect confidential information and describe your role in recognizing and reporting data privacy incidents. |
| Cornerstone: How to Assign Training to Direct Reports - Managers | Document Based | Mar 25, 2019 | This document will show managers how to assign training to their direct and indirect reports. |
| Email Retention Training 2.0 | Web Based | Mar 25, 2019 | Upon completion of the course, participants will be able to: Locate Email Retention Policy Identify which email to retain and how long: and demonstrate how properly retain email |
| Customer Service Skills: Quick Tips - Promoting Web Options | Web Based | Mar 25, 2019 | A quick guide on how call center agents can promote web options over the phone. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Thanking the Caller | Web Based | Mar 25, 2019 | A quick guide on how call center agents can better thank the caller. There is no audio with this module. |
| Customer Service Skills: Quick Tips - HIPAA Verification | Web Based | Mar 22, 2019 | An overview of the HIPAA verification process for call center agents. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Displaying a Willingness to Assist | Web Based | Mar 22, 2019 | This course is a quick guide on the how and why to display a willingness to assist. There is no audio with this module. |
| Customer Service Skills: Quick Tips - Expressing Empathy | Web Based | Mar 22, 2019 | This module is a quick guide on how call center agents can better express empathy to callers. There is no audio with this module. |
| Centene Chat: Introducing Chat Option for Members - Procedures and Best Practices | Web Based | Mar 22, 2019 | Introduction to chat, procedures and best practices |
| Customer Service Skills: Quick Tips - Verifying Primary Care Physicians (PCP) | Web Based | Mar 22, 2019 | This is a quick course on the importance of verifying callers' primary care providers. |
| APEX: Igniting Leadership \| Results-Oriented | Web Based | Mar 22, 2019 | <p>In this course, you will explore Centene's leadership model pillar <strong>Results-Oriented</strong>, which includes building a personalized leadership action plan to ensure your continued success in being a <strong>Results-Oriented Leader</strong>.</p> |



## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Centene SECURE: Outwitting Internet Phishers | Web Based | Mar 1, 2019 | Because today's computers and networks are heavily defended from a direct assault, hackers are now much more likely target end-users when trying to break in. If hackers can trick you into divulging your username and password or inadvertently infecting your computer with malicious software, they can use your computer as a launching point to further penetrate your organization's network. This HTML5-based, iPad-compatible course uses high-quality video and real-world simulations to teach best practices for recognizing and preventing phishing attacks. Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com Users with disabilities who require assistance completing this training should request accommodations at Centene.SECURE@Centene.com |
| Inclusive and Responsible Workplace Training | Web Based | Feb 10, 2019 | Inclusive and Responsible Workplace Training |
| Compliance: Gifts, the Workplace, and You Training | Web Based | Dec 18, 2018 | The purpose of this training course is to assist you in becoming more familiar with applicable policies and procedures regarding giving and receiving gifts in the workplace. Our compliance with these policies and procedures helps reduce risk to the Company and protects our business integrity. |
| Administrative Firewalls Training Final V3 | Web Based | Dec 18, 2018 | Centene Corporation has established policies, procedures, and safeguards designed to manage the confidential Information of external customers and prevent the inadvertent disclosure or misuse of such information. This course will help you to understand the administrative firewalls designed to protect confidential information, recognize your role and responsibility in safeguarding this information, and identify the procedures for reporting known or suspected breaches of confidential information within Centene. |
| Compliance: Fraud, Waste and Abuse Annual Training | Web Based | Oct 30, 2018 | Compliance: Fraud, Waste and Abuse Annual Training |
| Compliance: General Compliance and Business Ethics Training | Web Based | Oct 30, 2018 | This course will help employees understand compliance requirements and apply related concepts in their daily roles. The training will reiterate that all employees have an obligation to immediately report anything that may be a questionable practice. Employees will be asked to attest that they have read, understand, and agree to abide by Centene Corporation?s Business Ethics & Conduct Policy. |
| Email Retention Policy Overview | Web Based | Oct 22, 2018 | This course is designed to provide an overview of Centene's Email Retention Policy, as well as how to properly retain email in accordance with company policy. |
| Records and Information Management Training 2.0 | Web Based | Oct 18, 2018 | This course will provide an overview of records management and show you how to tell the difference in records from non-records. This course is intended for all employees both regular and contingent. |
| Medical Management: Department Overview - Part 2 | Web Based | Oct 11, 2018 | This course is intended for all departments and is designed to provide an overview of Case Management and Disease Management at Centene. |



## Career Training

| Training Name | Training Type | Completed On | Description |
|---|---|---|---|
| Centene SECURE: Security Awareness Essentials | Web Based | Sep 19, 2018 | This security awareness training course covers key security best practices end users should follow so they can prevent, detect, and respond to information security threats. It is designed to cover all of the essential topics in approximately 35-40 minutes, such as, password management, identity theft, malware, social engineering, phishing, spear phishing, physical security, Business Email Compromise (BEC), Internet of Things (IoT), travel safety, mobile data, privacy and acceptable use. Course Duration: 35-40 mins |
| Concur Expense Report User Guide | Document Based | Sep 19, 2018 | This document contains instructions on how to complete an expense report and other basic functionality of the Concur Expense system. |
| Medicare 201 | Document Based | Sep 19, 2018 | Overview of Medicare-Medicaid Plans and Dual Special Needs Plans |
| Compliance: Privacy and Confidentiality Training | Web Based | Sep 19, 2018 | The mandatory training will assist employees in complying with applicable requirements and applying concepts in their role. The course will cover:<br>-The definition of the term privacy;<br>-The laws that govern privacy;<br>-The concept of confidentiality;<br>-How to safeguard and protect sensitive information; and<br>-Your role in reporting a privacy or security incident. |
| 2018 Benefit Enrollment | Web Based | Sep 19, 2018 | |
| Compliance: Conflict of Interest Training Course | Web Based | Sep 17, 2018 | |
| Diversity, Inclusion and You | Web Based | Sep 17, 2018 | A cultural diversity course. |

If no data populates - No Data Available

## Performance Review - Completed

| Review Category | Review Category | Start Date | End Date | Overall Rating - Manager |
|---|---|---|---|---|
| Disciplinary Action | Performance Improvement (PIP) | Dec 18, 2020 | Feb 18, 2021 | |
| Disciplinary Action | Performance Improvement (PIP) | Mar 10, 2020 | Jun 30, 2020 | |
| Performance Review | 2020 Performance Review | Jan 1, 2020 | Dec 31, 2020 | DM – Does Not Meet Expectations |
| Disciplinary Action | Performance Improvement (PIP) | Aug 15, 2019 | Oct 15, 2019 | |
| Performance Review | 2019 Performance Review | Jan 1, 2019 | Dec 31, 2019 | PM – Partially Meets Expectations |
| Performance Review | 2018 Performance Review | Jan 1, 2018 | Dec 31, 2018 | Valued Performer |

If no data populates - No Data Available

## Disciplinary Action

| | |
|---|---|
| | Performance Improvement (PIP) |
| Performance (United States of America) | Review - Start Date |
| | Dec 18, 2020 |
| | Review - End Date |
| | Feb 18, 2021 |
| Manager Acknowledgement | Employee Acknowledgement |
| Comment | Comment |
| | |

Aug 5, 2022 1:27 PM



## Disciplinary Action

| Entered By | Entered By |
|---|---|
| Terrie Fain-Holloway (265742) | Tiffany Russell (250021) |
| **Date Initiated** | **Date Initiated** |
| Dec 24, 2020 10:01 PM | Dec 18, 2020 12:22 PM |
| | |
| **Overview** | **Overview** |
| The following have been identified as gaps in your performance: | You are expected to meet the requirements of this Performance Improvement Plan and consistently maintain performance at an acceptable level on an ongoing basis.  Failure to do so may result in further disciplinary action up to and including termination of employment.  The following standards are expected of you in the future: |
| | |

Aug 5, 2022 1:27 PM



## Disciplinary Action

This PIP summarizes our previous conversation regarding your professional behavior and overall work performance. We have discussed your professional behavior and performance on multiple occasions via email and coaching sessions.

You have consistently failed to meet the following expectations:
1. Departmental goals for monthly contacts (MC) of 75% by the 15th of the month
2. PCSP Plan Conversion (PCSP) of 90% of greater.
3. Failure to utilize WebClock for clocking in and out daily
4. Consistently fail to meet deadlines and complete required trainings.

**Monthly Contacts**
In October your caseload was reduced to 35 members. Your October MC quality score was 31% and PCSP quality score was 0%.

On November 16th an action plan was given by leadership to help improve the following quality scores MC (14%) and PCSP (0%).

On November 23rd, you fail to meet the requirements of this action plan and ended the month of November with a quality score of 42% for MC and 0% for PCSP. Your quality score for PCSP is 0% and MC quality score is 40%.

**PCSP Plan Conversion**
On November 30th, you submitted a corrective action plan to complete 30 PCSPs by December 18th.

As of December 16th, you fail to meet the requirements of your action plan.

**Poor Utilization of WebClock**
On December 7th, leadership was unable to approve your timesheets due to exceptions for November 24th. Your timesheet showed 8 hours of leave and 7 hours of clocked time. On December 17th, you were advised working off the clock was a violation of policy.

**Failure to Meet Deadlines**
On November 11th, 12th and 23rd you were advised to follow-up on past due Centene University trainings and special work project (DHS Retro file review).

Tiffany, your overall professional behavior and performance must improve. Specifically, you must complete PCSP Plan Conversion goal by December 31st. Your quality metric score for monthly contact must improve to 75% by the 15th of each month and must be sustain. You must follow all departmental rules and corporate policies related to time keeping and deadlines. Failure to meet the required standards may result in termination of your employment

Tiffany, in order to achieve immediate and sustained improvements, the following action plan was developed to assist you in meeting the critical goals necessary for your performance improvement plan. Follow leadership guidance: Apply tips and feedback given by leadership to improve quality and performance
Review failing and passing quality scores to determine trends
Review ARTC Member Contact Assessment and ARTC PCSP Assessment guide as a refresher
Offer feedback, input and suggestions on how to best help you complete a task
Respond to emails, phone calls and deadline in timely manner
Review timekeeping and attendance policies

**Monthly Contacts-MC**
Frontload calls the first week of each month- attempt to call members within one week to allow time to follow-up with member unable to reach
Reach 75% by the 15th of each month
Reattempt any "unsuccessful" contacts or newly added by the 15th or as soon as possible
Must achieve monthly contacts by January 15th, 2021

**Person Centered Service Plans Conversions-PCSP**
Complete at least 5 PCSP Plan Conversion each day before December 31st
December 18th – 5 or more plans
December 21st -5 or more plans
December 22nd – 5 or more plans
December 23rd- 5 or more plans
December 28th- 5 or more plans
December 29th- 5 or more plans
December 30th- 5 or more plans

As always, I am available should you have questions or need further guidance. We will plan to meet as a follow-up to this plan bi-weekly on Fridays in order to gauge your progress.

| | |
|---|---|
| | **Performance Improvement (PIP)** |
| Performance (United States of America) | **Review - Start Date** |

Aug 5, 2022 1:27 PM



## Disciplinary Action

|  | Mar 10, 2020 |
|  | **Review - End Date** |
|  | Jun 30, 2020 |
| **Manager Acknowledgement** | **Employee Acknowledgement** |
| **Comment** | **Comment** |
|  | I, Tiffany Russell agree to the terms of this agreement. I will work diligently to improve and maintain satisfactory job performance. |
| **Entered By** | **Entered By** |
| Terrie Fain-Holloway (265742) | Tiffany Russell (250021) |
| **Date Initiated** | **Date Initiated** |
| Mar 13, 2020 12:59 PM | Mar 13, 2020 9:05 AM |
|  |  |
| **Overview** | **Overview** |
| The following have been identified as gaps in your performance: | You are expected to meet the requirements of this Performance Improvement Plan and consistently maintain performance at an acceptable level on an ongoing basis. Failure to do so may result in further disciplinary action up to and including termination of employment. The following standards are expected of you in the future: |
|  |  |

<table>
<tr><td colspan="5">This PIP summarizes our conversation on February 21, 2020 regarding your performance related to quality metric scores. We have discussed your quality scores previously during our one-on-one coaching meetings on November 8th and 22nd, December 5th, January 10th, February 17th and 21st. You have missed your goal of 75% for face-to-face (F2F) visits and 90% for service plans (PCSP) the last four months:</td><td>Tiffany, in order to achieve immediate and sustained improvements, the following action plan was developed to assist you in meeting the critical goals necessary for you performance improvement plan. Apply tips and feedback given by leadership to improve quality Clearly and concisely document each call as outlined in AR Care Coordination V2 note<br>Review failing and passing scores to determine trends</td></tr>
<tr><td>December</td><td>F2F</td><td>33.33%</td><td>PCSP</td><td>14.58%</td><td>Quarterly F2F<br>Attempt to reach 25% of membership by each month</td></tr>
<tr><td>January</td><td>F2F</td><td>9.38%</td><td>PCSP</td><td>15.63%</td><td>50% of member with a F2F visits by the end of second month of quarter (May)</td></tr>
<tr><td>February</td><td>F2F</td><td>32.35%</td><td>PCSP</td><td>17.65%</td><td>75%  or greater by the end of quarter (June)</td></tr>
<tr><td>March</td><td>F2F</td><td>35.29%</td><td>PCSP</td><td>20.29%</td><td>Service Plans<br>At or above 50% by the of end month- March 31st</td></tr>
<tr><td colspan="5">Your performance must improve. Specifically, your quality metric scores must improve to the required 75% for quarterly face to face by June 30, 2020, 90% for service plans by April 30, 2020 and then you must sustain that improvement. Failure to meet the required standards may result in termination of your employment.</td><td>At or above 60% by the end of the first week of April- April 6th<br>At or above 70% by the end of the second week of April –April 13th<br>At or above 80% by the end of the third week of April- April 20th<br>At or above 90% by the end of April- April 30th<br><br>As always, I am available should you have questions or need further guidance. We will plan to meet as a follow-up to this plan bi-weekly on Tuesdays in order to gauge your progress.</td></tr>
</table>

|  |  |
|  |  |
|  | **Performance Improvement (PIP)** |
| Performance (United States of America) | **Review - Start Date** |
|  | Aug 15, 2019 |
|  | **Review - End Date** |
|  | Oct 15, 2019 |
| **Manager Acknowledgement** | **Employee Acknowledgement** |

**CENTENE** *Corporation*

## Disciplinary Action

| Comment | Comment |
|---|---|
|  | I Tiffany Russell would like to apologize for my actions during the trainee's tour of our floor. I was joking and would never want to encourage anyone doing this job that I love so dearly. I take my position seriously. That will not happen again! As far as my job performance, I will improve that and correct each member's notes and thoroughly check them to make sure they are accurate. I look forward to any and all assistance offered to help me perform better at ARTC.

Yours Truly,

Tiffany Russell |
| **Entered By** | **Entered By** |
| Terrie Fain-Holloway (265742) | Tiffany Russell (250021) |
| **Date Initiated** | **Date Initiated** |
| Aug 22, 2019 1:30 PM | Aug 22, 2019 8:42 AM |

| Overview | Overview |
|---|---|
| The following have been identified as gaps in your performance: | You are expected to meet the requirements of this Performance Improvement Plan and consistently maintain performance at an acceptable level on an ongoing basis.  Failure to do so may result in further disciplinary action up to and including termination of employment.  The following standards are expected of you in the future: |
| The following gaps have been identified in your performance:
Manager Evaluation
This PIP summarizes your overall work performance and documentation of monthly visits.
On August 2nd, you copied and pasted a member's personal health information in several other member's casefile. There were other casefiles from this date that had a blank template for a note that fail to include any specific details of a member's visit. The Compliance department followed up with no evidence of fraud and recommend the Operation Department follow up for quality concerns.
On August 14th, five additional member's casefiles were randomly selected for audit on quality. All five casefiles showed you failed to make monthly contact or fail to documentation any member interaction since March 2019 or June 2019.
For the month of July, your overall performance metric was 38%. You failed to contact 32 members on your caseload.  As of August 12th, you have completed only 6.35% of your monthly contacts.
On August 19th, another supervisor reported you held a piece of paper up that read "Get out Now" to the new care coordinators during their building tour. When I walked over to your desk to address this situation you admit you held the paper up. | Manager Evaluation
Tiffany, you are expected to improve your performance and professional conduct, and produce result oriented and purpose driven work over the next 60 days. Your conduct must be tactful, courtesy and professional at all time.
It is recommended that you review the AR Care Coordination V2 Note PowerPoint on SharePoint and the Business Ethics and Code of Conducts policy on CNet. Once you have review this PowerPoint and policy, send an email acknowledging you understand its content.
Also, you are expected to make contact with all assigned members on your caseload and document your efforts in TruCare. You must accurately document each member's visit in the appropriate member's casefile within 24 hours of visit. No copying and pasting of notes is allowed. In the event, you are unable to document a note within 24 hours please inform your supervisor.
In addition, you must submit your member interaction roster to your supervisor every Friday, submit PCSP Service plan for review within five days of a service plan meeting and maintain a performance metric above 60% on the productivity dashboard.
I will work closely with you to help ensure you are focus on producing result-oriented and purpose-driven work performance. We will plan to meet as a follow up to this Plan bi-weekly on Thursdays in order to gauge your progress. |

If no data populates - No Data Available