Exhibit Y

Appointment

**From:** Terrie S. Fain-Holloway [Terrie.S.FainHolloway@ArkansasTotalCare.com]
**Sent:** 1/5/2021 9:11:26 AM
**To:** Redacted

Redacted   Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com];

Redacted

**Subject:** Time Sheet Reminder

**Start:** 1/1/2021
**End:** 1/2/2021
**Show Time As:** Tentative

**Recurrence:** Weekly
every Friday

Team-
Please make sure to review time sheets each Friday at the COB.
- Check for exceptions
- Make corrections daily, if possible
    - It's best to make corrections the same day or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**

Exhibit 0031

W00005955_0001

Appointment

| | |
|---|---|
| **From:** | Terrie S. Fain [Terrie.S.Fain@ArkansasTotalCare.com] |
| **Sent:** | 1/22/2020 10:48:48 PM |
| **To:** | Redacted |
| | Redacted   Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com]; |
| | Redacted |
| **Subject:** | Time Sheet Reminder |
| **Location:** | TImeCard Reminder |
| **Start:** | 1/24/2020 8:00:00 AM |
| **End:** | 1/24/2020 5:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | Weekly |
| | every Friday from 8:00 AM to 5:00 PM |

Team-
Please make sure to review time sheets each Friday at the COB.
- Make sure there's no exceptions
- Corrections are completed daily, if possible
o   It's best to make corrections the same day you notice an exception or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**
o   email, text or call until you get a confirmation that reminds me you're working late
- Ultimately your timesheet is your responsible.

Appointment

| | |
|---|---|
| **From:** | Terrie S. Fain-Holloway [Terrie.S.FainHolloway@ArkansasTotalCare.com] |
| **Sent:** | 1/22/2020 10:48:50 PM |
| **To:** | **Redacted** |
| | Tiffany.S.Russell@ArkansasTotalCare.com   **Redacted** |
| | **Redacted** |
| **Subject:** | Time Sheet Reminder |
| **Attachments:** | Untitled Attachment |
| **Start:** | 1/1/2021 |
| **End:** | 1/2/2021 |
| **Show Time As:** | Free |
| **Recurrence:** | Weekly |
| | every Friday |

Team-

Please make sure to review time sheets each Friday at the COB.
- Check for exceptions
- Make corrections daily, if possible
  - It's best to make corrections the same day or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**

Appointment

| | |
|---|---|
| From: | Terrie S. Fain [Terrie.S.Fain@ArkansasTotalCare.com] |
| Sent: | 1/22/2020 10:48:50 PM |
| To: | Redacted |
| | Redacted; Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com]; Redacted |
| | Redacted |
| Subject: | Time Sheet Reminder |
| Attachments: | Untitled Attachment |
| Location: | TImeCard Reminder |
| Start: | 1/24/2020 8:00:00 AM |
| End: | 1/24/2020 5:00:00 PM |
| Show Time As: | Free |
| Recurrence: | Weekly every Friday from 8:00 AM to 5:00 PM |

Team-
Please make sure to review time sheets each Friday at the COB.
- Make sure there's no exceptions
- Corrections are completed daily, if possible
o   It's best to make corrections the same day you notice an exception or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**
o   email, text or call until you get a confirmation that reminds me you're working late
- Ultimately your timesheet is your responsible.

W00007290_0001

Appointment

| | |
|---|---|
| **From**: | Terrie S. Fain [Terrie.S.Fain@ArkansasTotalCare.com] |
| **Sent**: | 1/22/2020 10:48:50 PM |
| **To**: | Redacted Redacted Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com]; Redacted Redacted |
| **Subject**: | Time Sheet Reminder |
| **Attachments**: | Untitled Attachment |
| **Location**: | TImeCard Reminder |
| **Start**: | 1/24/2020 8:00:00 AM |
| **End**: | 1/24/2020 5:00:00 PM |
| **Show Time As**: | Free |
| **Recurrence**: | Weekly every Friday from 8:00 AM to 5:00 PM |

Team-
Please make sure to review time sheets each Friday at the COB.
- Make sure there's no exceptions
- Corrections are completed daily, if possible
  - It's best to make corrections the same day you notice an exception or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**
  - email, text or call until you get a confirmation that reminds me you're working late
- Ultimately your timesheet is your responsible.

Appointment

**From:** Terrie S. Fain-Holloway [Terrie.S.FainHolloway@ArkansasTotalCare.com]
**Sent:** 1/22/2020 10:48:50 PM
**To:** Redacted; Redacted; Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com]; Redacted

**Subject:** Time Sheet Reminder
**Attachments:** Untitled Attachment

**Start:** 1/1/2021
**End:** 1/2/2021
**Show Time As:** Free

**Recurrence:** Weekly
every Friday

Team-
Please make sure to review time sheets each Friday at the COB.
- Check for exceptions
- Make corrections daily, if possible
  - It's best to make corrections the same day or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**

W00008444_0001

Appointment

**From:** Terrie S. Fain-Holloway [Terrie.S.FainHolloway@ArkansasTotalCare.com]
**Sent:** 1/22/2020 10:48:50 PM
**To:** Redacted

Redacted  Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com];

Redacted

**Subject:** Time Sheet Reminder
**Attachments:** Untitled Attachment

**Start:** 1/1/2021
**End:** 1/2/2021
**Show Time As:** Free

**Recurrence:** Weekly
every Friday

Team-
Please make sure to review time sheets each Friday at the COB.
- Check for exceptions
- Make corrections daily, if possible
o It's best to make corrections the same day or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**

Appointment

**From:** Terrie S. Fain-Holloway [Terrie.S.FainHolloway@ArkansasTotalCare.com]
**Sent:** 1/22/2020 10:48:50 PM
**To:** Redacted

Tiffany.S.Russell@ArkansasTotalCare.com; Redacted

Redacted

**Subject:** Time Sheet Reminder
**Attachments:** Untitled Attachment

**Start:** 1/1/2021
**End:** 1/2/2021
**Show Time As:** Free

**Recurrence:** Weekly
every Friday

Team-
Please make sure to review time sheets each Friday at the COB.
- Check for exceptions
- Make corrections daily, if possible
  - It's best to make corrections the same day or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**

Appointment

| | |
|---|---|
| From: | Terrie S. Fain [Terrie.S.Fain@ArkansasTotalCare.com] |
| Sent: | 1/22/2020 10:48:50 PM |
| To: | Redacted; Redacted; Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com]; Redacted; Redacted |

| | |
|---|---|
| Subject: | Time Sheet Reminder |
| Location: | TImeCard Reminder |
| Start: | 1/24/2020 8:00:00 AM |
| End: | 1/24/2020 5:00:00 PM |
| Show Time As: | Free |
| Recurrence: | Weekly every Friday from 8:00 AM to 5:00 PM |

Team-
Please make sure to review time sheets each Friday at the COB.
- Make sure there's no exceptions
- Corrections are completed daily, if possible
o   It's best to make corrections the same day you notice an exception or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**
o   email, text or call until you get a confirmation that reminds me you're working late
- Ultimately your timesheet is your responsible.

Appointment

| | |
|---|---|
| **From**: | Terrie S. Fain-Holloway [Terrie.S.FainHolloway@ArkansasTotalCare.com] |
| **Sent**: | 1/22/2020 10:48:50 PM |
| **To**: | Redacted Redacted ; Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com]; Redacted |
| **Subject**: | Time Sheet Reminder |
| **Attachments**: | Untitled Attachment; Untitled Attachment |

| | |
|---|---|
| **Start**: | 1/1/2021 |
| **End**: | 1/2/2021 |
| **Show Time As**: | Free |
| **Recurrence**: | Weekly every Friday |

Team-
Please make sure to review time sheets each Friday at the COB.
- Check for exceptions
- Make corrections daily, if possible
  - It's best to make corrections the same day or the following day
- Acknowledge and submit timesheet for approval
- If you are working late on Friday or on the weekend, you're expected to inform supervisor on **Fridays before 5pm**

Case: 4:22-cv-00519-HEA   Doc. #:  63-26   Filed: 05/01/24   Page: 12 of 12 PageID #: 1185

Appointment

| | |
|---|---|
| **From**: | Terrie S. Fain-Holloway [Terrie.S.FainHolloway@ArkansasTotalCare.com] |
| **Sent**: | 10/2/2020 3:07:48 PM |
| **To**: | Tiffany S. Russell [Tiffany.S.Russell@ArkansasTotalCare.com] |
| **Subject**: | FW: Flex Time |
| **Location**: | Home |
| **Start**: | 10/2/2020 2:30:00 PM |
| **End**: | 10/2/2020 5:00:00 PM |
| **Show Time As**: | Tentative |

Hey Tiffany-

Taking time off is perfectly fine.    Please keep in mind if you are flexing time off you have to make sure you're working at least 40 hours a week and clocking out. If in the event you needing your hours reduced, please let me know.

The below calendar invite shows you're requesting to be off from 2:30-5:00. Your timesheet showed you clocked out for lunch at 12:59 and back in at 2:14. Please make sure to clock out at 2:30 if you going to be off for the remainder of the day.


-----Original Appointment-----
**From:** Tiffany S. Russell <Tiffany.S.Russell@ArkansasTotalCare.com>
**Sent:** Friday, October 2, 2020 2:33 PM
**To:** Tiffany S. Russell; **Redacted**
**Subject:** Flex Time
**When:** Friday, October 2, 2020 2:30 PM-5:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Home

W00013937_0001