UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TAIWAN DICKERSON, et al., )
)
    Plaintiff(s), )
)
v. ) No. 4:22-CV-00519-HEA
)
CENTENE MANAGEMENT COMPANY, )
LLC, et al., )
)
    Defendant(s). )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

#### Option 2

☒ An ADR conference was held on: __May 3, 2024__.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __May 3, 2024__.
The parties [☒ did  ☐ did not] achieve a settlement. ***Check one***

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __May 6, 2024__   Neutral: __/s/ Francis X. Neuner, Jr.__

                                                  NEUNER JR., FRANCIS X.
                                                  Signature