UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAIWAN DICKERSON and KIM KING-MACON**,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CENTENE MANAGEMENT COMPANY, LLC and CENTENE CORPORATION, | ) ) ) ) |
| Defendants. | ) |

Case No. 4:22CV519 HEA

## **ORDER**

The Court having been advised by the Notice of Settlement that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.   Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 9th day of May, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE